**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>HYPERQUEST, INC.,                    Plaintiff,<br>            v.<br>N'SITE SOLUTIONS, INC. and UNITRIN DIRECT AUTO INSURANCE,                  Defendants. | Case Number:<br><br>**FILED**<br>**JANUARY 22, 2008**<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT<br><br>**PH    08 C 483**<br><br>JUDGE SHADUR<br>MAGISTRATE JUDGE MASON |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

HYPERQUEST, INC.

| |
|---|
| NAME (Type or print)<br>Chad A. Blumenfield |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>       s/  Chad A. Blumenfield |
| FIRM<br>Goldberg Kohn Bell Black Rosenbloom & Moritz, Ltd. |
| STREET ADDRESS<br>55 East Monroe Street, Suite 3300 |
| CITY/STATE/ZIP<br>Chicago, IL 60603-5802 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6282545 | TELEPHONE NUMBER<br>312.863.7137 |
|---|---|

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ✓ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ |