**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:

HYPERQUEST, INC.,                                    Plaintiff,
                                    v.
N'SITE SOLUTIONS, INC. and UNITRIN DIRECT AUTO
INSURANCE,                                           Defendants.

**FILED**
**JANUARY 22, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**PH**  **08 C 483**

**JUDGE SHADUR**
**MAGISTRATE JUDGE MASON**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

HYPERQUEST, INC.

| | |
|---|---|
| NAME (Type or print) <br> Deborah Rzasnicki Hogan | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Deborah Rzasnicki Hogan | |
| FIRM <br> Goldberg Kohn Bell Black Rosenbloom & Moritz, Ltd. | |
| STREET ADDRESS <br> 55 East Monroe Street, Suite 3300 | |
| CITY/STATE/ZIP <br> Chicago, IL 60603-5802 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6230176 | TELEPHONE NUMBER <br> 312.201.3973 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |