UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HYPERQUEST, INC., | ) | |
| | ) | **FILED** |
| Plaintiff, | ) | **JANUARY 22, 2008** |
| | ) | MICHAEL W. DOBBINS |
| | ) | CLERK, U.S. DISTRICT COURT |
| v. | ) | Case No. _____ |
| | ) | PH |
| N'SITE SOLUTIONS, INC., and | ) | **08 C 483** |
| UNITRIN DIRECT AUTO INSURANCE | ) | |
| | ) | **JUDGE SHADUR** |
| Defendants. | ) | JURY DEMAND  **MAGISTRATE JUDGE MASON** |

### HYPERQUEST'S LOCAL RULE 3.2 DISCLOSURE STATEMENT

Plaintiff, HyperQuest, Inc. ("HyperQuest"), by and through its undersigned counsel, pursuant to Local Rule 3.2 states that as of the date of this filing HyperQuest has no publicly held affiliates.

Dated:  January 22, 2008

            Respectfully submitted,

            HYPERQUEST, INC.

            By  /s/ Deborah Rzasnicki Hogan
              One of Its Attorneys

Deborah Rzasnicki Hogan
Chad A. Blumenfield
GOLDBERG KOHN BELL BLACK
 ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois  60603
(312) 201-4000