AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

HYPERQUEST, INC.,

                Plaintiff,

CASE NUMBER: **08 C 483**

V.

ASSIGNED JUDGE:

**JUDGE SHADUR**

N'SITE SOLUTIONS, INC., and
UNITRIN DIRECT AUTO INSURANCE,

DESIGNATED
MAGISTRATE JUDGE:

**MAGISTRATE JUDGE MASON**

                Defendants.

TO: (Name and address of Defendant)

Unitrin Direct Auto Insurance
One East Wacker Drive
Chicago, IL 60601

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Deborah Rzasnicki Hogan
Goldberg Kohn Bell Black Rosenbloom & Moritz, Ltd.
55 East Monroe Street
Suite 3300
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_/s/_

(By) DEPUTY CLERK

January 23, 2008

Date

IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Hyperquest, Inc., | |
| vs. | Case Number 08 C 483 |
| N'Site Solutions, Inc., and Unitrin Direct Auto Insurance | |

### AFFIDAVIT OF SERVICE

I, Kevin Del Re, being first duly sworn on oath deposes and states that I am over the age of 18 years and not a party to this action, and on the 23 day of January, 2008, at 02:50 PM at 1 East Wacker Drive, Chicago, IL 60601, did serve the following document(s):

**Summons and Complaint**

Upon:  **Unitrin Direct Auto Insurance**

By:  ☑ Personally serving to:   John Coles, Financial Analysis Manager

☐ leaving copies at the usual place of abode with:

a member of the household 13 years or upwards and informed that person of the contents thereof

☐ by mailing copies of said document(s) in a sealed envelope with postage fully prepaid to the defendant:

at 1 East Wacker Drive, Chicago, IL 60601 on

| Description: | Sex | **Male** | Race | **White** | Approximate Age | **45** |
|---|---|---|---|---|---|---|
| | Height | **5'8** | Weight | **160** | Hair Color | **Gray** |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

Kevin Del Re
United Processing, Inc.
55 West Wacker Drive, 9th Floor
Chicago, IL 60601
IL License #117-001101