AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

HYPERQUEST, INC.,

        Plaintiff,

V.

N'SITE SOLUTIONS, INC. and
UNITRIN DIRECT AUTO INSURANCE,

        Defendants.

CASE NUMBER: **08 C 483**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

JUDGE SHADUR
MAGISTRATE JUDGE MASON

TO: (Name and address of Defendant)

N'Site Solutions, Inc.
c/o Corporation Service Company, Registered Agent
200 S.W. 30th Street
Topeka, KS 66611

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Deborah Rzasnicki Hogan
Goldberg Kohn Bell Black Rosenbloom & Moritz, Ltd.
55 East Monroe Street
Suite 3300
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk



(By) DEPUTY CLERK

January 23, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 1/24/08 |
| NAME OF SERVER (PRINT)  Terry Breese | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Corporation Service Co. Reg. Agent for N'Site Solutions, Inc.  200 SW 30th St., Topeka, KS - Served Teresa Burns- Process Service Receiver

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/25/08
               Date

*Signature of Server*

3601 SW 29th St. #132
Topeka, KS  66614

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.