# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Hyperquest, Inc.
v
N'Site Solutions, Inc. and Unitrin Direct Insurance Company

Case Number: 08-C-483

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant Unitrin Direct Insurance Company

| | |
|---|---|
| NAME (Type or print) <br> Paul R. Kitch | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Paul R. Kitch | |
| FIRM <br> Nixon Peabody LLP | |
| STREET ADDRESS <br> 161 North Clark Street, Suite 4800 | |
| CITY/STATE/ZIP <br> Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6216370 | TELEPHONE NUMBER <br> 312-425-8517 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

The undersigned certifies that the **Appearance of Paul R. Kitch** was filed electronically in compliance with the General Order on Electronic Case Filing, Section III(B)(1). As such, these documents were served on all counsel who are deemed to have consented to electronic service. Fed. R. Civ. P. 5(b)(2)(D) and Local Rule 5.9.

February 12, 2008

s/ Paul R. Kitch
One of the Attorneys for Defendant
Unitrin Direct Insurance Company
