## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| HYPERQUEST, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Case No. 08-C-483 |
| | ) | |
| N'Site Solutions, Inc. and Unitrin Direct Insurance Company, | ) ) | Judge Milton I. Shadur<br>Mag. Judge Mason |
| | ) | |
| Defendants. | ) | |

## STATEMENT AS TO AFFILIATES

Pursuant to Local Rule 3.2, notice is hereby given that Unitrin Direct Insurance Company ("Unitrin Direct Insurance Company") is a wholly-owned subsidiary of Trinity Universal Insurance Company, which is a wholly-owned subsidiary of Unitrin, Inc.


Dated:        February 12, 2008

                                                                 Unitrin Direct Insurance Company


                                                                 By: s/ Paul R. Kitch
                                                                 One of its attorneys
                                                                 .

Paul R. Kitch
pkitch@nixonpeabody.com
Jodi Rosen Wine
jwine@nixonpeabody.com
Elizabeth W. Baio
ebaio@nixonpeabody.com
Nixon Peabody LLP
161 North Clark, Suite 4800
Chicago, IL 60601
(312) 425-3900

- 2 -

## CERTIFICATE OF SERVICE

The undersigned certifies that the **Statement as to Affiliates** was filed electronically in compliance with the General Order on Electronic Case Filing, Section III(B)(1). As such, these documents were served on all counsel who are deemed to have consented to electronic service. Fed. R. Civ. P. 5(b)(2)(D) and Local Rule 5.9.

                                                        s/ Paul R. Kitch
                                                  One of the Attorneys for Defendant
                                                  Unitrin Direct Insurance Company

CHICAGO 317638v1 54009-00012