# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| HYPERQUEST, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Case No. 08-C-483 |
| | ) | |
| N'Site Solutions, Inc., et al. | ) | Judge Milton I. Shadur |
| | ) | Mag. Judge Michael T. Mason |
| Defendants. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Friday, February 15, 2008, at 9:15 a.m., we shall appear before the Honorable Milton I. Shadur, in Room 2303 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and present **Defendant Unitrin Direct Insurance Company's Motion to Dismiss for Insufficient Process**, a copy of which is hereby served upon you.

Dated:          February 12, 2008

                                        Respectfully submitted,

                                        Unitrin Direct Insurance Company


                                        By:  s/ Paul R. Kitch_____
                                        One of its attorneys

Paul R. Kitch
pkitch@nixonpeabody.com
Jodi Rosen Wine
jwine@nixonpeabody.com
Elizabeth W. Baio
ebaio@nixonpeabody.com
Nixon Peabody LLP
161 North Clark, Suite 4800
Chicago, IL 60601
(312) 425-3900

## CERTIFICATE OF SERVICE

The undersigned certifies that the **Notice of Motion** and **Motion to Dismiss for Insufficient Process** were filed electronically in compliance with the General Order on Electronic Case Filing, Section III(B)(1).  As such, these documents were served on all counsel who are deemed to have consented to electronic service.  Fed. R. Civ. P. 5(b)(2)(D) and Local Rule 5.9.

    ___s/  Paul R. Kitch___
One of the Attorneys for Defendant
Unitrin Direct Insurance Company

CHICAGO 317638v1 54009-00012