UNITED STATE DISTRICT COURT
NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HYPERQUEST, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 08 C 483 |
| v. ) | |
| ) | Honorable Milton I. Shadur |
| N'Site Solutions, Inc., et al., ) | |
| ) | Magistrate Judge Michael T. Mason |
| Defendants. ) | |

**DEFENDANTS' MOTION TO STAY DISCOVERY PENDING RULING ON DEFENDANTS' 12(b)(1) MOTION TO DISMISS**

Defendants N'Site Solutions, Inc. n/k/a ClaimHub, Inc. ("N'Site") and Unitrin Direct Insurance Company ("UDIC"),[1] by and through their attorneys, hereby move this Court to stay any and all discovery directed to Defendants by any party until the determination of their Motion to Dismiss for Lack of Subject Matter Jurisdiction pursuant to Rule 12(b)(1). In support of their motion Defendants aver:

1. Defendants have moved pursuant to Rule 12(b)(1) of the Fed. R. Civ. P. that Hyperquest, Inc.'s ("HQ") Complaint for Injunctive Relief and Damages, be dismissed for lack of subject matter jurisdiction;

2. Defendants should not be forced to bear the expense of responding to discovery based upon claims that lack any legal merit; and

---

[1] Plaintiff's complaint names "Unitrin Direct Auto Insurance" as a defendant in addition to N'Site. As pointed out in Unitrin Direct Insurance Company's Motion to Dismiss for Insufficient Process, Unitrin Direct Auto Insurance is not a corporate entity. To the extent the Court determines it is premature for UDIC to be joining the present motion, UDIC will withdraw itself from this motion and re-file a separate motion to stay discovery in response to a complaint being served on UDIC, should that occur. UDIC joins the present motion to streamline the process and out of an abundance of caution in order to avoid inadvertently waiving any of its rights.

10901775.1

3. A stay of discovery will aid in the just speedy and inexpensive determination of the claims asserted against Defendants, in accordance with Fed.R.Civ.P., Rule 1.

WHEREFORE, in the interests of justice and conservation of judicial resources, Defendants request the Court to issue a brief stay of discovery until it rules on Defendants' pending Motion to Dismiss.

February 13, 2008

                                      Respectfully submitted,

                                      Steven L. Tiedemann
                                      Tiedemann@stronghold-advisors.com
                                      Illinois ARDC# 24794
                                      8820 Columbia 100 Parkway, Suite 400
                                      Columbia, Maryland 21045
                                      (410) 884-1960
                                      (410) 884-1457 (fax)

                                      Attorney for N'Site Solutions n/k/a ClaimHub, Inc.


                                      s/ Paul R. Kitch
                                      Paul R. Kitch
                                      pkitch@nixonpeabody.com
                                      Jodi Rosen Wine
                                      jwine@nixonpeabody.com
                                      Elizabeth W. Baio
                                      ebaio@nixonpeabody.com
                                      NIXON PEABODY LLP
                                      161 N. Clark St., 48th Floor
                                      Chicago, IL 60601
                                      (312) 425-3900

                                      Attorneys for Unitrin Direct Insurance Company