UNITED STATE DISTRICT COURT
NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HYPERQUEST, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 08 C 483 |
| v. ) | |
| ) | Honorable Milton I. Shadur |
| N'Site Solutions, Inc., et al., ) | |
| ) | Magistrate Judge Michael T. Mason |
| Defendants. ) | |

## MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND HEARING REQUEST

N'Site Solutions, Inc. n/k/a ClaimHub, Inc. ("N'Site") and Unitrin Direct Insurance Company ("UDIC"),[1] hereby file this Motion to Dismiss Hyperquest, Inc.'s ("HQ") Complaint for Injunctive Relief and Damages for Lack of Subject Matter Jurisdiction ("Motion") and for its reasons states:

1. HQ alleges in its Complaint that N'Site and Unitrin Direct Auto Insurance infringed upon HQ's interest in a certain copyright.

2. Because HQ is a non-exclusive licensee of the subject copyright, it lacks standing to enforce the copyright in this, or any other, action. Therefore, this Court lacks subject matter jurisdiction and this matter must be dismissed pursuant to Fed. R. Civ. P. 12(b)(1).

---

[1] Plaintiff's complaint names "Unitrin Direct Auto Insurance" as a defendant in addition to N'Site. As pointed out in Unitrin Direct Insurance Company's Motion to Dismiss for Insufficient Process, Unitrin Direct Auto Insurance is not a corporate entity. To the extent the Court determines it is premature for UDIC to be joining the present motion, UDIC will withdraw itself from this motion and re-file a separate Rule 12(b)(1) motion in response to a complaint being served on UDIC, should that occur. UDIC joins the present motion to streamline the process and out of an abundance of caution in order to avoid inadvertently waiving any of its rights.

3.  N'Site and UDIC incorporate the attached Memorandum of Law in support of this Motion as if the same were set forth here in full.

WHEREFORE, N'Site Solutions, Inc. n/k/a ClaimHub, Inc. and Unitrin Direct Insurance Company respectfully request that this matter be dismissed with prejudice as to all Defendants and all counts. Defendants respectfully request a hearing on this motion.

February 13, 2008

Respectfully submitted,

Steven L. Tiedemann
Illinois ARDC# 24794
Tiedemann@stronghold-advisors.com
8820 Columbia 100 Parkway, Suite 400
Columbia, Maryland 21045
(410) 884-1960
(410) 884-1457 (fax)

Attorney for N'Site Solutions n/k/a ClaimHub, Inc.

s/ Paul R. Kitch
Paul R. Kitch
pkitch@nixonpeabody.com
Jodi Rosen Wine
jwine@nixonpeabody.com
Elizabeth W. Baio
ebaio@nixonpeabody.com
NIXON PEABODY LLP
161 N. Clark St., 48th Floor
Chicago, IL 60601
(312) 425-3900

Attorneys for Unitrin Direct Insurance Company