## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| HYPERQUEST, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Case No. 08-C-483 |
| ) | |
| N'Site Solutions, Inc. and Unitrin Direct ) | Judge Milton I. Shadur |
| Insurance Company, ) | Mag. Judge Michael T. Mason |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Friday, February 15, 2008, at 9:15 a.m.., we shall appear before the Honorable Milton I. Shadur, in Room 2303 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and present **Defendants N'Site Solutions, Inc. and Unitrin Direct Insurance Company's Motion to Dismiss for Lack of Subject Matter Jurisdiction and Hearing Request**, a copy of which is hereby served upon you.

Dated:   February 13, 2008

Respectfully submitted,

Unitrin Direct Insurance Company

By:_s/ Paul R. Kitch
One of its attorneys

Paul R. Kitch
pkitch@nixonpeabody.com
Jodi Rosen Wine
jwine@nixonpeabody.com
Elizabeth W. Baio
ebaio@nixonpeabody.com
Nixon Peabody LLP
161 North Clark, Suite 4800
Chicago, IL 60601
(312) 425-3900

- 2 -

## CERTIFICATE OF SERVICE

The undersigned certifies that the **Notice of Motion, Motion to Dismiss for Lack of Subject Matter Jurisdiction and Hearing Request,** and **Memorandum in Support** were filed electronically in compliance with the General Order on Electronic Case Filing, Section III(B)(1). As such, these documents were served on all counsel who are deemed to have consented to electronic service. Fed. R. Civ. P. 5(b)(2)(D) and Local Rule 5.9.

 s/ Paul R. Kitch\_\_\_
One of the Attorneys for Defendant
Unitrin Direct Insurance Company