## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Hyperquest, Inc.

v

N'Site Solutions, Inc. and Unitrin Direct Insurance Company

Case Number: 08-C-483

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant Unitrin Direct Insurance Company

FILED
J.N
FEB 1 2 2008    FEB 1 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
| --- |
| Elizabeth W. Baio |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Elizabeth W Baio |

| FIRM |
| --- |
| Nixon Peabody LLP |

| STREET ADDRESS |
| --- |
| 161 North Clark Street, Suite 4800 |

| CITY/STATE/ZIP |
| --- |
| Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6284274 | 312-425-8684 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |

## CERTIFICATE OF SERVICE

The undersigned certifies that the **Appearance of Elizabeth W. Baio** was filed in person with the Clerk of the Court on this date, February 12, 2008. A copy of this appearance was transmitted to opposing counsel via U.S. Regular Mail.

Deborah Rzasnicki Hogan
Chad A. Blumenfield
Goldberg, Kohn, Bell, Black,
Rosenbloom & Moritz, Ltd.
55 East Monroe, Suite 3300
Chicago, Illinois 60603
(312) 201-4000

                                            Elizabeth W. Baio
                                            One of the Attorneys for Defendant
                                            Unitrin Direct Insurance Company