## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
## Eastern Division

Hyperquest, Inc.
                              Plaintiff,

v.                                              Case No.: 1:08−cv−00483
                                                Honorable Milton I. Shadur

N'Site Solutions, Inc., et al.
                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, February 15, 2008:

   MINUTE entry before Judge Milton I. Shadur :Motion to dismiss [14] is taken under advisement; Motion to stay [16] is taken under advisement; Motion to dismiss for lack of jurisdiction [19] is entered and continued to 2/27/08. Response is due on or before February 21, 2008. Motion hearing held on 2/15/2008 regarding motion to stay[16], motion to dismiss[14], motion to dismiss/lack of jurisdiction[19] Status hearing set for 2/27/2008 at 09:00 AM.Mailed notice(srn, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.