UNITED STATE DISTRICT COURT
NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HYPERQUEST, INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 08 C 483 |
| N'Site Solutions, Inc., et al., | ) | **Honorable Milton I. Shadur** |
| Defendants. | ) | **Magistrate Judge Michael T. Mason** |

## APPEARANCE OF COUNSEL

The undersigned hereby enters his appearance electronically for Defendant N'Site Solutions, Inc. n/k/a ClaimHub, Inc. in the above-captioned matter. His appearance was actually entered by way of the previously filed Motion to Dismiss; however, he just now received his ECF password. This appearance, then, is for the purpose of the ECF program.

Respectfully submitted,

_____/s/_____
Steven L. Tiedemann

8820 Columbia 100 Parkway, Suite 400
Columbia, Maryland 21045
(410) 884-1960
(410) 884-1457 (fax)

Attorney for N'Site Solutions, Inc.

Certificate of Service

I hereby certify that on the 25th day of Feb, 2008, the above was served on counsel for Plaintiff, Deborah Hogan, and for Defendant , Unitrin Automobile Insurance Company , Paul Kitch, via the ECF system.

_____/s/_____
Steven L. Tiedemann

1