UNITED STATE DISTRICT COURT
NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

HYPERQUEST, INC.                    )
                                    )
        Plaintiff,                  )
                                    )   Civil Action No. 08 C 483
v.                                  )
                                    )   Honorable Milton I. Shadur
N'Site Solutions, Inc., et al.,     )
                                    )   Magistrate Judge Michael T. Mason
        Defendants.                 )

## UNITRIN DIRECT'S MOTION FOR AN EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

Unitrin Direct Insurance Company ("UDIC"),[1] by their attorneys, Nixon Peabody, hereby respectfully move for an Order granting it an extension of time to file its Reply Brief in support of its Motion to Dismiss for Lack of Subject Matter Jurisdiction. Plaintiff has agreed to this extension. In support of this motion, UDIC state as follows:

1.      On February 13, 2008, N'Site and UDIC filed a Motion to Dismiss for Lack of Subject Matter Jurisdiction.

2.      Plaintiff filed its Opposition to that motion on February 21, 2008.

3.      Defendant N"Site Solutions, Inc. filed its Reply Brief on February 25, 2008.

4.      On February 27, 2008, a status hearing was held.  The Court granted limited discovery with respect to the issue of whether a license agreement between a

---

[1] Plaintiff's complaint names "Unitrin Direct Auto Insurance" as a defendant in addition to N'Site. Unitrin Direct Insurance Company's Motion to Dismiss for Insufficient Process is pending before the court and has been taken under advisement.

company called Quivox and N'Site has been terminated. That discovery is presently proceeding.

5. The Court has set the next status hearing in this case for March 31, 2008 to discuss the results of the limited discovery.

6. UDIC was given until March 7, 2008 to file its Reply Brief in support of its Motion to Dismiss for Lack of Subject Matter Jurisdiction ("Reply Brief").

7. UDIC respectfully requests an extension to time to file its Reply Brief permitting it to file its Reply Brief on or by March 14, 2008.

8. Unfortunately, the cold and flu season has hit UDIC's attorneys' office. UDIC requests this extension due to one of the primary attorneys responsible for preparing the Reply Brief having the flu and thus being out of the office.

9. This motion is not made for purposes of delay.

10. Furthermore, it is not believed that granting this motion will otherwise impact the present scheduling given that the next status hearing is not scheduled until March 31, 2008

WHEREFORE, UDIC respectfully request that this Court grant it until March 14, 2008 to file its Reply Brief.

Dated:          March 6, 2008

Respectfully submitted,

s/ Paul R. Kitch
Paul R. Kitch
pkitch@nixonpeabody.com
Jodi Rosen Wine
jwine@nixonpeabody.com
Elizabeth W. Baio
ebaio@nixonpeabody.com
NIXON PEABODY LLP

161 N. Clark St., 48th Floor
Chicago, IL 60601
(312) 425-3900

Attorneys for Unitrin Direct Insurance
Company