## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| HYPERQUEST, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Case No. 08 C 483 |
| ) | |
| N'Site Solutions, Inc., et al. ) | Judge Milton I. Shadur |
| ) | Mag. Judge Michael T. Mason |
| Defendants. ) | |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on Monday, March 10, 2008, at 9:15 a.m., we shall appear before the Honorable Milton I. Shadur, in Room 2303 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and present **Defendant Unitrin Direct Insurance Company's Motion for Extension of Time to File Reply Brief in Support of Motion to Dismiss for Lack of Subject Matter Jurisdiction**, a copy of which is hereby served upon you.

Dated:   March 6, 2008

Respectfully submitted,

Unitrin Direct Insurance Company

By:_s/ Paul R. Kitch_____
One of its attorneys

Paul R. Kitch
pkitch@nixonpeabody.com
Jodi Rosen Wine
jwine@nixonpeabody.com
Elizabeth W. Baio
ebaio@nixonpeabody.com
Nixon Peabody LLP
161 North Clark, Suite 4800
Chicago, IL 60601
(312) 425-3900

- 2 -

## CERTIFICATE OF SERVICE

The undersigned certifies that the **Notice of Motion** and **Motion for Extension of Time to File Reply Brief in Support of Motion to Dismiss for Lack of Subject Matter Jurisdiction** were filed electronically in compliance with the General Order on Electronic Case Filing, Section III(B)(1). As such, these documents were served on all counsel who are deemed to have consented to electronic service. Fed. R. Civ. P. 5(b)(2)(D) and Local Rule 5.9.

                                      s/ Paul R. Kitch
                                      One of the Attorneys for Defendant
                                      Unitrin Direct Insurance Company

CHICAGO 317638v1 54009-00012