UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HYPERQUEST, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08 C 483 |
| | ) |
| N'SITE SOLUTIONS, INC., and | ) Honorable Milton I. Shadur |
| UNITRIN DIRECT AUTO INSURANCE | ) Magistrate Judge Michael T. Mason |
| | ) |
| Defendants. | ) JURY DEMAND |

### HYPERQUEST'S AGREED MOTION
### FOR EXTENSION OF FOUR WEEK DISCOVERY PERIOD

Plaintiff, HyperQuest, Inc. ("HQ"), by and through its undersigned counsel, hereby respectfully requests that this Honorable Court enter an order extending the initially set four week discovery period for discovery related to the pending motion of N'Site Solutions, Inc. ("N'Site") and Unitrin Direct Insurance Company ("Unitrin") to dismiss for lack of subject-matter jurisdiction. In support thereof, HQ states as follows:

1. On February 13, 2008, N'Site and Unitrin filed a Motion to Dismiss for Lack of Subject Matter Jurisdiction and Hearing Request ("Motion to Dismiss") and a memorandum of law in support thereof.

2. On February 21, 2008, HQ filed HyperQuest's Opposition to Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction.

3. On February 25, 2008, N'Site, without leave of Court, filed N'Site Solutions, Inc.'s Reply to HyperQuest's Opposition to Defendants' Motion to Dismiss.

4. On February 27, 2008, this Court held a status hearing in this matter.

5. At the February 27, 2008, status hearing, this Court granted to HQ a four week period of time, until March 26, 2008, to conduct certain limited discovery related to the Motion to Dismiss.

6. The Court further stated that in the event that HQ needed more time or could not get the relevant information in that time frame, HQ should file an appropriate motion asking for additional time.

7. HQ promptly served document requests and interrogatories on N'Site and Unitrin on February 28, 2008.

8. Also on February 28, 2008, HQ spoke with in-house counsel for third-party Safelite Group, Inc. n/k/a Belron US Inc. ("Safelite") and informed Safelite that a subpoena for documents (the "Safelite Subpoena") would be served either that day or the next requesting production of documents on or before March 13, 2008.

9. The Safelite Subpoena was personally served upon Safelite on February 29, 2008.

10. Counsel for HQ has had several conversations with outside counsel for Safelite, including a conversation on March 13, 2008, in which Safelite requested that an appropriate protective order be entered prior to production of at least a portion of its responsive documents. Counsel for HQ promptly contacted counsel for N'Site and counsel for Unitrin to try and negotiate terms of an agreed protective order. The parties are currently in the middle of that process.

11. In addition, on March 20, 2008, Safelite informed HQ that it has been diligently searching for responsive documents but that Safelite would need an additional 10 business days to complete its search for and review of responsive documents.

12. In light of the above, HQ does not anticipate receiving Safelite's responsive documents until on or about April 3, 2008.

13. HQ has communicated with counsel for N'Site and counsel for Unitrin who have indicated that they have no objection to a 14 day extension of the discovery period until April 9, 2008, provided that N'Site's counsel is not obligated to travel to Chicago for the currently scheduled March 31, 2008 status hearing.

WHEREFORE, HyperQuest Inc. respectfully requests that this Honorable Court enter an order extending the current discovery period for an additional 14 days, until April 9, 2008, and resetting the currently scheduled March 31, 2008 status hearing to a date shortly after April 9, 2008.

Dated: March 21, 2008

          Respectfully submitted,

          **HYPERQUEST, INC.**

          By: /s/ Deborah Rzasnicki Hogan
              One of Its Attorneys

Deborah Rzasnicki Hogan
Chad A. Blumenfield
GOLDBERG, KOHN, BELL, BLACK,
  ROSENBLOOM & MORITZ, LTD.
55 East Monroe, Suite 3300
Chicago, Illinois 60603
(312) 201-4000