UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **HYPERQUEST, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 08 C 483 |
| | ) |
| N'SITE SOLUTIONS, INC., and | ) Honorable Milton I. Shadur |
| UNITRIN DIRECT AUTO INSURANCE | ) Magistrate Judge Michael T. Mason |
| | ) |
| **Defendants.** | ) JURY DEMAND |

## NOTICE OF MOTION

TO:  Paul R. Kitch                                  Steven L. Tiedemann
     Jodi Rosen Wine                             8820 Columbia 100 Parkway
     Elizabeth W. Baio                            Suite 400
     Nixon Peabody LLP                        Columbia, MD 21045
     161 N. Clark St., 48th floor
     Chicago, IL 60601

**PLEASE TAKE NOTICE** that on March 25, 2008 at 9:15 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Milton I. Shadur in Courtroom 2303 in the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Hyperquest's Agreed Motion for Extension of Four Week Discovery Period**, a copy of which is attached hereto.

DATED:  March 21, 2008

                                                            Respectfully submitted,

                                                            HYPERQUEST, INC.

                                                            By  /s/ Deborah Rzasnicki Hogan
                                                                 One of Its Attorneys

Deborah Rzasnicki Hogan
Chad A. Blumenfield
GOLDBERG KOHN BELL BLACK
  ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois  60603
(312) 201-4000

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on March 21, 2008, she caused a copy of the attached **HYPERQUEST'S AGREED MOTION FOR EXTENSION OF FOUR WEEK DISCOVERY PERIOD** to be served via the Court's electronic notification system upon:

>Paul R. Kitch
>Jodi Rosen Wine
>Elizabeth W. Baio
>Nixon Peabody LLP
>161 N. Clark St., 48th floor
>Chicago, IL 60601
>
>Steven L. Tiedemann
>8820 Columbia 100 Parkway Suite 400
>Columbia, MD 21045

By: /s/ Deborah Rzasnicki Hogan