UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HYPERQUEST, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08 C 483 |
| | ) | |
| N'SITE SOLUTIONS, INC., and UNITRIN | ) | Honorable Milton I. Shadur |
| DIRECT AUTO INSURANCE | ) | Magistrate Judge Michael T. Mason |
| | ) | |
| Defendants. | ) | JURY DEMAND |

## NOTICE OF MOTION

TO:  Paul R. Kitch                         Steven L. Tiedemann
     Jodi Rosen Wine                       8820 Columbia 100 Parkway, Suite 400
     Elizabeth W. Baio                     Columbia, Maryland 21045
     Nixon Peabody, LLP                    410.884.1457 facsimile
     161 N. Clark Street, 48th Floor
     Chicago, IL 60601
     312.425.3939 facsimile

**PLEASE TAKE NOTICE** that on April 14, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Milton I. Shadur in Courtroom 2303 in the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **HYPERQUEST'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM,** a copy of which is attached hereto.

DATED: April 10, 2008

                                        Respectfully submitted,

                                        HYPERQUEST, INC.

                                        By  /s/ Deborah Rzasnicki Hogan
                                            One of Its Attorneys

Deborah Rzasnicki Hogan
Chad A. Blumenfield
GOLDBERG KOHN BELL BLACK
 ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois  60603
(312) 201-4000

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on April 10, 2008, she caused a copy of the attached **NOTICE OF MOTION** and **HYPERQUEST'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM** to be served via the Court's electronic notification system upon:

>Paul R. Kitch
>Jodi Rosen Wine
>Elizabeth W. Baio
>Nixon Peabody, LLP
>161 N. Clark Street, 48th Floor
>Chicago, IL 60601
>312.425.3939 facsimile
>
>Steven L. Tiedemann
>8820 Columbia 100 Parkway, Suite 400
>Columbia, Maryland 21045
>410.884.1457 facsimile

By: /s/ Deborah Rzasnicki Hogan