**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Hyperquest, Inc.
                              Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No.: 1:08−cv−00483
　　　　　　　　　　　　　　　　　　　　　　Honorable Milton I. Shadur

N'Site Solutions, Inc., et al.
                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Monday, April 14, 2008:

      MINUTE entry before Judge Honorable Milton I. Shadur:Plaintiff's Motion for leave to file supplemental memorandum[35] is granted. Defendant's reply is due on or before April 28, 2008. This Court will rule by mail. Status hearing held on 4/14/2008.Mailed notice(srn, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.