# Exhibit A

Case 1:08-cv-00483   Document 40-2   Filed 04/28/2008   Page 1 of 18

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

HYPERQUEST, INC.,

      Plaintiff,

CASE NUMBER: **08 C 483**

V.

ASSIGNED JUDGE:

N'SITE SOLUTIONS, INC., and
UNITRIN DIRECT AUTO INSURANCE,

**JUDGE SHADUR**
**MAGISTRATE JUDGE MASON**

DESIGNATED
MAGISTRATE JUDGE:

      Defendants.

TO: (Name and address of Defendant)

    Unitrin Direct Auto Insurance
    One East Wacker Drive
    Chicago, IL 60601

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Deborah Rzasnicki Hogan
    Goldberg Kohn Bell Black Rosenbloom & Moritz, Ltd.
    55 East Monroe Street
    Suite 3300
    Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*[signature]*
(By) DEPUTY CLERK

January 23, 2008
Date

IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Hyperquest, Inc., | | |
| vs. | N'Site Solutions, Inc., and Unitrin Direct Auto Insurance | Case Number   08 C 483 |

## AFFIDAVIT OF SERVICE

I, Kevin Del Re, being first duly sworn on oath deposes and states that I am over the age of 18 years and not a party to this action, and on the 23 day of January, 2008, at 02:50 PM at 1 East Wacker Drive, Chicago, IL 60601, did serve the following document(s):

**Summons and Complaint**

Upon: **Unitrin Direct Auto Insurance**

By: ☑ Personally serving to:   John Coles, Financial Analysis Manager

☐ leaving copies at the usual place of abode with:

a member of the household 13 years or upwards and informed that person of the contents thereof

☐ by mailing copies of said document(s) in a sealed envelope with postage fully prepaid to the defendant:

at 1 East Wacker Drive, Chicago, IL 60601 on

| Description: Sex | **Male** | Race | **White** | Approximate Age | **45** |
|---|---|---|---|---|---|
| Height | **5'8** | Weight | **160** | Hair Color | **Gray** |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

_____
Kevin Del Re
United Processing, Inc.
55 West Wacker Drive, 9th Floor
Chicago, IL 60601
IL License #117-001101

# Exhibit B





# Home

**Get Quote** | **Manage Policy** | **Customer Care** | **Claims Service** | **Learning Center** | **About Us**

## Get A Quote
### Enter Your Zip Code
**Go**

Save up to **$300** or more on Auto Insurance.

Recall Previous Quote

*The Right Price. The Right Protection. The Right Choice.*

---

The Unitrin Direct Auto Insurance companies are part of a Unitrin family that has:

- **Six Million Policyholders**
- **$9 Billion in Assets**
- **An "A" (Excellent) Rating by A.M. Best Company**

Learn about *homeowners insurance*.

### Manage Your Policy
Online policy management is convenient and secure!

- Review Your Policy
- Make an Online Payment
- Electronically Sign Documents
- Make Changes
- View Recent Claims

### Login to Manage Policy
**Not Registered? Sign-Up Here!**

Policy Number:      Password:

**Login**

☐ Remember My Policy Number
☐ Remember My Password | Forgot Your Password?

Unitrin Direct Auto Insurance: **877-481-8836**

---

We insure in Arizona - AZ, California - CA, Colorado - CO, Connecticut - CT, Florida - FL, Georgia - GA, Illinois - IL, Indiana - IN, Iowa - IA, Kentucky - KY, Maryland - MD, Michigan - MI, Minnesota - MN, Missouri - MO, Nevada - NV, New Jersey - NJ, New York - NY, Ohio - OH, Oregon - OR, Pennsylvania - PA, South Carolina - SC, Texas - TX, Virginia - VA, Washington - WA and Wisconsin - WI.

Home | Get Quote | Manage Policy | Make a Payment | Customer Care | Claims
Learning Center | About Us | States | Careers | Contact Us | Affiliate Program
Privacy | Security | Disclaimers | Site Map

© 1998-2008 Unitrin Direct Auto Insurance. All Rights Reserved. | 877-481-8836
Insurance underwritten by Unitrin Direct Property & Casualty Company and Unitrin Direct Insurance Company

Unitrin Direct insurance companies are subsidiaries of Unitrin, Inc. which has over 6 million policy holders and $9B in assets.   The Unitrin Property & Casualty Insurance Group is rated "A" excellent by AM Best and has $3.5B in admitted assets, $2.3B in liabilities and required reserves, $1.2B in surplus, and $394M in paid up capital.

# Exhibit C




## Unitrin Gets It Right

Unitrin is a $3 billion financial services company providing a diverse array of insurance and consumer finance products and services for individuals, families, and small businesses.

Our portfolio of the right products with the right service helps us be the right choice for our shareholders too.

