# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| HYPERQUEST, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Civil Action No. 08 C 483** |
| | ) | |
| N'SITE SOLUTIONS, INC., and | ) | **Honorable Milton I. Shadur** |
| UNITRIN DIRECT AUTO INSURANCE | ) | **Magistrate Judge Michael T. Mason** |
| | ) | |
| Defendants. | ) | **JURY DEMAND** |

## NOTICE OF MOTION

TO:    Paul R. Kitch                    Steven L. Tiedemann
       Jodi Rosen Wine                  8820 Columbia 100 Parkway
       Elizabeth W. Baio                Suite 400
       Nixon Peabody LLP                Columbia, MD 21045
       161 N. Clark St., 48th floor
       Chicago, IL 60601


    **PLEASE TAKE NOTICE** that on May 1, 2008 at 9:15 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Milton I. Shadur in Courtroom 2303 in the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Hyperquest's Motion to Amend to Correct Corporate Name of Unitrin Direct**, a copy of which is attached hereto.

DATED:  April 28, 2008

                              Respectfully submitted,

                              HYPERQUEST, INC.

                              By  /s/ Deborah Rzasnicki Hogan
                                 One of Its Attorneys

Deborah Rzasnicki Hogan
Chad A. Blumenfield
GOLDBERG KOHN BELL BLACK
  ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois  60603
(312) 201-4000

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on April 28, 2008, she caused a copy of the attached **HYPERQUEST'S MOTION TO AMEND TO CORRECT CORPORATE NAME OF UNITRIN DIRECT** to be served via the Court's electronic notification system upon:

> Paul R. Kitch
> Jodi Rosen Wine
> Elizabeth W. Baio
> Nixon Peabody LLP
> 161 N. Clark St., 48th floor
> Chicago, IL 60601
>
> Steven L. Tiedemann
> 8820 Columbia 100 Parkway Suite 400
> Columbia, MD 21045

/s/ Deborah Rzasnicki Hogan