UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Hyperquest, Inc.
                        Plaintiff,

v.                                           Case No.: 1:08−cv−00483
                                                       Honorable Milton I. Shadur

N'Site Solutions, Inc., et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 1, 2008:

       MINUTE entry before Judge Honorable Milton I. Shadur:Plaintiff's Motion to amend corporate name [41] is granted. Motion to dismiss for lack of jurisdiction [19] is granted. Enter Memorandum Order. Both the Complaint and this action are dismissed for lack of subject matter jurisdiction. Motion hearing held on 5/1/2008. ; Civil case terminated. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.