UNITED STATE DISTRICT COURT
NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Hyperquest, Inc. | ) | |
|    Plaintiff, | ) | |
| v. | ) | Civil Action No. 08 C 483 |
| N'Site Solutions, Inc., et al., | ) | **Honorable Milton I. Shadur** |
|    Defendants. | ) | **Magistrate Judge Michael T. Mason** |

## MOTION FOR 17 U.S.C.A. §505 ATTORNEY'S FEES AND HEARING REQUEST

Defendant, N'Site Solutions, Inc. n/k/a ClaimHub, Inc. ("N'Site"), hereby files this Motion for Attorney's Fees ("Motion") pursuant to 17 U.S.C.A. §505 and for its reasons states:

1. N'Site seeks its attorney's fees in this matter pursuant to 17 U.S.C. §505. In this Circuit, there is a "very strong" presumption that when the prevailing party in a copyright action is the Defendant, who by definition received no award from the suit, attorney's fees should be awarded.

2. Moreover, Hyperquest's conduct of this litigation supports the award.

3. As part of its agreement with N'Site's customer, Defendant Unitrin Direct Insurance Company ("Unitrin"), N'Site indemnified and provided the defense for Unitrin. Thus, it seeks attorney's fees for Unitrin also.

4. N'Site's and Unitrin legal fees and costs, as more fully supported in the attached Memorandum of Law and exhibits, were **$222,820.67**.

5. N'Site incorporates the attached Memorandum of Law in support of this Motion, as if the same were set forth here in full.

WHEREFORE, N'Site Solutions, Inc. n/k/a ClaimHub, Inc. respectfully requests that it be awarded its attorney's fees of **$222,820.67** incurred in defending this matter as to both Defendants.

Respectfully submitted,

_____/s/_____
Steven L. Tiedemann

8820 Columbia 100 Parkway, Suite 400
Columbia, Maryland 21045
(410) 884-1960
(410) 884-1457 (fax)
Attorney for N'Site Solutions n/k/a
ClaimHub, Inc.

Defendant respectfully requests a hearing on this motion.

_____/s/_____
Steven L. Tiedemann

CERTIFICATE OF SERVICE

I hereby certify that, on the 14th day of May, 2008 I mailed and emailed a copy of the foregoing:

Deborah Hogan, Esq.
Goldberg Kohn
55 East Monroe Street
Suite 3300
Chicago, Illinois   60603-5792
Deborah.hogan@goldbergkohn.com

and to

Paul Kitch, Esq.
Nixon Peabody
161 N. Clark Street
48th Floor
Chicago, IL 60601-3213
pkitch@nixonpeabody.com

_____/s/_____
Steven L. Tiedemann