# STEVEN L. TiEDEMANN ESQ

ATTORNEY AT LAW

March 4, 2008

*Via Facsimle (760) 597-6204 and*
*Email (jbumiller@unitrindirect.com) Only*

JoLynn L. Bumiller, Esq.
Director of Claims, Legal & Compliance
Unitrin Direct Auto Insurance

Re:   Indemnification

Dear Ms. Bumiller:

Please accept this as notice that my client, N'Site Solutions, Inc., ("N'Site") has agreed to indemnify and defend Unitrin Direct Insurance Company ("Unitrin") in the *Hyperquest v. N'Site Solutions, Inc., et al.* action currently pending in the United States District Court for the Northern District of Illinois. We have received your attorney's written demand for indemnification.

The question then becomes how to approach the defense. According to the agreement between N'Site and your firm, N'Site is the direct the defense. At this time, given that the judge made clear that N'Site is likely the be dismissed in this action, and we are hopeful that a dismissal for Unitrin will follow shortly, we will at this time allow the firm of Nixon Peabody to continue representation of Unitrin, subject to N'Site's further evaluation as events unfold.

Of course, N'Site's goal is to see to it that its customers are satisfied and, therefore, we regret that you have been pulled into this matter. We will endeavor to see that this is a minor "bump" in a long road of cooperation between N'Site and Unitrin.

Respectfully,

Steven L. Tiedemann, Esq.

cc:   Paul Kitch, Esq. (via facsimile and email only)

*8820 Columbia 100 Parkway, Suite 400 Columbia, Maryland 21045*
*(410) 884-1960 • (410) 884-1457 (fax)*