

< BACK TO OUR LAWYERS



## Deborah R. Hogan
**PRINCIPAL**

*phone*  312.201.3973
*fax*    312.863.7473
*email*  deborah.hogan@goldbergkohn.com

 vCard

Deborah Hogan is a principal in the firm's Litigation group. She has represented companies, large and small, in a variety of commercial litigation matters, including accounting malpractice actions, breach of contract claims, negligent misrepresentation claims, real estate brokerage commission disputes, consumer fraud class action claims, complex mortgage foreclosure actions, fraudulent transfer claims, construction litigation, will disputes, ERISA withdrawal liability/control group claims and Fair Labor Standards Act claims.

**EDUCATION**

- Northwestern University, J.D., *cum laude*, 1995
- Northwestern University, B.A. in economics and political science, 1992

**BAR ADMISSIONS**

- Illinois

**Practice Areas**

Litigation & Alternative Dispute Resolution

**Industry Focus**

Telecommunications

About Us    Practices & Industries    Our Lawyers    News    Events
Careers    Contact Us    Search    Site Map    Home    Disclaimer    Site by Firmseek

© 2008 GOLDBERG KOHN