UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HYPERQUEST, INC., | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. |
| N'SITE SOLUTIONS, INC., and UNITRIN DIRECT AUTO INSURANCE | )<br>)<br>) |
| Defendants. | )<br>) JURY DEMAND |

FILED
JANUARY 22, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 C 483

JUDGE SHADUR
MAGISTRATE JUDGE MASON

## COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES

Plaintiff, HyperQuest, Inc., by and through its undersigned counsel, for its Complaint against Defendants, N'Site Solutions, Inc. and Unitrin Direct Auto Insurance, alleges as follows:

### GENERAL ALLEGATIONS

#### The Parties

1. HyperQuest, Inc. f/k/a HQ, Inc. ("HQ"), is a Delaware corporation with its principal place of business in Skokie, Illinois. HQ is a provider of primarily internet-based technology products and services to insurance companies and others in the property and casualty insurance industry, including repair shops, professional appraisers and parts suppliers.

2. N'Site Solutions, Inc. ("N'Site") is a Delaware corporation with its principal place of business in Overland Park, Kansas. When it was initially founded in 2000, N'Site was in the business of providing outsourced claims services for property and casualty insurance companies, such as first notice of loss taking and desk review of automobile insurance repair claim estimates. Currently N'Site advertises itself as "a leading provider of web-based

21. Among other things, Safelite and N'Site attempted to negotiate terms of a revised license agreement with respect to the eDoc Express software.

22. Safelite and N'Site were unable to resolve the disputes between them and no revised license agreement between Safelite and N'Site was ever executed.

### Safelite's Grant to HQ of an Exclusive License to Use the eDoc Express Software

23. On July 6, 2004, Safelite granted to HQ an exclusive license to use the eDoc Express software. A copy of the July 6, 2004 Software License between HQ and Safelite (the "Safelite/HQ Exclusive License Agreement") is attached hereto as Exhibit B.

24. Specifically, pursuant to the terms of the Safelite/HQ Exclusive License Agreement, Safelite granted to HQ a perpetual, worldwide, exclusive license to use, develop, modify, enhance, copy, reproduce, make, have made, store, demonstrate, market, promote, display, give access to, transmit, communicate, perform, adapt, modify, prepare derivative works based upon, develop, import, rent, lease and/or sub-license the eDoc Express software.

### Expiration of N'Site's Rights under the April 2001 N'Site/Quivox Agreement

25. Given Safelite's October 1, 2003 notice of breach, N'Site had no right to use the eDoc Express software in any way for any purpose after October 1, 2003.

26. Even absent N'Site's prior breach, any rights that N'Site had to use the eDoc Express software expired no later than April 1, 2006.

### N'Site's Infringing Software Product

27. In violation of the limitations set forth in the Quivox/N'Site Limited Use License: (i) N'Site installed the eDoc Express software at locations other than its own facility; (ii) N'Site did not use the eDoc Express software only within its immediate organization, solely for its own use and the use of its wholly owned subsidiaries, and solely for the purpose of