## UNITED STATE DISTRICT COURT
## NORTHERN DISTRICT ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| HYPERQUEST, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 08 C 483 |
| v. | ) |
| | ) Honorable Milton I. Shadur |
| N'Site Solutions, Inc., et al., | ) |
| | ) Magistrate Judge Michael T. Mason |
| Defendants. | ) |

## DECLARATION OF STEVEN L. TIEDEMANN IN SUPPORT OF DEFENDANTS' MOTION FOR DETERMINATION OF ATTORNEY'S FEES

I, STEVEN L. TIEDEMANN, declare under penalty of perjury that the following is true and correct:

1.    I am over 18 years of age, have personal knowledge of all facts attested to herein, and can competently testify to the same.

2.    I am General Counsel to JPB Enterprises, Inc, and a sole practitioner.

3.    I graduated with honors from the University of Maryland Law School in May 1996. I received a B.S. degree in Engineering and Mathematics from the University of the State of New York in 1990 and an M.S.A. in business from Central Michigan University in 1993.

4.    I have been a member in good standing of the bar of Maryland since 1996. I have been employed as an appellate judicial clerk for the Court of Special Appeals in Maryland, as the litigation partner of a mid-sized Maryland firm, and as an Assistant Attorney General for the State of Maryland. I am admitted to practice before the U.S. courts of appeals for the Federal Circuit and the Fourth Circuit, the Federal Court of

Claims, the United States Supreme Court, and the Northern District of Illinois.   My practice focuses on corporate law and corporate litigation.

5.      I generally bill clients, other than JPB Enterprises, Inc. and its wholly-owned subsidiaries, on the basis of hourly rates.  My rate in 2008 is $350 per hour. The time spent on this matter were billed at this rates.

6.      On information and belief, the hourly rates charged by me are consistent with the market rates charged by senior lawyers for corporate and IP litigation in Maryland.

7.      I record my time in 1/10 of an hour increments.

8.      Throughout this litigation, I did the best I could to keep fees and expenses down.  However, because Plaintiff's attorney Deborah Hogan was unwilling to agree to an extension of time to respond to the complaint in this case, refused our attempts to engage in good-faith discussions to settle this case, and insisted on pressing for immediate and comprehensive discovery, we were forced to work on an expedited basis and address a substantial number of issues.

9.      The fees I have charged to N'Site, in the amount of $46,415.00, were necessary and reasonable charges for the work performed.  The attached bill shows the itemized charges.

10.      I am familiar with the qualifications and work of Laura Bertin, N'Site's usual corporate counsel.  I often have to hire out of state attorneys for services, therefore I have personal knowledge of reasonable legal fee rates in various jurisdictions, including Washington where Ms. Bertin practices.  She charges and did charge $350 per hour for

- 3 -

her time.  The fees charged by her for reviewing and producing her file during discovery were necessary and reasonable charges for the work performed.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date:  May 14, 2008

Steven L. Tiedemann

### Steven L. Tiedemann, Esq.
8820 Columbia 100 Parkway
Suite 400
Columbia, MD 21045

Ph:(410) 884-1960          Fax:(410) 884-1457

JPB Enterprises                                                                May 14, 2008
8820 Columbia 100 parkway
Suite 400
Columbia, Maryland
21045
                                                        File #:    PE-NSTE.002
**Attention:**                                          Inv #:          253

RE:    Hyperquest, Inc. v. N'Site Solutions, Inc., et al. for N'Site Solutions (owned
       by Client JPB Enterprises, Inc.)

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Jan-28-08 | Review of Complain, summons, initial discussion with client. | 2.30 | 805.00 | ST |
| Jan-29-08 | Review of initial strategy and case law review, telephone calls with client reps. | 3.50 | 1,225.00 | ST |
| Jan-30-08 | Preparation of and for telephone conference with client. | 1.30 | 325.00 | ST |
| Feb-06-08 | Research and Preparation of for admission to bar in IL. | 1.80 | 630.00 | ST |
|  | Drafting of initial motions in concert with Unitrin | 5.80 | 2,030.00 | ST |
| Feb-07-08 | Drafting of initial motions in concert with Unitrin | 3.50 | 1,225.00 | ST |
| Feb-08-08 | Preparation of bar admission documents | 0.70 | 245.00 | ST |
| Feb-10-08 | Drafting of final versions of motions, research motions, over weekend and into following week | 9.50 | 3,325.00 | ST |
| Feb-13-08 | Drafting initial motions finalized and filed while admission pending through Kitch and Unitrin. | 2.70 | 945.00 | ST |
| Feb-15-08 | Review of minute order entry. | 0.20 | 70.00 | ST |

