*Ex "9"*

5:25 PM
05/09/08
Accrual Basis

## JPB Enterprises, Inc.
## Transactions by Account
### As of May 9, 2008

| Type | Date | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| **Reimbursable Expenses** | | | | | | |
| **ClaimHub** | | | | | | 0.00 |
| Bill | 02/04/2008 | Clerk, U S District Court, Northern Dist | Application Fee General Bar for ClaimHub | 150.00 | | 150.00 |
| Bill | 02/04/2008 | Clerk, U S District Court, Northern Dist | Application Fee Trial Bar for ClaimHub | 50.00 | | 200.00 |
| Credit Card Charge | 02/18/2008 | Steven Tiedemann | Hotels.com - Travel to Chicago for hearing for ClaimHub defense on Hyperquest vs NSite | 108.24 | | 308.24 |
| Credit Card Charge | 02/18/2008 | Steven Tiedemann | Southwest Airlines - Travel to Chicago for hearing for ClaimHub defense on Hyperquest vs NSite | 141.00 | | 449.24 |
| Bill | 02/19/2008 | FedEx | FedEx - United States District Court for ClaimHub 2/8/08 | 9.65 | | 458.89 |
| Credit Card Charge | 03/01/2008 | Steven Tiedemann | The Congress Plaza - Chicago for NSite vs Hyperquest 2/28/08 | 22.15 | | 481.04 |
| Credit Card Charge | 03/01/2008 | Steven Tiedemann | BWI Airport parking for NSite vs Hyperquest 2/27/08 | 26.00 | | 507.04 |
| Credit Card Charge | 03/01/2008 | Steven Tiedemann | McDonald's - Meals for NSite vs Hyperquest 2/27/08 | 1.93 | | 508.97 |
| Credit Card Charge | 03/01/2008 | Steven Tiedemann | McDonald's - Meals for NSite vs Hyperquest 2/27/08 | 8.27 | | 517.24 |
| Credit Card Charge | 03/01/2008 | Steven Tiedemann | Panera Bread - Meals for NSite vs Hyperquest 2/27/08 | 7.00 | | 524.24 |
| Credit Card Charge | 03/01/2008 | Steven Tiedemann | Airport Express - NSite vs Hyperquest 2/27/08 | 37.00 | | 561.24 |
| Credit Card Charge | 03/01/2008 | Steven Tiedemann | Hudson News - NSite vs Hyperquest 2/27/08 | 3.16 | | 564.40 |
| Credit Card Charge | 03/01/2008 | Steven Tiedemann | Panera Bread - NSite vs Hyperquest 2/27/08 | 12.55 | | 576.95 |
| Bill | 04/04/2008 | PACER | Legal Research - Public Access to Court Electronic Records Hyperquest vs NSite | 24.72 | | 601.67 |
| Credit Card Charge | 04/10/2008 | Steven Tiedemann | Southwest Airlines - Travel to Chicago for NSite vs Hyperquest 4/13/08-4/14/08 | 423.00 | | 1,024.67 |
| Credit Card Charge | 04/10/2008 | Steven Tiedemann | Priceline.com - Lodging for NSite vs Hyperquest travel | 137.19 | | 1,161.86 |
| Credit Card Charge | 04/13/2008 | Steven Tiedemann | McDonalds- Meals for NSite vs Hyperquest travel | 5.93 | | 1,167.79 |
| Credit Card Charge | 04/16/2008 | Steven Tiedemann | Superdawg - Meal for NSite vs Hyperquest travel | 13.89 | | 1,181.68 |
| Credit Card Charge | 04/16/2008 | Steven Tiedemann | Panera Bread - Meal for NSite vs Hyperquest travel | 6.99 | | 1,188.67 |
| Credit Card Charge | 04/16/2008 | Steven Tiedemann | Airport Parking for NSite vs Hyperquest travel | 10.00 | | 1,198.67 |
| **Total ClaimHub** | | | | 1,198.67 | 0.00 | 1,198.67 |
| **Total Reimbursable Expenses** | | | | 1,198.67 | 0.00 | 1,198.67 |
| **TOTAL** | | | | 1,198.67 | 0.00 | 1,198.67 |