# SUMMIT LAW GROUP®

Federal Tax ID# 91-1787901

February 15, 2008

**James Bolduc**
**c/o JPB Enterprises Inc.**
**8820 Columbia 100 Parkway  # 400**
**Columbia, MD  21045**

Invoice No.  36650

Client No.   11089  000001  LAB

Activity Billed Through 01/31/2008                    *Original to Accounting*

Re:  **ClaimHub, Inc.**
     **General Corporate**

---

*Professional Services Rendered:*



| Date | TK | Description | Hours/Rate | Amount |
|------|----|-----|------|------|
| 01/11/08 | PLB | ████████████████████████ | 1.20 @ $185.00 | $222.00 |
| 01/15/08 | LAB | ████████████████ | 0.70 @ $350.00 | $245.00 |
| 01/29/08 | PLB | ████████████████████ | 0.30 @ $185.00 | $55.50 |
| 01/30/08 | LAB | Prepare for and attend conference call re Hyperquest lawsuit; review complaint. | 1.00 @ $350.00 | $350.00 |

Total professional services:    **$872.50**

*Disbursements:*

| Date | Code | Amount |
|------|------|------|
| 01/09/08 | [ E107 ] ████████████████ | $12.57 |
| 01/09/08 | [ E107 ] ████████████████ | $9.83 |
| 01/09/08 | [ E107 ] ████████████████ | $15.67 |
| 01/16/08 | [ CORP ] ████████████████ | $344.00 |

Total disbursements:    **$382.07**

**Timekeeper Recap:**

| Code | Name | Title | Hours/Rate | Amount |
|------|------|-------|------|------|
| LAB | Bertin, Laura | Attorney | 1.70 hrs @ $350.00 | $595.00 |
| PLB | Brown, Patti L. | Paralegal | 1.50 hrs @ $185.00 | $277.50 |

**Expense Recap:**

| Code | Description | Amount |
|------|-------------|------|
| CORP | Formation/Maintenance | $344.00 |
| E107 | Delivery Services/Messengers | $38.07 |

# SUMMIT LAW GROUP®

*Federal Tax ID# 91-1787901*

March 15, 2008

James Bolduc
c/o JPB Enterprises Inc.
8820 Columbia 100 Parkway # 400
Columbia, MD 21045

Invoice No. **36913**

Client No.  **11089  000001  LAB**

Activity Billed Through 02/29/2008          *Original to Accounting*



Re:  ClaimHub, Inc.
     General Corporate

---

**Professional Services Rendered:**

| Date | TK | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/01/08 | PLB | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 1.50 @ | $185.00 | $277.50 |
| 02/05/08 | LAB | Review proposed motion and memorandum re Hyperquest. | 0.30 @ | $350.00 | $105.00 |
| 02/20/08 | LAB | Review email and files for Safelite-related matters; correspondence re same. | 1.40 @ | $350.00 | $490.00 |
| 02/27/08 | LAB | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.40 @ | $350.00 | $140.00 |
| 02/28/08 | PLB | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.50 @ | $185.00 | $92.50 |
| 02/29/08 | LAB | ▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.30 @ | $350.00 | $105.00 |

Total professional services:  **$1,210.00**

**Disbursements:**

| Date | | Amount |
|---|---|---|
| 02/12/08 | [CORP] ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | $115.00 |
| 02/12/08 | [CORP] ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | $90.00 |
| 02/12/08 | [CORP] ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | $70.00 |
| 02/19/08 | [CORP] ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | $165.00 |

Total disbursements:  **$440.00**

Timekeeper Recap:

| TK | Name | Role | Hours/Rate | Amount |
|---|---|---|---|---|
| LAB | Bertin, Laura | Attorney | 2.40 hrs @ $350.00 | $840.00 |
| PLB | Brown, Patti L. | Paralegal | 2.00 hrs @ $185.00 | $370.00 |

Expense Recap:

| CORP | Formation/Maintenance | $440.00 |
|---|---|---|