Ex "11"

I affirm under the penalty of perjury that I reviewed and printed the following accurate documents from the web sites shown in the header of each document and, that to the best of my knowledge, information and belief, the information contained therein is true and correct.

May 15, 2008

Steven L. Tiedemann, Esq.

ADVERTISING

# Talk about a renovation!

chron.com

| HOME | NEWS | SPORTS | BUSINESS | ENTERTAINMENT | LIFE | TRAVEL | BLOGS | JOBS | REAL ESTATE | CARS | SHOPPING |

Enron | Energy | Real Estate | Tech | Markets | Houston Stocks | World Markets | Currency | Your Portfolio | Legal & Public Notices

Search  ⊙ Chron.com  ○ Web Search
powered by YAHOO! SEARCH

Advanced search | Archives

Chronicle Subscribers — a premium wine club offer.

# Markets

Wednesday, May 14, 2008

Enter symbol  Go  Symbol Lookup ›    DOW 12927.77   NSDQ 2516.02
                                     S&P 500 1413.08  OIL 124.47

UNITRIN, INC. (NYSE: UTR)  ADD TO MY WATCHLIST ›

| Detailed Quote | News | Chart | SEC Filings | Profile | Historical |

**COMPANY** QUOTE

| | |
|---|---|
| Last Price | 37.65 (10:32 AM CDT) |
| Change (%) | -0.94 (-2.44%) |
| Volume | 53,193 |
| Open | 38.42 |
| Previous Close | 38.59 |
| Day High | 38.44 |
| Day Low | 37.50 |
| Bid | N/A |
| Ask | N/A |

**STOCK** DATA

| | |
|---|---|
| Average Volume | 232,010 |
| Shares Outstanding | 64.26M |
| Market Cap | 2.4B |
| Year High | 53.00 |
| Year Low | 32.59 |
| Earnings Per Share | 2.35 |
| P/E Ratio | 16.0 |
| Dividend | 1.88 |
| Yield | 4.99 |

**CHART**

14 May 2008 ■ Unitrin
39.00
38.50
38.00
37.50
10am 11am 12pm 1pm 2pm 3pm 4pm
FinancialContent.com

Intraday  3 Month  6 Month  1 Year

**RELATED** COMPANIES

| SYMBOL | LAST | VOLUME | CHANGE (%) |
|---|---|---|---|
| ERIE | 53.31 | 5,448 | +0.17 (+0.32%) |
| BRO | 19.31 | 64,750 | -0.01 (-0.05%) |
| PHLY | 37.88 | 52,035 | +0.23 (+0.61%) |
| MCY | 49.92 | 45,173 | +0.34 (+0.69%) |
| IDLLF | 33.80 | 0 | +0.00 (+0.00) |
| HCC | 23.67 | 210,209 | +0.24 (+1.02%) |

**PRESS RELEASES:** UTR

Wed, May 07, 2008
📄 Unitrin Announces Quarterly Dividend - Business Wire

Mon, May 05, 2008
📄 Unitrin, Inc. Reports First Quarter Earnings - Business Wire

📄 A.M. Best Affirms Ratings of Unitrin, Inc.; Upgrades Ratings of Mutual Savings Fire and Mutual Savings Life - Business Wire

Tue, Apr 01, 2008
📄 Unitrin Completes Acquisition of Primesco, Inc. - Business Wire

Wed, Feb 06, 2008
📄 Unitrin Announces Increase in Quarterly Dividend - Business Wire

More Press Releases

**NEWS:** UTR

Thu, Feb 14, 2008

    Morgan Keegan Upgrades Unitrin (UTR) to Outperform - StreetInsider

    Unitrin (UTR) NewsBite - Unitrin Rises on Upgrade - MarketIntelligenceCe...

Mon, Dec 03, 2007

    Unitrin (UTR) Director Buys 20K Shares - StreetInsider

More News

**PODCASTS:** UTR

Wed, Dec 20, 2006

    Dorsey Wright's Podcast 58 - Making a Change for 2007 - Dorsey Wright

More Podcasts

**BLOGS:** UTR

Sat, Dec 22, 2007

    This Week's Insider Purchases - Todd Sullivan's - Va...

Sat, Dec 01, 2007

    This Week's Insider Buys - Todd Sullivan's - Va...

More Blogs

Powered By: **FinancialContent, Inc.**
Nasdaq quotes delayed at least 15 minutes, all others at least 20 minutes.
By accessing this page, you agree to the following terms and conditions.
Conference calls info supplied by OpenCompany
Fundamental data supplied by Mergent, Inc.
Stock quote data supplied by Telekurs



**ADVERTISING:** Contests | Fraudulent Ads | Information & Rates | Place An Ad | Singles In Houston | Yellow Pages | CHRONLINKS
**CHRONICLE:** Subscribe Now | Subscriber Services | Buy Photos & Page Prints 2005-Present | Historic Page Prints 1901-2004 | Chronicle in Education | Public Affairs | Corrections | RSS Feeds
**SERVICES:** Privacy Policy | Terms & Conditions | Help | Registration | Report a Problem | Site Map | News Alerts | Newsletters

Subscribe to the paper now | REAL cities | Donate to Good Fellows

**HEARST** *newspapers*



 chron.com

| HOME | NEWS | SPORTS | BUSINESS | ENTERTAINMENT | LIFE | TRAVEL | BLOGS | JOBS | REAL ESTATE | CARS | SHOPPING |

Enron | Energy | Real Estate | Tech | Markets | Houston Stocks | World Markets | Currency | Your Portfolio | Legal & Public Notices

