UNITED STATE DISTRICT COURT
NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Hyperquest, Inc. | ) | |
|     Plaintiff, | ) | |
| v. | ) | Civil Action No. 08 C 483 |
| N'Site Solutions, Inc., et al., | ) | **Honorable Milton I. Shadur** |
|     Defendants. | ) | **Magistrate Judge Michael T. Mason** |

### NOTICE OF MOTION

To:    Paul R. Kitch                             Deborah R. Hogan
        Jodi Rosen Wine                      Chad A. Blumenfield
        Elizabeth W. Baio                      Goldberg Kohn
        Nixon Peabody LLP                 55 E. Monroe Street
        161 N. Clark Street                  Suite 3300
        48th Floor                                    Chicago, IL  60603
        Chicago, IL  60601

**PLEASE TAKE NOTICE** that on Tuesday, May 20, 2008 at 9:15 am or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Milton I. Shadur, in Courtroom 2303 in the United States District Court, 219 South Dearborn Street, Chicago, IL and shall then and there present N'Site Solutions, Inc.'s Motion for Attorney's Fees, a copy of which is attached hereto.

Dated:  May 14, 2008

                                                            Respectfully submitted,
                                                            _____/s/_____
                                                            Steven L. Tiedemann

                                                            8820 Columbia 100 Parkway, Suite 400
                                                           Columbia, Maryland 21045
                                                           (410) 884-1960
                                                           (410) 884-1457 (fax)
                                                           Attorney for N'Site Solutions n/k/a
                                                           ClaimHub, Inc.

CERTIFICATE OF SERVICE

    I hereby certify that, on the 14th day of May, 2008 I mailed and emailed a copy of the foregoing:

Deborah Hogan, Esq.
Goldberg Kohn
55 East Monroe Street
Suite 3300
Chicago, Illinois   60603-5792
deborah.hogan@goldbergkohn.com

and to

Paul Kitch, Esq.
Nixon Peabody
161 N. Clark Street
48th Floor
Chicago, IL 60601-3213
pkitch@nixonpeabody.com

                                                     /s/
                                          Steven L. Tiedemann