UNITED STATE DISTRICT COURT
NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Hyperquest, Inc. | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 08 C 483 |
| N'Site Solutions, Inc., et al., | ) | **Honorable Milton I. Shadur** |
| Defendants. | ) | **Magistrate Judge Michael T. Mason** |

## NOTICE OF MOTION

To:  Paul R. Kitch                          Deborah R. Hogan
     Jodi Rosen Wine                        Chad A. Blumenfield
     Elizabeth W. Baio                      Goldberg Kohn
     Nixon Peabody LLP                      55 E. Monroe Street
     161 N. Clark Street                    Suite 3300
     48th Floor                             Chicago, IL  60603
     Chicago, IL  60601

**PLEASE TAKE NOTICE** that on **Wednesday, May 21, 2008 at 9:15 am** *(Attention: please notice change from prior date of May 20, 2008 due to Judge Shadur's published schedule)* or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Milton I. Shadur, in Courtroom 2303 in the United States District Court, 219 South Dearborn Street, Chicago, IL and shall then and there present N'Site Solutions, Inc.'s Motion for Attorney's Fees, a copy of which is attached hereto.

Dated:  May 14, 2008

                                        Respectfully submitted,
                                        _____/s/_____
                                        Steven L. Tiedemann

                                        8820 Columbia 100 Parkway, Suite 400
                                        Columbia, Maryland 21045
                                        (410) 884-1960

                (410) 884-1457 (fax)
                Attorney for N'Site Solutions n/k/a
                ClaimHub, Inc.

## CERTIFICATE OF SERVICE

 I hereby certify that, on the 14th day of May, 2008 I mailed and emailed a copy of the foregoing:

Deborah Hogan, Esq.
Goldberg Kohn
55 East Monroe Street
Suite 3300
Chicago, Illinois 60603-5792
deborah.hogan@goldbergkohn.com

and to

Paul Kitch, Esq.
Nixon Peabody
161 N. Clark Street
48th Floor
Chicago, IL 60601-3213
pkitch@nixonpeabody.com

                _____/s/_____
                Steven L. Tiedemann