## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **HYPERQUEST, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 08 C 483 |
| | ) |
| **N'SITE SOLUTIONS, INC., and UNITRIN DIRECT AUTO INSURANCE** | ) Honorable Milton I. Shadur |
| | ) |
| **Defendants.** | ) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff-Appellant HyperQuest, Inc. hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Memorandum Order and Docket Entry entered in this action on May 1, 2008 (the "Order"). In appealing from the Order, HyperQuest appeals from the entire Order against it, including all interlocutory orders, judgments, decrees, decisions, rulings and opinions that the District Court made in this case, and that have merged into and become part of the Order, shaped the Order, are related to the Order, and upon which the Order is based.

Dated: May 20, 2008

                                                                       **HYPERQUEST, INC.**

                                                 By: /s/ Deborah Rzasnicki Hogan
                                                     One of Its Attorneys

Deborah Rzasnicki Hogan
Chad A. Blumenfield
GOLDBERG, KOHN, BELL, BLACK,
  ROSENBLOOM & MORITZ, LTD.
55 East Monroe, Suite 3300
Chicago, Illinois 60603
(312) 201-4000

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on May 20, 2008, she caused a copy of the attached **NOTICE OF APPEAL** to be served via the Court's electronic notification system upon:

>Paul R. Kitch
>Jodi Rosen Wine
>Elizabeth W. Baio
>Nixon Peabody LLP
>161 N. Clark St., 48th floor
>Chicago, IL 60601
>
>Steven L. Tiedemann
>8820 Columbia 100 Parkway Suite 400
>Columbia, MD 21045

>/s/ Deborah Rzasnicki Hogan