DAJ

FILED
MAY 22, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

May 21, 2008

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 08-2257
>
> Caption:
> HYPERQUEST, INC.,
> Plaintiff - Appellant
>
> v.
>
> N'SITE SOLUTIONS, INC., et al.,
> Defendants - Appellees
>
> District Court No: 1:08-cv-00483
> Court Reporter J. Andrews
> Clerk/Agency Rep Michael Dobbins
> District Judge Milton Shadur
>
> Date NOA filed in District Court: 05/20/2008

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form** (form ID: **188**)