

**MICHAEL W. DOBBINS**
CLERK

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

*gwr*

(312) 435-5761

May 29, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

U.S.C.A. — 7th Circuit
RECEIVED

MAY 2 9 2008 SMP
MAY 29 2008
GINO J. AGNELLO
CLERK

RE:   Hyperquest, Inc. v. N'Site Solutions, Inc. et al

U.S.D.C. DOCKET NO.:   08-cv-483

U.S.C.A. DOCKET NO.:   08-2257

Dear Mr.Agnello:

Please find attached the supplemental record on appeal consisting of the following:

VOLUME OF PLEADING(S):              NONE

VOLUME(S) OF TRANSCRIPT(S):         TWO (2)

VOLUME(S) OF DEPOSITION(S):         NONE

EXHIBITS:                           NONE

VAULT ITEM:                         NONE

SPECIAL NOTE:     Attached certified copy of docket sheet

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,
MICHAEL W. DOBBINS, CLERK

By:     Gwen Rosegay
        Deputy Clerk