

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
  **CLERK**                                                                                          312-435-5670

June 12, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: Hyperquest, Inc. -v- N'Site Solutions, Inc.

U.S.D.C. DOCKET NO. : 08 cv 483

U.S.C.A. DOCKET NO. : 08 - 2257

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

  VOLUME(S) OF PLEADING(S)              *1 Volume of Pleadings*

  VOLUME(S) OF TRANSCRIPT(S)                   *1 pdf*

  VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:                 *One pdf of 1 volume of transcripts*

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

                                    Very truly yours,

                                    Michael W. Dobbins, Clerk

                                    By:_____
                                        D. Jordan, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

*1 Volume of Pleadings*

In the cause entitled: Hyperquest , Inc. -v- N'Site Solutions.

USDC NO.   : 08 cv 483

USCA NO.   : 08 - 2257

IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 12th day of June 2008.

MICHAEL W. DOBBINS, CLERK

By: _____
D. Jordan, Deputy Clerk

AO279, APPEAL, MASON, TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.2.1 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:08-cv-00483
Internal Use Only

| | |
|---|---|
| Hyperquest, Inc. v. N'Site Solutions, Inc. et al | Date Filed: 01/22/2008 |
| Assigned to: Honorable Milton I. Shadur | Date Terminated: 05/01/2008 |
| Case in other court: 08-02257 | Jury Demand: Plaintiff |
| Cause: 17:101 Copyright Infringement | Nature of Suit: 820 Copyright |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Hyperquest, Inc.**     represented by **Deborah R. Hogan**
Goldberg, Kohn, Bell, Black, Rosenbloom & Moritz, Ltd.
55 East Monroe Street
Suite 3300
Chicago, IL 60603
(312) 201-3973
Email: deborah.hogan@goldbergkohn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chad A Blumenfield**
Goldberg, Kohn, Bell, Black, Rosenbloom & Moritz, Ltd.
55 East Monroe Street
Suite 3300
Chicago, IL 60603
(312) 863-7137
Email: chad.blumenfield@goldbergkohn.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**N'Site Solutions, Inc.**     represented by **Steven Lee Tiedemann**
JPB Enterprises, Inc.
8820 columbia 100 Parkway
Suite 400
Columbia, MD 21045
410 884 1960

                Email: sltiedemann@jpbc.com
                *ATTORNEY TO BE NOTICED*

**Defendant**

**Unitrin Direct Auto Insurance**

**Defendant**

**Unitrin Direct Insurance Company**   represented by  **Paul Richard Kitch**
                Nixon Peabody LLP
                161 North Clark Street
                48th Floor
                Chicago, IL 60601-3213
                (312) 425-3900
                Email: pkitch@nixonpeabody.com
                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

                **Elizabeth W Baio**
                Nixon Peabody LLP
                161 N. Clark Street
                Suite 4800
                Chicago, IL 60601
                312-425-8684
                Email: ebaio@nixonpeabody.com
                *ATTORNEY TO BE NOTICED*

                **Jodi Rosen Wine**
                Nixon Peabody LLP
                161 North Clark Street
                48th Floor
                Chicago, IL 60601-3213
                (312) 425-3900
                Email: jwine@nixonpeabody.com
                *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/22/2008 | 1 | COMPLAINT filed by Hyperquest, Inc.; Jury Demand (Exhibits). Filing fee $ 350. (td, ) (Entered: 01/24/2008) |
| 01/22/2008 | 2 | CIVIL Cover Sheet. (td, ) (Entered: 01/24/2008) |
| 01/22/2008 | 3 | ATTORNEY Appearance for Plaintiff Hyperquest, Inc. by Chad A Blumenfield. (td, ) (Entered: 01/24/2008) |
| 01/22/2008 | 4 | ATTORNEY Appearance for Plaintiff Hyperquest, Inc. by Deborah R. Hogan. (td, ) (Entered: 01/24/2008) |
| 01/22/2008 | 5 | LOCAL Rule 3.2 Disclosure Statement by Hyperquest, Inc. (td, ) (Entered: 01/24/2008) |

