## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
## Eastern Division

Hyperquest, Inc.
                            Plaintiff,

v.                                        Case No.: 1:08−cv−00483
                                                      Honorable Milton I. Shadur

N'Site Solutions, Inc., et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 18, 2008:

      MINUTE entry before the Honorable Milton I. Shadur:Enter Memorandum Opinion and Order. This Court invites input from N'Site and Unitrin as to those arguments at the same time that the HQ is providing a prompt response as the to the reasonableness of the requested award under Section 505.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.