UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Hyperquest, Inc.
                              Plaintiff,

v.                                      Case No.: 1:08−cv−00483
                                     Honorable Milton I. Shadur

N'Site Solutions, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 15, 2008:

       MINUTE entry before the Honorable Milton I. Shadur:Status hearing held on 7/15/2008. Cross filings on fees are due August 5, 2008.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.