Shopping for Insurance

1. ►► **Zip Code:**

2. ►► **Method:** ○ Online  ○ Through An Agent  ○ Either

3. ►► **Type:** ☐ Auto  ☐ Home  ☐ Health  ☐ Life

Get A Quote ►

### right products, right approach, right value

Among the brands in Unitrin's Property and Casualty Insurance business are Kemper®*, Unitrin Specialty, and Unitrin Business Insurance, which sell personal and commercial insurance through a network of independent agents, and Unitrin Direct, which sells auto insurance directly to consumers. Unitrin's Life and Health businesses bring a high level of personalized service to their customers. Unitrin's Consumer Finance subsidiary, Fireside Bank, specializes in automobile loans for the purchase of pre-owned vehicles.

More About Unitrin, Inc. >

* Unitrin uses the registered trademark "Kemper" under license, for personal lines insurance only, from Lumbermens Mutual Casualty Company, which is not affiliated with Unitrin. Lumbermens continues to use the name, "Kemper Insurance Companies", in connection with its operations, which are distinct from, and not to be confused with, Unitrin's Kemper business segment.

©2006-2008 Unitrin, Inc. Read Our Disclaimers.

# Exhibit D

Case 1:08-cv-00483  Document 40-2  Filed 04/28/2008  Page 9 of 18



2006 ANNUAL REPORT
Unitrin Gets It Right



The Right Partners

## Unitrin Business Overview

The Unitrin family of insurance and finance companies serves clients in markets across the United States. More than 6 million policyholders and consumer finance customers have their basic insurance and financial needs met by a nationwide network of career agents, independent agents and loan representatives. As one of America's leading financial services providers, the Unitrin family specializes in property, casualty, life, health and accident insurance, as well as, consumer finance products. With over $9 billion in assets, we employ over 8,000 associates.

## Table of Contents

Financial Highlights 1
Letter to Our Shareholders 2
The Right Partners 5
Our Family of Companies 14
Unitrin's Foundation Principles 16
Code of Ethics for Senior Financial Officers
  and Management Report on Internal Control 17
Management's Discussion and Analysis of
  Results of Operations and Financial Condition 18
Report of Independent Registered Public Accounting Firm 53
Consolidated Financial Statements 54
Board of Directors and Officers 92
Operating Management and Company Web Sites 93
Investors Overview 94


# Our Family of Companies

## UNITRIN
### PROPERTY & CASUALTY INSURANCE

Unitrin's Property and Casualty Insurance Group connects a network of insurance carriers that provide a range of personal and commercial insurance products to millions of customers across the nation. The group is comprised of Kemper Auto and Home, Unitrin Specialty, Unitrin Business Insurance and Unitrin Direct. The Unitrin companies operating in these segments provide automobile, homeowners, commercial multi-peril, fire, casualty, workers compensation, and other types of property and casualty insurance to individuals and businesses. Kemper Auto and Home, Unitrin Business Insurance and Unitrin Specialty are supported by a sales force of independent agents whose experience, knowledge, and respected standing in their communities have made them invaluable partners in growing the business and providing outstanding service to customers.



## UNITRIN Kemper
### AUTO AND HOME

Kemper Auto and Home provides personal automobile, homeowners, inland marine, boat owners, dwelling fire and personal umbrella insurance to preferred and standard risk customers. Kemper Auto and Home's premier product, the Package Plus, is a combined automobile and homeowners insurance policy that provides the convenience of one transaction and billing process to fulfill individual insurance needs. Kemper Auto and Home operates in 39 states and has approximately 3,000 independent agents as its sales force.

## UNITRIN
### SPECIALTY

Unitrin Specialty provides personal and commercial, non-standard automobile insurance to individuals and businesses through more than 7,500 independent agents/brokers in 23 states. Unitrin Specialty has over 700 employees in three offices (Dallas, Texas; Woodland Hills, California; and Salem, Oregon).

Unitrin Specialty is committed to becoming the friendly, people focused automobile insurance company, while growing profitably through strong relationships with their agents. Unitrin Specialty's primary emphasis is on becoming the most valued non-standard automobile insurance company in the independent agent market.

## UNITRIN
### BUSINESS INSURANCE

Unitrin Business Insurance, our business unit formed at the beginning of 2005, services commercial customers in 30 states, with a geographic emphasis in the south, northwest, and midwest. This Dallas-based unit primarily sells commercial automobile, general liability, commercial fire, commercial multi-peril and workers compensation insurance. Products are marketed by over 1,000 independent insurance agencies. These commercial products are designed and priced for businesses that have demonstrated favorable risk characteristics and loss history.



Unitrin Direct markets auto insurance primarily through direct mail, Web insurance portals, "click-throughs," its own Web site and television advertising. Unitrin Direct actively sells auto insurance in 22 states geographically dispersed throughout the United States.