| Date | Description | Hours | Amount | |
|---|---|---|---|---|
| Feb-19-08 | Telephone call with opposing attorney with 26(f). Preparation for phone call, draft disclosures. | 2.70 | 945.00 | ST |
| Feb-22-08 | Review of HQ's opposition and begin research and case review of their citations. | 4.10 | 1,435.00 | ST |
| | Telephone call with client, teleconference and off line discussion and fact gathering from witnesses. | 1.80 | 630.00 | ST |
| Feb-23-08 | Review of unitrin letter re indemnification. | 0.50 | 175.00 | ST |
| Feb-25-08 | Drafting and filing of entry of appearance. | 0.70 | 245.00 | ST |
| | Drafting of Reply to HQ's Opposition and associated research. | 5.50 | 1,925.00 | ST |
| Feb-26-08 | Preparation of anf for oral argument, travel to Chicago. | 6.50 | 2,275.00 | ST |
| Feb-27-08 | Attendance at hearing on motion and travel. | 10.00 | 3,500.00 | ST |
| | Review of minute entry. | 0.20 | 70.00 | ST |
| Feb-28-08 | Review of HQ's discovery, contact client to get documents, discuss begin draft of answers | 2.10 | 735.00 | ST |
| Mar-01-08 | Review of discovery to Unitrin, and begin work on responses. | 1.00 | 350.00 | ST |
| Mar-04-08 | Drafting and sending of indemnification letter to Unitrin. | 0.60 | 210.00 | ST |
| | Drafting and finalize discovery responses, Meeting with with client. Document review, extensive. | 5.80 | 2,030.00 | ST |
| Mar-05-08 | Review of HQ's rule 26 disclosures | 0.50 | 175.00 | ST |
| Mar-06-08 | Review of Unitrin's motion for more time. | 0.40 | 140.00 | ST |
| Mar-10-08 | Review of court's minute entry | 0.20 | 70.00 | ST |
| Mar-14-08 | Review of Unitrin's discovery responses. | 1.00 | 350.00 | ST |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Review of Unitrin's reply. | 2.00 | 700.00 | ST |
| Mar-21-08 | Review of consent motion, obtain permission from client. | 0.30 | 105.00 | ST |
| Mar-24-08 | Review of minute entry | 0.20 | 70.00 | ST |
|  | Review of proposed Safelite protective order, multiple edits, telephone conference among cousel for all parties, as well as review of documents produced by Safelite [dates uncertain]. | 5.00 | 1,750.00 | ST |
| Apr-07-08 | Review of documents discovered on Ron Fall's computer and then produce to Hyperquest. | 2.40 | 840.00 | ST |
|  | Review of packet of documents from Laura Bertin, Esq. remove obviously priv communication from her to client, produce remainder to HQ. | 1.60 | 560.00 | ST |
| Apr-10-08 | Review of HQ's motion for leave to file and the supp memo, prepare oral argument, not yet briefed, research | 3.40 | 1,190.00 | ST |
| Apr-13-08 | Preparation for hearing, travel. | 6.50 | 2,275.00 | ST |
| Apr-14-08 | Attendance at hearing and travel back. | 10.00 | 3,500.00 | ST |
|  | Review of minute entry | 0.20 | 70.00 | ST |
|  | Telephone call with client, various from 4/12-4/14 re hearings. | 1.50 | 525.00 | ST |
| Apr-21-08 | Drafting memo in response to HQ supp motion | 4.00 | 1,400.00 | ST |
| Apr-26-08 | Drafting second edit and spot research | 1.50 | 525.00 | ST |
| Apr-28-08 | Drafting final memo and file. | 3.70 | 1,295.00 | ST |
|  | Review of Unitrin's response, document review/case research | 0.90 | 315.00 | ST |
|  | Review of HQ's opposition on Process issue | 0.80 | 280.00 | ST |
|  | Telephone call with client before and after hearing on 27th, Preparation of hearing on 26th. | 1.10 | 385.00 | ST |

| | | | | |
|---|---|---|---|---|
| May-01-08 | Review of judgment | 0.30 | 105.00 | ST |
| May-08-08 | Preparation of attorney fee motion | 2.30 | 805.00 | ST |
| May-13-08 | Preparation of attorney fee motion and ALR Fed review | 2.60 | 910.00 | ST |
| May-14-08 | Preparation of final fee motion. Emails to counsel re cost itemizations. | 7.50 | 2,625.00 | ST |
| | Totals | 132.70 | $46,315.00 | |

**Total Fee & Disbursements** $46,315.00

**Balance Now Due** $46,315.00