Search   ○ Chron.com  ○ Web Search
powered by YAHOO! SEARCH

Advanced search | Archives

# Markets

Wednesday, May 14, 2008

Enter symbol   Go   Symbol Lookup ▸

DOW 12929.64   NSDQ 2516.22
S&P 500 1413.28   OIL 124.47

## Unitrin Direct Introduces Affordable Auto Insurance to Minnesota

PRNewsWire News Releases

Published 07/20/07 06:34 PM CDT

MINNEAPOLIS, July 20 /PRNewswire-FirstCall/ -- Unitrin Direct, an auto insurer that is becoming increasingly popular with consumers nationwide for its affordable rates and high-quality customer service, is now selling policies in Minnesota, which will help drivers across the state save money on reliable coverage.

Unitrin Direct uses an innovative, direct business model to reduce overhead and pass savings on to consumers looking for low cost auto insurance. Customers who switch to Unitrin Direct from another carrier for their car insurance save an average of $303.*

"We're committed to delivering a better auto insurance experience," said Scott Carter, Unitrin Direct president. "That means offering affordable rates but still providing the personal customer care that lets our policyholders get the help they need quickly."

One way Unitrin Direct has been able to offer low cost auto insurance and save customers money is by using the latest technology to streamline the insurance process. In May, after enhancing its communication system to electronically link its underwriting, claims and customer service departments, Unitrin Direct received the 2007 IASA Technology Achievement Award, which honors technological applications that solve business challenges in the insurance industry. Earlier in the year, Unitrin Direct redesigned its website: http://www.UnitrinDirect.com. It now takes less than 10 minutes for consumers to get a car insurance quote, and gathering information for rate comparisons has never been easier. Customers who prefer to use the phone can get rate quotes and information equally quickly by calling (800) 642-5254.

"Being a leader in insurance technology is a top priority for us," said Tom Mercer, vice president, marketing. "It gives us the necessary resources to offer our customers a price break and provide easier, faster ways for them to choose coverage that fits their specific needs."

In its effort to create savings options for its customers, Unitrin Direct will be offering numerous discounts to Minnesotans looking for affordable car insurance. One of the most popular is Esignature, a convenient service that reduces the policy premium by $50 for customers who sign their documents online. Customers can also save up to 25% by paying their policy in full while using a combination of other discounts. **

"We're excited to bring so many money-saving options to Minnesota," said Thomas Cruse, Minnesota product manager. "By switching to Unitrin Direct, drivers will get the first-class treatment they're looking for at an affordable price."

### About Unitrin Direct

Unitrin Direct is dedicated to providing its customers with outstanding service and quality coverage at competitive

prices, making auto insurance simple by offering people the choices they want with the convenience they deserve. The Unitrin Direct insurance companies are subsidiaries of Unitrin, Inc. UTR in Chicago, and part of the Unitrin family of companies that has over six million policyholders, $9 billion in assets and is rated "A" (excellent) by A.M. Best Company, a leading provider of financial information for the global insurance industry. The Unitrin Direct companies offer affordable automobile insurance in Arizona, California, Colorado, Connecticut, Florida, Georgia, Illinois, Indiana, Iowa, Kentucky, Maryland, Michigan, Minnesota, Missouri, Nevada, New Jersey, New York, Ohio, Oregon, Pennsylvania, South Carolina, Texas, Virginia, Washington and Wisconsin. To get a free auto insurance quote, log on to http://www.UnitrinDirect.com or call (800) 642-5254.

```
*Average savings based on new customers who reported savings between March
and June 2006.
**Discounts not available in all states.
```

Insurance underwritten by Unitrin Direct Property & Casualty Company and Unitrin Direct Insurance Company. UDP&CC is the underwriter in MN.

**Source:** Unitrin Direct

---

**PRESS RELEASES: UTR**

Wed, May 07, 2008

Unitrin Announces Quarterly Dividend - Business Wire

Mon, May 05, 2008

Unitrin, Inc. Reports First Quarter Earnings - Business Wire

A.M. Best Affirms Ratings of Unitrin, Inc.; Upgrades Ratings of Mutual Savings Fire and Mutual Savings Life - Business Wire

Tue, Apr 01, 2008

Unitrin Completes Acquisition of Primesco, Inc. - Business Wire

Wed, Feb 06, 2008

Unitrin Announces Increase in Quarterly Dividend - Business Wire

More Press Releases

Powered By: FinancialContent, Inc.
Nasdaq quotes delayed at least 15 minutes, all others at least 20 minutes.
By accessing this page, you agree to the following terms and conditions
Conference calls info supplied by OpenCompany
Fundamental data supplied by Mergent, Inc.
Stock quote data supplied by Telekurs



**ADVERTISING:** Contests | Fraudulent Ads | Information & Rates | Place An Ad | Singles In Houston | Yellow Pages | CHRONLINKS
**CHRONICLE:** Subscribe Now | Subscriber Services | Buy Photos & Page Prints 2005-Present | Historic Page Prints 1901-2004 | Chronicle in Education | Public Affairs | Corrections | RSS Feeds
**SERVICES:** Privacy Policy | Terms & Conditions | Help | Registration | Report a Problem | Site Map | News Alerts | Newsletters



HEARST *newspapers*