| | | |
|---|---|---|
| 01/22/2008 | 6 | (Court only) RECEIPT regarding payment of filing fee paid on 1/22/2008 in the amount of $350.00, receipt number 2481651. (td, ) (Entered: 01/24/2008) |
| 01/23/2008 | 7 | SUMMONS Issued as to Defendant N'Site Solutions, Inc. (td, ) (Entered: 01/24/2008) |
| 01/24/2008 | | MAILED copyright request letter to Plaintiff's counsel. (td, ) (Entered: 01/24/2008) |
| 01/29/2008 | 8 | SUMMONS Returned Executed by Hyperquest, Inc. as to Unitrin Direct Auto Insurance on 1/23/2008, answer due 2/12/2008. (Hogan, Deborah) (Entered: 01/29/2008) |
| 01/30/2008 | 9 | SUMMONS Returned Executed by Hyperquest, Inc. as to N'Site Solutions, Inc. on 1/24/2008, answer due 2/13/2008. (Hogan, Deborah) (Entered: 01/30/2008) |
| 02/01/2008 | 10 | MINUTE entry before Judge Milton I. Shadur :Status hearing reset for 3/11/2008 at 09:00 AM.Mailed notice (srn, ) (Entered: 02/01/2008) |
| 02/12/2008 | 11 | ATTORNEY Appearance *Paul R. Kitch for Unitrin Direct Insurance Company* (Kitch, Paul) (Entered: 02/12/2008) |
| 02/12/2008 | 12 | ATTORNEY Appearance for Defendant Unitrin Direct Insurance Company by Jodi Rosen Wine *and Certificate of Service* (Wine, Jodi) (Entered: 02/12/2008) |
| 02/12/2008 | 13 | Statement as to Affiliates STATEMENT by Unitrin Direct Insurance Company *and Certificate of Service* (Kitch, Paul) (Entered: 02/12/2008) |
| 02/12/2008 | 14 | MOTION by Defendant Unitrin Direct Insurance Company to dismiss *for Insufficient Process and Certificate of Service* (Kitch, Paul) (Entered: 02/12/2008) |
| 02/12/2008 | 15 | *Certificate of Service and* NOTICE of Motion by Paul Richard Kitch for presentment of motion to dismiss 14 before Honorable Milton I. Shadur on 2/15/2008 at 09:15 AM. (Kitch, Paul) (Entered: 02/12/2008) |
| 02/12/2008 | 22 | ATTORNEY Appearance for Defendant Unitrin Direct Insurance Company by Elizabeth W Balo. (td, ) (Entered: 02/14/2008) |
| 02/13/2008 | 16 | MOTION by Defendants Unitrin Direct Insurance Company, N'Site Solutions, Inc. to stay *Discovery Pending Ruling on Defendants' 12(b)(1) Motion to Dismiss* (Kitch, Paul) (Entered: 02/13/2008) |
| 02/13/2008 | 17 | MEMORANDUM by Unitrin Direct Insurance Company, N'Site Solutions, Inc. in support of motion to stay 16 *Discovery Pending Ruling on Defendants' 12(b)(1) Motion to Dismiss* (Kitch, Paul) (Entered: 02/13/2008) |
| 02/13/2008 | 18 | *Certificate of Service and* NOTICE of Motion by Paul Richard Kitch for presentment of motion to stay 16 before Honorable Milton I. Shadur on 2/15/2008 at 09:15 AM. (Kitch, Paul) (Entered: 02/13/2008) |
| 02/13/2008 | 19 | MOTION by Defendants Unitrin Direct Insurance Company, N'Site Solutions, Inc. to dismiss for lack of jurisdiction *Regarding Subject Matter* |