Unitrin Direct writes a broad spectrum of auto insurance risks, ranging from preferred to non-standard private passenger auto customers. The overall business strategy of Unitrin Direct places great emphasis on competitive pricing and quality customer service.

Unitrin Direct's insurance products accounted for approximately 12% of the aggregate insurance premium revenues of Unitrin's property and casualty insurance business in 2006.

# UNITRIN
### LIFE & HEALTH INSURANCE

The Unitrin Life and Health Insurance Group is one of the top 100 life insurance providers in the nation. Utilizing a family of career agents, our Career Agency Companies offer primarily life and health insurance products to customers seeking basic protection for themselves and their families. The Company's Reserve National Insurance Company distributes its products in 31 states throughout the south, southwest and midwest, through a network of approximately 250 exclusive independent agents.

# UNITRIN
### Career Agency Companies

The Career Agency Companies, United Insurance, Union National, and Reliable Life, employ a field force of nearly 2,400 career agents in 25 states. Our family of career agents provide service to customers in their homes and offer personalized, affordable insurance products developed for individuals and families with household incomes of less than $25,000. The St. Louis-based home office staff of over 400 supports the efforts of the agents and field management.



Reserve National is our Oklahoma City-based independent agency company that provides accident and health insurance coverages to individuals and small business owners primarily in rural areas with limited access to the benefits plans of larger markets. Reserve National offers products such as scheduled benefit hospitalization and surgical plans, critical illness, home health care, first-occurrence cancer and heart-attack policies and Medicare supplement insurance.



One of the oldest and most highly regarded companies of its kind in the west and midwest, Fireside Bank provides consumer finance services. Based in Pleasanton, California and with 26 branches in California and loan production offices in 7 other states serving customers in 15 states, Fireside specializes in automobile loans, primarily for the purchase of pre-owned vehicles, and is one of the largest non-prime automobile finance sources in California.

# Exhibit E

8-K

**UNITRIN INC filed this Form 8-K on 12/11/07**

<< Previous Page | Next Page >>

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# Form 8-K

## Current Report
## Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

Date of Report (Date of earliest event reported): 12/06/2007

# Unitrin, Inc.
(Exact name of registrant as specified in its charter)

**Commission File Number: 0-18298**

| DE | 95-4255452 |
|---|---|
| (State or other jurisdiction of incorporation) | (IRS Employer Identification No.) |

**One East Wacker Drive, Chicago, IL 60601**
(Address of principal executive offices, including zip code)

**312-661-4600**
(Registrant's telephone number, including area code)

(Former name or former address, if changed since last report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

[ ] Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

[ ] Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

[ ] Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

[ ] Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

# Exhibit F

# UNITRIN

Home | Agents | Media | Investors | About | Brands | Careers | Contact | Governance

**Cautionary Investor Information**

**Company Information**

Corporate Governance
About Unitrin
Directors & Management
Shareholder Information
Financial Strength & Debt Ratings

**News & Events**

Archived Press Releases
Upcoming Events
Archived Events

**Financials**

Annual Report & Proxy Statement
Financial Reports
Fundamentals
SEC Filings
Section 16 Filings

**Stock Information**

Stock Price Information
Dividend History
First Call Earnings Estimates
Allocation of Tax Basis Information

**Services**

Information Request
E-mail Alerts

## Management

Board of Directors | Management

**Richard C. Vie**
Chairman

**Donald G. Southwell**
President and Chief Executive Officer

**Eric J. Draut**
Executive Vice President and Chief Financial Officer

**Scott Renwick**
Senior Vice President, General Counsel and Secretary

**David F. Bengston**
Vice President

**John M. Boschelli**
Vice President and Treasurer

**Edward J. Konar**
Vice President

**Richard Roeske**
Vice President and Chief Accounting Officer

### Operating Management

**Scott Carter**
President, Unitrin Direct
Chicago, Illinois

**James J. Collins**
President, Career Agency Property Program
St. Louis, Missouri

**Orin L. Crossley**
President, Reserve National Insurance Company
Oklahoma City, Oklahoma

**Ronald E. Greco**
Vice President and Corporate Actuary, Unitrin Services Company
Chicago, Illinois

**James M Landy**
President, Fireside Bank
Pleasanton, California

**Jack D. Lubner**
President, Unitrin Business Insurance
Dallas, Texas

**John W. Mullen**
President, Unitrin Specialty
Dallas, Texas

**Don M. Royster, Sr.**
President, Career Agency Companies
St. Louis, Missouri

**James A. Schulte**
President, Kemper
Jacksonville, Florida

**Shawn Crawford**
President, Unitrin Data Systems, Inc.
Oak Brook Terrace, Illinois

Print Page | E-mail Page | RSS Feeds | E-mail Alerts

©2006-2008 Unitrin, Inc. Read Our Disclaimers