| | | |
|---|---|---|
| | | *and Hearing Request* (Kitch, Paul) (Entered: 02/13/2008) |
| 02/13/2008 | 20 | MEMORANDUM by Unitrin Direct Insurance Company, N'Site Solutions, Inc. in support of motion to dismiss/lack of jurisdiction 19 *Regarding Subject Matter and Hearing Request* (Attachments: # 1 Exhibit 1)(Kitch, Paul) (Entered: 02/13/2008) |
| 02/13/2008 | 21 | *Certificate of Service and* NOTICE of Motion by Paul Richard Kitch for presentment of motion to dismiss/lack of jurisdiction 19 before Honorable Milton I. Shadur on 2/15/2008 at 09:15 AM. (Kitch, Paul) (Entered: 02/13/2008) |
| 02/15/2008 | 23 | MINUTE entry before Judge Milton I. Shadur :Motion to dismiss 14 is taken under advisement; Motion to stay 16 is taken under advisement; Motion to dismiss for lack of jurisdiction 19 is entered and continued to 2/27/08. Response is due on or before February 21, 2008. Motion hearing held on 2/15/2008 regarding motion to stay 16 , motion to dismiss 14 , motion to dismiss/lack of jurisdiction 19 Status hearing set for 2/27/2008 at 09:00 AM.Mailed notice (srn, ) (Entered: 02/15/2008) |
| 02/21/2008 | 24 | RESPONSE by Hyperquest, Inc.in Opposition to MOTION by Defendants Unitrin Direct Insurance Company, N'Site Solutions, Inc. to dismiss for lack of jurisdiction *Regarding Subject Matter and Hearing Request* 19 (Attachments: # 1 Exhibit A)(Hogan, Deborah) (Entered: 02/21/2008) |
| 02/25/2008 | 25 | MOTION by Defendant N'Site Solutions, Inc. for leave to appear as General Appearance for Defendant N'Site (Tiedemann, Steven) (Entered: 02/25/2008) |
| 02/25/2008 | 26 | REPLY by N'Site Solutions, Inc. to response in opposition to motion, 24 (Attachments: # 1 Exhibit A - NSite/Quivox Agreement)(Tiedemann, Steven) (Entered: 02/25/2008) |
| 02/27/2008 | 27 | MINUTE entry before Judge Milton I. Shadur :Status hearing held on 2/27/2008. Unitrin's filing is due on or before March 7, 2008. The March 11, 2008 status hearing is vacated.Status hearing set for 3/31/2008 at 09:00 AM.Mailed notice (srn, ) (Entered: 02/27/2008) |
| 03/06/2008 | 28 | MOTION by Defendant Unitrin Direct Insurance Company for extension of time to file response/reply *in Support of Motion to Dismiss For Lack of Subject Matter Jurisdiction* (Kitch, Paul) (Entered: 03/06/2008) |
| 03/06/2008 | 29 | *Certificate of Service and* NOTICE of Motion by Paul Richard Kitch for presentment of motion for extension of time to file response/reply 28 before Honorable Milton I. Shadur on 3/10/2008 at 09:15 AM. (Kitch, Paul) (Entered: 03/06/2008) |
| 03/10/2008 | 30 | MINUTE entry before Judge Milton I. Shadur :Defendant Unitrin Direct Insurance Company motion for extension to time to March 14 2008 to file a reply to its motion to dismiss for lack of subject matter jurisdiction is granted Mailed notice (srn, ) Modified on 3/10/2008 (srn, ). (Entered: 03/10/2008) |
| 03/14/2008 | 31 | RESPONSE by Unitrin Direct Insurance Companyin Support of MOTION by Defendants Unitrin Direct Insurance Company, N'Site Solutions, Inc. to |

| | | |
|---|---|---|
| | | dismiss for lack of jurisdiction *Regarding Subject Matter and Hearing Request* 19 *and Certificate of Service* (Kitch, Paul) (Entered: 03/14/2008) |
| 03/18/2008 | | (Court only) ***Motions terminated: MOTION by Defendant N'Site Solutions, Inc. for leave to appear as General Appearance for Defendant N'Site 25 (jmp, ) (Entered: 03/18/2008) |
| 03/21/2008 | 32 | MOTION by Plaintiff Hyperquest, Inc. for extension of time *regarding the Four Week Discovery Period* (Hogan, Deborah) (Entered: 03/21/2008) |
| 03/21/2008 | 33 | NOTICE of Motion by Deborah R. Hogan for presentment of extension of time 32 before Honorable Milton I. Shadur on 3/25/2008 at 09:15 AM. (Hogan, Deborah) (Entered: 03/21/2008) |
| 03/24/2008 | 34 | MINUTE entry before Judge Honorable Milton I. Shadur:Motion for extension of time to complete discover to and including April 9, 2008 32 is granted. Status hearing reset for 4/14/2008 at 09:00 AM.Mailed notice (srn, ) (Entered: 03/24/2008) |
| 04/10/2008 | 35 | MOTION by Plaintiff Hyperquest, Inc. for leave to file *Supplemental Memorandum* (Attachments: # 1 Exhibit A-B)(Hogan, Deborah) (Entered: 04/10/2008) |
| 04/10/2008 | 36 | NOTICE of Motion by Deborah R. Hogan for presentment of motion for leave to file 35 before Honorable Milton I. Shadur on 4/14/2008 at 09:00 AM. (Hogan, Deborah) (Entered: 04/10/2008) |
| 04/14/2008 | 37 | MINUTE entry before Judge Honorable Milton I. Shadur:Plaintiff's Motion for leave to file supplemental memorandum 35 is granted. Defendant's reply is due on or before April 28, 2008. This Court will rule by mail. Status hearing held on 4/14/2008.Mailed notice (srn, ) (Entered: 04/14/2008) |
| 04/28/2008 | 38 | REPLY by Defendant N'Site Solutions, Inc. to notice of motion 36 *Reply to Hyperquest's Supp. Motion* (Attachments: # 1 Exhibit Safelite HQ License Agreement)(Tiedemann, Steven) (Entered: 04/28/2008) |
| 04/28/2008 | 39 | REPLY by Unknown Unitrin Direct Insurance Company to notice of motion 36 *Hyperquest's Supplemental Memorandum in Opposition to Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction and Certificate of Service* (Kitch, Paul) (Entered: 04/28/2008) |
| 04/28/2008 | 40 | RESPONSE by Hyperquest, Inc.in Opposition to MOTION by Defendant Unitrin Direct Insurance Company to dismiss *for Insufficient Process and Certificate of Service* 14 (Attachments: # 1 Exhibit A - F)(Hogan, Deborah) (Entered: 04/28/2008) |
| 04/28/2008 | 41 | MOTION by Plaintiff Hyperquest, Inc. to Amend to Correct Corporate Name of Untrin Direct (Hogan, Deborah) (Entered: 04/28/2008) |
| 04/28/2008 | 42 | NOTICE of Motion by Deborah R. Hogan for presentment of motion for miscellaneous relief 41 before Honorable Milton I. Shadur on 5/1/2008 at 09:15 AM. (Hogan, Deborah) (Entered: 04/28/2008) |
| 05/01/2008 | 43 | MINUTE entry before Judge Honorable Milton I. Shadur:Plaintiff's Motion |

| | | |
|---|---|---|
| | | to amend corporate name 41 is granted. Motion to dismiss for lack of jurisdiction 19 is granted. Enter Memorandum Order. Both the Complaint and this action are dismissed for lack of subject matter jurisdiction. Motion hearing held on 5/1/2008. ; Civil case terminated. Mailed notice (srn, ) (Entered: 05/01/2008) |
| 05/01/2008 | 44 | MEMORANDUM Order Signed by Judge Honorable Milton I. Shadur on 5/1/2008:Mailed notice(srn, ) (Entered: 05/01/2008) |
| 05/01/2008 | | (Court only) ***Motions terminated: MOTION by Defendant Unitrin Direct Insurance Company to dismiss *for Insufficient Process and Certificate of Service* 14 , MOTION by Defendants Unitrin Direct Insurance Company, N'Site Solutions, Inc. to stay *Discovery Pending Ruling on Defendants' 12(b)(1) Motion to Dismiss* 16 (srn, ) (Entered: 05/02/2008) |
| 05/14/2008 | 45 | MOTION by Defendant N'Site Solutions, Inc. for attorney fees *pursuant to 17 U.S.C. §505* (Attachments: # 1 Exhibit Memorandum incorporated in Motion, # 2 Exhibit No 1 - Indemnification Letter, # 3 Exhibit No. 2 - Hogan Web Page, # 4 Exhibit No. 3 - Portions of Complaint, # 5 Exhibit No. 4 - Tiedemann Affidavit & Bill, # 6 Exhibit No. 5 - Kitch Affidavit & Bills, # 7 Exhibit No 6 - Hogan Letter, # 8 Exhibit No. 7 - Hyperquest Interrogatories, # 9 Exhibit No. 8 - Hyperquest Req for Prod, # 10 Exhibit No. 9 - Tiedemann Expenses, # 11 Exhibit No. 10 - Bertin Bills, # 12 Exhibit No. 11 - Market Reports, # 13 Notice of Filing Notice of Filing of Motion) (Tiedemann, Steven) (Entered: 05/14/2008) |
| 05/15/2008 | 46 | NOTICE of Motion by Steven Lee Tiedemann for presentment of motion for attorney fees,, 45 before Honorable Milton I. Shadur on 5/21/2008 at 09:15 AM. (Tiedemann, Steven) (Entered: 05/15/2008) |
| 05/20/2008 | 47 | NOTICE of appeal by Hyperquest, Inc. regarding orders 44 , 43 Filing fee $ 455, receipt number 07520000000002793078. (Hogan, Deborah) (Entered: 05/20/2008) |
| 05/21/2008 | 48 | NOTICE of Appeal Due letter sent to counsel of record (dj, ) (Entered: 05/21/2008) |
| 05/21/2008 | 49 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 47 . Notified counsel (dj, ) (Entered: 05/21/2008) |
| 05/21/2008 | 50 | MINUTE entry before the Honorable Milton I. Shadur:Defendant's Motion for attorney fees 45 is entered and continued. Motion hearing held on 5/21/2008. Plaintiff's response is due on or before June 12, 2008. Status hearing set for 6/19/2008 at 08:45 AM.)Mailed notice (srn, ) (Entered: 05/22/2008) |
| 05/22/2008 | 51 | ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 47 ; USCA Case No. 08-2257. (ca, ) (Entered: 05/23/2008) |
| 05/28/2008 | 52 | TRANSCRIPT of proceedings for the following dates: 2/27/2008, 4/14/2008; Before the Honorable Milton I. Shadur (52-1 through 52-2). (Documents not scanned). (gmr, ) (Entered: 05/29/2008) |
| 05/29/2008 | 53 | TRANSMITTED to the USCA for the 7th Circuit supplemental record on |

| | | |
|---|---|---|
| | | appeal 47 (USCA no. 08-2257) consisting of two volumes of transcripts. (gmr, ) (Entered: 05/29/2008) |
| 05/29/2008 | 54 | DESIGNATION by Hyperquest, Inc. of record on appeal : USCA Case No. 08-2257. (air, ) (Entered: 05/30/2008) |
| 06/10/2008 | 55 | TRANSCRIPT OF PROCEEDINGS held on May 1, 2008 before the Honorable Milton I. Shadur. Court Reporter Contact Information: Jesse Andrews, 312 433 6899,Jesse Andrews/ILND/07/USCOURTS,. <br><br>**IMPORTANT:Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov. Under Quick Links select Electronic Transcript Procedures.** <br><br>Redaction Request due 7/1/2008. Redacted Transcript Deadline set for 7/11/2008. Release of Transcript Restriction set for 9/8/2008. (Andrews, Jesse) (Entered: 06/10/2008) |

```
KEY

All circled items are included in this record.
All checked items were previously transmitted.
All crossed out items are not included in the record.
S/C:  These items are sent under a separate certificate.
N/A:  These items are not available.
```