# GROUP EXHIBIT 1

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000   FAX 312.332.2196   WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300   CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

HYPERQUEST
ATTN: Jeffrey J. Hogan
President
5750 Old Orchard Road
Suite 320
Skokie, IL 60077

JANUARY 8, 2008
6137.005/175196
PAGE 1

## FOR PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|------|-------------|------|-------|--------|
| 12/03/07 | Conference with DRH re **REDACTED** | OLA | 0.25 | 110.00 |
| 12/03/07 | Review HyperQuest/Safelite documents including draft complaint against N'Site drafted by Safelite; email to re referenced documents and other documents that would be helpful; preliminary research re | DRH | 2.00 | 840.00 |
| 12/04/07 | Call with DRH re **REDACTED** | OLA | 1.25 | 550.00 |
| 12/04/07 | Continue research re **REDACTED** discuss various issues related to same with OLA | DRH | 3.00 | 1,260.00 |
| 12/04/07 | Attention to email from DRH re new matter; review and organize email received from client for review by DRH | HMS+ | 0.75 | 142.50 |
| 12/05/07 | Emails to/from HMS re electronic documents | DRH | 0.25 | 105.00 |
| 12/05/07 | Conference with DRH re email files received from client; review materials on flash drive; load same to system; print and organize email for DRH review | HMS+ | 6.25 | 1,187.50 |
| 12/06/07 | Continue review materials on flash drive; print and organize for DRH review **REDACTED** | HMS+ | 2.25 | 427.50 |
| 12/12/07 | Research re **REDACTED** | DRH | 1.50 | 630.00 |
| 12/13/07 | Discuss matter with CAB; research re various issues including | DRH | 4.00 | 1,680.00 |

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET  SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

HYPERQUEST

JANUARY 8, 2008
6137.005/175196
PAGE 2

| DATE | DESCRIPTION | ATTY | HOURS | AMOUNT |
|------|-------------|------|-------|--------|
| | REDACTED | | | |
| 12/14/07 | Continue preliminary research re  REDACTED | DRH | 2.00 | 840.00 |
| 12/17/07 | Review all email and other documents received from client | DRH | 4.25 | 1,785.00 |
| 12/17/07 | Telephone conference with DRH re additional materials received from client; gather and organize same for DRH review | HMS+ | 0.50 | 95.00 |
| 12/18/07 | Conference with DRH re  REDACTED | OLA | 0.50 | 220.00 |
| 12/18/07 | Further review of relevant documents; discuss matter with CAB; discuss same with OLA | DRH | 3.00 | 1,260.00 |
| 12/19/07 | Prepare for meeting with client, including review of new client documents, study of key client documents, and analysis of potential strategies moving forward; discuss results of research re  REDACTED  with CAB | DRH | 6.00 | 2,520.00 |
| 12/19/07 | Gather and Prepare documents for meeting per DRH | NXB+ | 5.00 | 700.00 |
| 12/20/07 | Meet with        OLA and CAB to discuss background and strategy moving forward; meet with OLA and CAB to discuss next steps  REDACTED | DRH | 3.50 | 1,470.00 |
| 12/20/07 | Meet with       , DRH and OLA re overview of matter and discussion of strategy and follow-ups to same | CAB | 3.50 | 875.00 |
| 12/20/07 | Conference with DRH, CAB and client; follow-up meeting re strategy; attention to recordation of Exclusive license; e-mails with DRH re same and re  REDACTED | OLA | 3.50 | N/C |
| 12/28/07 | Discuss issues with CAB in advance of call with call with  REDACTED | DRH | 1.25 | 525.00 |

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

HYPERQUEST

JANUARY 8, 2008
6137.005/175196
PAGE 3

| DATE | REDACTED | DESCRIPTION | ATTY | HOURS | AMOUNT |
|------|----------|-------------|------|-------|--------|
| | | , follow up discussion with CAB re same | | | |
| 12/28/07 | Participate in call with DRH | REDACTED and follow-up discussion re same | CAB | 1.00 | 250.00 |

|  |  |  |
|--|--|--|
| SUBTOTAL | $ | 17,472.50 |
| LESS ADJUSTMENT PER BILLING ATTORNEY | | (4,200.00) |

| TOTAL FOR SERVICES | $ | 13,272.50 |

+ DENOTES PARALEGAL

| TOTAL THIS STATEMENT | $ | 13,272.50 |

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD

TEL 312.201.4000   FAX 312.332.2196   WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300   CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

## REMITTANCE ADVICE

HYPERQUEST
ATTN: Jeffrey J. Hogan
President
5750 Old Orchard Road
Suite 320
Skokie, IL 60077

JANUARY 8, 2008
6137.005/175196
PAGE 4

| | | |
|---|---|---:|
| For Professional Services Rendered Thru Dec 31, 2007 | $ | 13,272.50 |
| For Service Charges/Disbursements Thru Dec 31, 2007 | $ | 0.00 |
| TOTAL | $ | 13,272.50 |

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, ·LTD
TEL 312.201.4000   FAX 312.332.2196   WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

HYPERQUEST
ATTN: Jeffrey J. Hogan
President
5750 Old Orchard Road
Suite 320
Skokie, IL 60077

FEBRUARY 29, 2008
6137.005/176418
PAGE 1

**FOR PROFESSIONAL SERVICES RENDERED**

REDACTED

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

HYPERQUEST

FEBRUARY 29, 2008
6137.005/176418
PAGE 2

REDACTED

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

HYPERQUEST

FEBRUARY 29, 2008
6137.005/176418
PAGE 3

REDACTED

| Date | Description | | Initials | Hours | Amount |
|------|-------------|---|----------|-------|--------|
| 12/31/07 | Work with SSP on | REDACTED | CAB | 0.25 | 62.50 |
| 01/03/08 | Search and gather documents per CAB and DRH request | | NXB+ | 0.25 | 42.50 |
| 01/04/08 | Initial work on drafting complaints | | CAB | 0.25 | 72.50 |
| 01/04/08 | Attention to new information re REDACTED attention to copyright recordation; e-mails with DRH and CAB re same | | OLA | 0.25 | 118.75 |
| 01/05/08 | Work on N'Site complaint, including review of documents, review of earlier Safelite complaint and general drafting | | CAB | 4.00 | 1,160.00 |
| 01/05/08 | Draft email to REDACTED emails to/from CAB re same and related matters | | DRH | 0.75 | 341.25 |
| 01/06/08 | Work on N'Site complaint REDACTED | | CAB | 1.75 | 507.50 |
| 01/07/08 | Work on N'Site complaint and discussion with DRH re same REDACTED | | CAB | 3.25 | 942.50 |
| 01/07/08 | Prepare and submit transfer recordation document re eDocexpress copyright registration; review regs and confer with OLA re same REDACTED | | CCT+ | 0.50 | 70.00 |
| 01/07/08 | Conference with DRH re recordation of Exclusive License; attention to recording same; conference with CCT | | OLA | 0.75 | 356.25 |
| 01/08/08 | Work on N'Site complaint and NuGen complaint, send initial draft of N'Site complaint to DRH | | CAB | 1.25 | 362.50 |

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

HYPERQUEST

FEBRUARY 29, 2008
6137.005/176418
PAGE 4

| Date | Description | Init | Hours | Amount |
|---|---|---|---|---|
| 01/08/08 | Assist Cab with cites in Complaint; search company information for complaint cites REDACTED | NXB+ | 0.50 | 85.00 |
| 01/09/08 | Make additional revisions to N'Site complaint (1.0) | CAB | 1.00 | 290.00 |
| 01/09/08 | Research company information per CAB request for Complaint cites REDACTED | NXB+ | 0.50 | 85.00 |
| 01/10/08 | Research information for complaint per CAB request | NXB+ | 0.50 | 85.00 |
| 01/14/08 | Work on draft NSite/Unitrin complaint | DRH | 4.00 | 1,820.00 |
| 01/15/08 | Work on draft complaint against NSite and Unitrin including long emails to/from OLA and CAB re open issues; long call with REDACTED email to     re same | DRH | 4.50 | 2,047.50 |
| 01/15/08 | Gather and organize emails with client documents from DRH | NXB+ | 0.75 | 127.50 |
| 01/15/08 | E-mails with DRH re complaint and pleading questions; follow-up e-mails with DRH re REDACTED follow-up e-mails with DRH re | OLA | 0.50 | 237.50 |
| 01/15/08 | Corporate research re litigation; emails with DRH and CAB; perform and review SmartLinx reports | SSP+ | 1.00 | 200.00 |
| 01/16/08 | Conduct research re REDACTED and email exchange with DRH and OLA re same | CAB | 0.75 | 217.50 |
| 01/16/08 | Long meeting with REDACTED revisions to draft NSite complaint per same; emails to/from CAB re open issues for draft NSite/Unitrin complaint | DRH | 6.00 | 2,730.00 |
| 01/16/08 | Attention to e-mails re strategy for pleading, re notice and demand | OLA | 0.25 | 118.75 |
| 01/17/08 | Further revisions to NSite/Unitrin complaint and attention to issues of state of incorporation and related issues for corporate defendants | DRH | 1.00 | 455.00 |
| 01/21/08 | Review updated complaints, propose edits to same and send emails to DRH and OLA re same | CAB | 0.75 | 217.50 |

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

HYPERQUEST

FEBRUARY 29, 2008
6137.005/176418
PAGE 5

| Date | Description | | Hours | Amount |
|---|---|---|---|---|
| 01/21/08 | E-mails with DRH and CAB re questions and comments on NSite Complaint | OLA | 0.50 | 237.50 |
| 01/22/08 | Final review of and revisions to draft N'Site/Unitrin complaint; attention to filing same | DRH | 0.75 | 341.25 |
| 01/22/08 | File new complaint with the Court    REDACTED | MXE+ | 0.50 | 55.00 |
| 01/22/08 | Email communications from DRH re gathering of exhibits for complaint; gather exhibits for complaint; communications with BSM re compliant exhibits | NXB+ | 0.50 | 85.00 |
| 01/23/08 | Brief strategy discussion with OLA; email to CAB re same; emails to/from .    re status of service of process    REDACTED | DRH | 0.50 | 227.50 |
| 01/23/08 | Contact Process Server and arrange for service of Summons and Complaint re N'Site Solutions and Unitrin | MXE+ | 0.25 | 27.50 |
| 01/23/08 | Conference with DRH re    REDACTED    conference with DRH re attention to e-mails re same; e-mails with DRH and CAB re preliminary strategy considerations | OLA | 0.75 | 356.25 |
| 01/26/08 | Work on outline of draft litigation strategy discussion issues | DRH | 1.50 | 682.50 |
| 01/28/08 | Meet with OLA and CAB re strategy going forward; work on    REDACTED | DRH | 0.75 | 341.25 |
| 01/28/08 | Meeting with DRH and CAB re strategy; calls and e-mails with potential expert | OLA | 0.75 | 356.25 |
| 01/29/08 | Call with    REDACTED | DRH | 0.25 | 113.75 |
| 01/29/08 | File Affidavit of Service re Service if Summons and Complaint on Unitrin Direct Auto Insurance 08 C 483 | MXE+ | 0.25 | 27.50 |
| 01/30/08 | File Affidavit of Service re Service of Summons and Complaint on N'Site Solutions, Inc 08 C 483 | MXE+ | 0.25 | 27.50 |
| 01/30/08 | Attention to    e-mails with    REDACTED | OLA | 0.25 | 118.75 |

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

HYPERQUEST

FEBRUARY 29, 2008
6137.005/176418
PAGE 6

| 01/31/08 | Long call with | REDACTED | | DRH | 1.50 | 682.50 |
|----------|----------------|----------|----------|------|------|--------|
| | same with | call with | discuss | | | |

**SUB-TOTAL FOR N'SITE/UNITRIN**                                   **$16,432.50**

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

HYPERQUEST

FEBRUARY 29, 2008
6137.005/176418
PAGE 7

## SERVICE CHARGES AND DISBURSEMENTS

| | |
|---|---:|
| Copying | 62.30 |
| - VENDOR: Register of Copyrights Fees in Connection with Recordation of Edocexpress Copyright Transfer | 95.00 |
| Service of Summons & Complaint  Expenses - - VENDOR: CIS Inc. re: N'Site Solutions | 65.00 |
| Westlaw Invoice #815129522  December 2007 | 175.83 |
| | |
| TOTAL SERVICE CHARGES AND DISBURSEMENTS  $ | 398.13 |

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

## REMITTANCE ADVICE

HYPERQUEST
ATTN: Jeffrey J. Hogan
President
5750 Old Orchard Road
Suite 320
Skokie, IL 60077

FEBRUARY 29, 2008
6137.005/176418
PAGE 8

REDACTED

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

HYPERQUEST
ATTN: Jeffrey J. Hogan
President
5750 Old Orchard Road
Suite 320
Skokie, IL 60077

MARCH 14, 2008
6137.005/176852
PAGE 1

**FOR PROFESSIONAL SERVICES RENDERED**

REDACTED

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

HYPERQUEST

MARCH 14, 2008
6137.005/176852
PAGE 2

REDACTED

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 02/04/08 | Work on draft letter re Rule 26(f) conference and electronic discovery obligations | DRH | 1.00 | 455.00 |
| 02/04/08 | E-mails with expert; review DRH memo re REDACTED OLA with DRH re same and re REDACTED conference attention to letters re responses and discovery; follow-up e-mails with | OLA | 1.00 | 475.00 |
| 02/05/08 | Emails to/from OLA; call with ` and related issues; emails to/from REDACTED re letter to Unitrin | DRH | 0.25 | 113.75 |
| 02/06/08 | Call with REDACTED | DRH | 0.25 | 113.75 |
| 02/06/08 | Call with ` REDACTED | OLA | 0.50 | 237.50 |
| 02/07/08 | Conference with DRH re discussion with Unitrin counsel, re comparison of code, re indemnity issues | OLA | 0.25 | 118.75 |
| 02/12/08 | Review Unitrin motion to dismiss for insufficiency of process; email to S. Tiedemann | DRH | 1.00 | 455.00 |
| 02/13/08 | Meet with DRH re discovery issues, review motion to dismiss and primary case cited and compose email re same; research on dismissal for naming the wrong party | CAB | 2.75 | 797.50 |
| 02/13/08 | Review N'Site motion to dismiss and related pleadings; discuss with CAB | DRH | 1.25 | 568.75 |
| 02/14/08 | Research re motion to dismiss and send email to DRH re same REDACTED | CAB | 3.25 | 942.50 |
| 02/14/08 | Discuss motion to dismiss issues with CAB; review cases re same; prepare for hearing re same | DRH | 2.50 | 1,137.50 |

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

HYPERQUEST

MARCH 14, 2008
6137.005/176852
PAGE 3

| Date | Description | | Hours | Amount |
|------|-------------|---|-------|--------|
| 02/15/08 | Prepare for and attend court hearing re presentation of motion to dismiss; call with ____ re same; call with ____ REDACTED ____ email to opposing counsel re Rule 26(f) conference | DRH | 2.50 | 1,137.50 |
| 02/15/08 | Gather and organize documents received from client | NXB+ | 0.50 | 85.00 |
| 02/17/08 | Work on response to motion to dismiss | CAB | 1.00 | 290.00 |
| 02/18/08 | Work on response to motion to dismiss, prepare for 26(f) conference | CAB | 4.00 | 1,160.00 |
| 02/18/08 | Emails to/from opposing counsel re Rule 26(f) conference; prepare for same | DRH | 1.00 | 455.00 |
| 02/18/08 | Email from DRH re filings; organize pleadings on shared drive | NXB+ | 0.25 | 42.50 |
| 02/19/08 | Participate in Rule 26(f) conference, work on response to motion to dismiss, discussion with DRH re same and conduct additional research on standing | CAB | 4.25 | 1,232.50 |
| 02/19/08 | Rule 26(f) conference; discuss same with ____ review CAB draft opposition; emails to/from CAB re same; review of emails from REDACTED | DRH | 2.50 | 1,137.50 |
| 02/20/08 | Work on opposition, primarily via various conferences with DRH re same and additional research and drafting of parentheticals for brief REDACTED | CAB | 2.50 | 725.00 |
| 02/20/08 | Work on opposition including numerous discussions with CAB re same | DRH | 6.00 | 2,730.00 |
| 02/20/08 | Attention to REDACTED | OLA | 0.50 | 237.50 |
| 02/21/08 | Prepare response to motion to dismiss for filing, including various conferences with NXB and DRH re same | CAB | 2.50 | 725.00 |
| 02/21/08 | Further work on and final revisions to opposition to motion to dismiss; including draft of Declaration for J. Hogan | DRH | 6.00 | 2,730.00 |
| 02/22/08 | Lengthy discussions with OLA re REDACTED further analysis re same | DRH | 3.00 | 1,365.00 |

REDACTED

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

HYPERQUEST

MARCH 14, 2008
6137.005/176852
PAGE 4

REDACTED

| Date | Description | | Hours | Amount |
|------|-------------|---|-------|--------|
| 02/22/08 | Conference with DRH re follow-up conference with DRH re research; e-mails with DRH re same; follow-up conference with DRH re same | OLA | 1.75 | 831.25 |
| 02/25/08 | Review of N'Site's reply and email to DRH re same | CAB | 0.25 | 72.50 |
| 02/26/08 | Discuss N'Site's motion to dismiss and reply with DRH in preparation for tomorrow's hearing | CAB | 0.75 | 217.50 |
| 02/26/08 | Prepare for hearing on motion to dismiss including review of cases re REDACTED and various exclusive licensee and standing issues | DRH | 4.50 | 2,047.50 |
| 02/26/08 | Conference with DRH re arguments for hearing; review reply; attention to authority re exclusive licenses; follow-up e-mails with DRH re same | OLA | 2.00 | 950.00 |
| 02/27/08 | Final preparation for hearing; attend hearing re motion to dismiss; telephone call with re same; work on discovery requests including subpoena to Safelite and document requests and interrogatories to defendants; discuss same with OLA | DRH | 7.00 | 3,185.00 |
| 02/27/08 | Conference with DRH re preparation for hearing; Attend hearing re motion to dismiss; follow-up conference with DRH re discovery; conference with DRH re Shadur ruling and discovery | OLA | 1.50 | 712.50 |
| 02/28/08 | Revisions to discovery requests per OLA and comments; finalize all discovery requests; call with REDACTED re subpoena and related issues; telephone call with and OLA re same | DRH | 4.00 | 1,820.00 |
| 02/28/08 | Review draft discovery; conference with DRH re same; conference with DRH re call with e-mail and conference with DRH and client re REDACTED | OLA | 1.25 | 593.75 |
| 02/29/08 | Review transcript of hearing; discuss same with discuss same with OLA; briefly discuss with OLA REDACTED | DRH | 1.00 | 455.00 |
| 02/29/08 | Conference with DRH re transcript of proceedings and re surreply brief; conference with DRH re | OLA | 0.50 | 237.50 |

REDACTED

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

HYPERQUEST

MARCH 14, 2008
6137.005/176852
PAGE 5

**SUB-TOTAL FOR N'SITE/UNITRIN**                    **$30,590.00**

REDACTED

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000   FAX 312.332.2196   WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300   CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

HYPERQUEST

MARCH 14, 2008
6137.005/176852
PAGE 6

## SERVICE CHARGES AND DISBURSEMENTS

| | |
|---|---|
| Copying | 21.60 |
| Facsimile | 32.00 |
| Federal Express Invoice #2-508-06184 01/30/2008 - - VENDOR: Federal Express | 24.32 |
| REDACTED | 80.00 |
| Service of Summons & Complaint  Expenses - - VENDOR: United Processing, Inc re Unitrin | 76.50 |
| REDACTED | 75.00 |
| Westlaw Invoice 815320625  January 2008 | 32.56 |
| Lexis-Nexis Legal Search Charges Invoice #0801021476  January 31, 2008 | 600.26 |
| Velocity Invoice #78350  02/11/2008 - - VENDOR: Velocity Courier Inc. | 6.00 |
| Federal Express Invoice #2-5533-34473 02/13/2008 - - VENDOR: Federal Express | 75.06 |
| Transcript - - VENDOR: Jesse Andrews - Court Reporter Transcript  08C483 | 90.75 |

TOTAL SERVICE CHARGES AND DISBURSEMENTS          $          1,114.05

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000   FAX 312.332.2196   WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300   CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

## REMITTANCE ADVICE

HYPERQUEST
ATTN: Jeffrey J. Hogan
President
5750 Old Orchard Road
Suite 320
Skokie, IL 60077

MARCH 14, 2008
6137.005/176852
PAGE 7

REDACTED

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

HYPERQUEST
ATTN: Jeffrey J. Hogan
President
5750 Old Orchard Road
Suite 320
Skokie, IL 60077

APRIL 14, 2008
6137.005/177453
PAGE 1

**FOR PROFESSIONAL SERVICES RENDERED**

REDACTED

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

HYPERQUEST

APRIL 14, 2008
6137.005/177453
PAGE 2

REDACTED



**GOLDBERG KOHN**

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000   FAX 312.332.2196   WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300   CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

HYPERQUEST

APRIL 14, 2008
6137.005/177453
PAGE 3

REDACTED

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

HYPERQUEST

APRIL 14, 2008
6137.005/177453
PAGE 4

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 03/04/08 | Review N'Site discovery responses; discuss with CAB; work on Rule 26(a)(1) disclosures; discuss same with OLA | DRH | 1.25 | 568.75 |
| 03/04/08 | Attention to N'Site responses to discovery; conference with DRH re same and re responses to 26(a)(1) Disclosures; e-mail to DRH re same | OLA | 0.75 | 356.25 |
| 03/05/08 | Work on 26(a) disclosures, including serving same; calls with S. Tiedemann to discuss issues re discovery responses and follow ups re same REDACTED | CAB | 3.00 | 870.00 |
| 03/05/08 | Telephone call with      re Safelite subpoena; finish drafting Rule 26(a)(1) disclosures; review same per OLA comments; emails to/from CAB re same; discuss with CAB his telephone call with S. Tiedeman re discovery issues | DRH | 2.50 | 1,137.50 |
| 03/05/08 | Review and revise responses to 26(a)(1); e-mails with DRH re same REDACTED | OLA | 0.25 | 118.75 |
| 03/06/08 | Review electronic production from N'Site and coordinate storing same on system REDACTED | CAB | 1.00 | 290.00 |
| 03/06/08 | Telephone call with      re Safelite subpoena | DRH | 0.25 | 113.75 |
| 03/06/08 | Organize documents produced by N'Site for CAB and DRH | NXB+ | 2.00 | 340.00 |
| 03/07/08 | Review documents produced by N'Site REDACTED | DRH | 0.50 | 227.50 |
| 03/11/08 | Review of recently produced documents and send email to DRH summarizing same | CAB | 1.00 | 290.00 |
| 03/11/08 | Emails to/from CAB re N'Site document production | DRH | 0.25 | 113.75 |
| 03/12/08 | Messages to/from REDACTED re Safelite subpoena | DRH | 0.25 | 113.75 |
| 03/13/08 | Telephone call with      re protective order issues; identify draft form protective orders | DRH | 0.50 | 227.50 |
| 03/14/08 | Review Unitrin brief; e-mails with DRH re same | OLA | 0.75 | 356.25 |
| 03/17/08 | Work on protective order and coordinate same with OLA and DRH | CAB | 1.25 | 362.50 |

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

HYPERQUEST

APRIL 14, 2008
6137.005/177453
PAGE 5

| | | | | |
|---|---|---|---|---|
| 03/17/08 | Discuss protective order issues with CAB; meet with OLA to discuss status and strategy issues going forward | DRH | 0.75 | 341.25 |
| 03/17/08 | Review additional email received from client; prepare review copies for DRH and CAB; organize same for filing | HMS+ | 0.50 | 100.00 |
| 03/17/08 | Conference with DRH re REDACTED conference with CAB re protective order; review Motion and Order; e-mails with CAB re same; conference with CAB re Order, definitions; REDACTED | OLA | 1.50 | 712.50 |
| 03/19/08 | Attention to protective order issues and draft email re same | CAB | 0.50 | 145.00 |
| 03/19/08 | Emails to     and REDACTED re Safelite document production; emails to S. Tiedemann and P. Kitsch re draft protection order | DRH | 0.50 | 227.50 |
| 03/19/08 | Conference with DRH re status of discovery and subpoena responses; review e-mails from DRH re same; attention to | OLA | 0.50 | 237.50 |
| 03/20/08 | Emails to/from REDACTED re Safelite document production; draft motion for extension of discovery period; review · discuss with OLA; email to REDACTED re same; revise per     comments | DRH | 2.00 | 910.00 |
| 03/20/08 | Conference with DRH re Safelite documents and     draft     e-mails and conference with DRH re same; conference with DRH re timing and strategy; review motion for extension; attention to comments on | OLA | 1.50 | 712.50 |
| 03/21/08 | Review REDACTED and meet with DRH and OLA to discuss same | CAB | 0.25 | 72.50 |
| 03/21/08 | Discuss REDACTED with CAB and OLA | DRH | 0.50 | 227.50 |
| 03/21/08 | REDACTED | HMS+ | 0.50 | 100.00 |
| 03/21/08 | File Notice and Motion for Extension of Time of the Four Week Discovery Period and deliver a courtesy copy to Judge Shadur 08 C 483 | MXE+ | 0.75 | 82.50 |
| 03/21/08 | Conference with DRH and CAB re strategy and re REDACTED | OLA | 0.50 | 237.50 |

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

HYPERQUEST

APRIL 14, 2008
6137.005/177453
PAGE 6

| | | | | |
|---|---|---|---|---|
| 03/24/08 | Emails to/from opposing counsel re protective order issues; discuss same with FRK and CAB | DRH | 0.50 | 227.50 |
| 03/24/08 | REDACTED | HMS+ | 0.50 | 100.00 |
| 03/25/08 | REDACTED | HMS+ | 1.25 | 250.00 |
| 03/25/08 | REDACTED meet with CAB regarding client documents in summation: organize and create .pst file of emails received from client | NXB+ | 2.00 | 340.00 |
| 03/31/08 | Telephone call with re Safelite document production and related issues | DRH | 0.25 | 113.75 |

**SUB-TOTAL FOR N'SITE/UNITRIN** REDACTED                    **$10,623.75**

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

HYPERQUEST

APRIL 14, 2008
6137.005/177453
PAGE 7

REDACTED

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

HYPERQUEST

APRIL 14, 2008
6137.005/177453
PAGE 8

## SERVICE CHARGES AND DISBURSEMENTS

| | |
|---|---:|
| Copying | 227.50 |
| Facsimile | 13.00 |
| Telephone | 2.17 |
| -Filing Fee Expenses - - VENDOR: American Express 1/22/08 | 350.00 |
| -Filing Fee Expenses - - VENDOR: American Express 1/22/08 | 350.00 |
| - VENDOR:Teresa Edwards General Counsel | 110.13 |
| Lexis-Nexis Legal Search Charges Invoice #0802047406 February 29, 2008 | 228.51 |
| Westlaw Invoice 815493838 February 2008 | 746.47 |

TOTAL SERVICE CHARGES AND DISBURSEMENTS          $      2,027.78

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD

TEL 312.201.4000   FAX 312.332.2196   WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300   CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

## REMITTANCE ADVICE

HYPERQUEST
ATTN: Jeffrey J. Hogan
President
5750 Old Orchard Road
Suite 320
Skokie, IL 60077

APRIL 14, 2008
6137.005/177453
PAGE 9

REDACTED

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

HYPERQUEST
ATTN: Jeffrey J. Hogan
President
5750 Old Orchard Road
Suite 320
Skokie, IL 60077

MAY 13, 2008
6137.005/178170
PAGE 1

**FOR PROFESSIONAL SERVICES RENDERED**

REDACTED

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

HYPERQUEST

MAY 13, 2008
6137.005/178170
PAGE 2

REDACTED

**SUB-TOTAL FOR NUGEN/PHILLIPS**

| 04/01/08 | Conference with DRH re | REDACTED | | OLA | 0.50 | 237.50 |
|----------|------------------------|----------|--|-----|------|--------|
| 04/02/08 | Revisions to same; email to | REDACTED | , call with re same | DRH | 1.50 | 682.50 |

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000   FAX 312.332.2196   WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300   CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

HYPERQUEST

MAY 13, 2008
6137.005/178170
PAGE 3

| Date | Description | | Atty | Hours | Amount |
|------|-------------|---|------|-------|--------|
| 04/02/08 | Conference with DRH re  REDACTED  and re                    follow-up inquiry to ,  REDACTED | | OLA | 0.50 | 237.50 |
| 04/03/08 | Work on revisions to protective order per N/Site/Unitrin comments; email to P. Kitsh and S. Tiedemann re same; emails to from S. Tiedemann re N'Site position barring DRH from review of "highly confidential" documents | | DRH | 1.50 | 682.50 |
| 04/04/08 | Email exchange re protective order and participate in call re same | | CAB | 0.75 | 217.50 |
| 04/04/08 | Numerous emails to/from counsel for Unitrin and counsel for N'Site re protective order issues; call with S. Tiedemann and P. Kitsh re same; call to          re same and re Safelite document production  REDACTED | | DRH | 1.50 | 682.50 |
| 04/07/08 | Work on supplemental opposition to motion to dismiss; follow up phone calls with          and .          re | | DRH | 2.00 | 910.00 |
| 04/07/08 | Conference with DRH re          REDACTED | | OLA | 0.25 | 118.75 |
| 04/08/08 | Review emails produced by S. Tiedemann and follow-up with DRH re same         REDACTED | | CAB | 1.25 | 362.50 |
| 04/08/08 | Work on draft supplemental opposition to motion to dismiss; phone calls with          and          re | | DRH | 3.50 | 1,592.50 |
| 04/08/08 | Conference with DRH re '         REDACTED follow-up conference with DRH re same; call with | | OLA | 1.00 | 475.00 |
| 04/09/08 | Finish draft supplemental opposition to motion to dismiss; phone calls to/from          re          and discussions with          re same; review email from          re same  REDACTED | | DRH | 12.00 | 5,460.00 |
| 04/09/08 | Conference with DRH re brief, re  REDACTED   REDACTED re          re call with          attention to e-mail from          e-mails with DRH and client re same; attention to materials from | | OLA | 1.00 | 475.00 |

REDACTED

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

HYPERQUEST

MAY 13, 2008
6137.005/178170
PAGE 4

| | | | | |
|---|---|---|---|---|
| 04/10/08 | Finalize supplemental brief re motion to dismiss, including various conferences with DRH re same, edits to documents, and file same; send document | CAB | 7.00 | 2,030.00 |
| 04/10/08 | Finish supplemental opposition to motion to dismiss including numerous discussions with OLA and CAB re same     REDACTED | DRH | 11.00 | 5,005.00 |
| 04/10/08 | Prepare brief for filing | NXB+ | 0.50 | 85.00 |
| 04/10/08 | Conference with DRH re    and re brief; conference with CAB re same; review draft brief; conference with DRH re same; review and revise new draft of brief; conference with DRH re   REDACTED   , conference with DRH re   REDACTED   review Motion for leave; conference with DRH re same | OLA | 3.00 | 1,425.00 |
| 04/11/08 | Attention to providing courtesy copies to Judge Shadur | CAB | 0.25 | 72.50 |
| 04/11/08 | Attention to phone calls from J. Shadur's chambers; email to client re same | DRH | 0.25 | 113.75 |
| 04/11/08 | Review final version of Brief opposing Motion to dismiss | OLA | 0.50 | 237.50 |
| 04/14/08 | Prepare for and attend hearing re N'Site and Unitrin motion to dismiss; call with    re same and re strategy moving forward; draft email for   REDACTED | DRH | 2.50 | 1,137.50 |
| 04/14/08 | Attend hearing re Motion to dismiss; conference with DRH and CAB re same; review draft letter to    follow-up conference with DRH re strategy for     REDACTED   REDACTED   attention to follow-up e-mails re same | OLA | 1.00 | 475.00 |
| 04/15/08 | Organize emails and documents received from client in preparation of 26(a)(1) per CAB request | NXB+ | 2.00 | 340.00 |
| 04/21/08 | Multiple discussions with    and OLA re    and conference call with    REDACTED     REDACTED | DRH | 0.50 | 227.50 |

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

HYPERQUEST

MAY 13, 2008
6137.005/178170
PAGE 5

| Date | Description | | Atty | Hours | Amount |
|------|-------------|---|------|-------|--------|
| 04/21/08 | Review proposed change to REDACTED conference with DRH re same and re proposed modification; Call with ＼ re same; e-mail follow-up with client re same and re proposed modification; call with REDACTED re same; conference with ． re same; conference with CAB re same; conference with DRH re same REDACTED | | OLA | 1.75 | 831.25 |
| 04/22/08 | Work on draft letter to REDACTED | | DRH | 1.00 | 455.00 |
| 04/23/08 | Review draft documents to and email re same | | CAB | 0.25 | 72.50 |
| 04/23/08 | Finalize draft letters to REDACTED | | DRH | 0.25 | 113.75 |
| 04/23/08 | Follow-up e-mails with DRH re letters to | | OLA | 0.25 | 118.75 |
| 04/27/08 | Research re motion to dismiss for insufficiency of process | | DRH | 2.00 | 910.00 |
| 04/28/08 | Draft Opposition to Motion to Dismiss for Insufficiency of Process and Motion to Correct Corporate Name; review reply briefs of N'Site and Unitrin | | DRH | 6.00 | 2,730.00 |
| 04/28/08 | Review Unitrin and N'Site briefs re exclusive license issues; conference with DRH re summons and Motion to Amend  REDACTED | | OLA | 0.75 | 356.25 |

**SUB-TOTAL FOR N'SITE/UNITRIN**                                         **$28,870.00**

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000   FAX 312.332.2196   WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300   CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

HYPERQUEST

MAY 13, 2008
6137.005/178170
PAGE 6

REDACTED

## SERVICE CHARGES AND DISBURSEMENTS

| | |
|---|---:|
| Copying | 247.10 |
| Facsimile | 20.00 |
| REDACTED | 200.00 |
| Westlaw Invoice 815687807  March 31, 2008 | 1,884.49 |
| Transcript - - VENDOR: Jesse Andrews - Court Reporter 4/14/08  re: 08C483 | 30.25 |
| | 675.60 |

|   |   |   |
|---|---|---:|
| TOTAL SERVICE CHARGES AND DISBURSEMENTS | $ | 3,057.44 |
| TOTAL THIS STATEMENT | $ | 41,997.44 |

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

HYPERQUEST

MAY 13, 2008
6137.005/178170
PAGE 7

REDACTED

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

## REMITTANCE ADVICE

HYPERQUEST
ATTN: Jeffrey J. Hogan
President
5750 Old Orchard Road
Suite 320
Skokie, IL 60077

MAY 13, 2008
6137.005/178170
PAGE 8

REDACTED



GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000   FAX 312.332.2196   WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300   CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

HYPERQUEST
ATTN: Jeffrey J. Hogan
President
5750 Old Orchard Road
Suite 320
Skokie, IL 60077

JUNE 25, 2008
6137.005/179109
PAGE 1

**FOR PROFESSIONAL SERVICES RENDERED**

REDACTED

**GOLDBERG KOHN**

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

HYPERQUEST

JUNE 25, 2008
6137.005/179109
PAGE 2

REDACTED

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

HYPERQUEST

JUNE 25, 2008
6137.005/179109
PAGE 3

| 05/01/08 | Attend hearing before Judge Shadur; email to client re same  REDACTED | DRH | 1.00 | 455.00 |
| 05/12/08 | Conference with DRH re              re. follow-up e-mails re same    REDACTED | OLA | 0.75 | 356.25 |
| 05/15/08 | Review fee motion; email to client re same; brief research re same          REDACTED | DRH | 1.50 | 682.50 |
| 05/15/08 | Conference with DRH re                  REDACTED | OLA | 0.25 | 118.75 |
| 05/20/08 | Conference with DRH re  REDACTED | BDF | 0.75 | N/C |
| 05/20/08 | Draft and file Notice of Appeal (1.0); multiple meetings with K. Jones re              (n/c); meet with BDF re   REDACTED (.5) | DRH | 1.50 | 682.50 |
| 05/21/08 | Attend hearing on fee motion; email to client re same | DRH | 1.50 | 682.50 |
| 05/21/08 | E-mail from DRH re summary of hearing | OLA | 0.25 | 118.75 |
| 05/22/08 | Review motion for attorney's fees and exhibits | BDF | 1.00 | 340.00 |
| 05/27/08 | Review legal research re attorney's fees | BDF | 0.75 | 255.00 |
| 05/28/08 | Attention to docketing statement and related issues | DRH | 0.50 | 227.50 |
| 05/29/08 | Conduct legal research re petition for attorney's fees | BDF | 1.50 | 510.00 |
| 05/29/08 | Attention to designation of record on appeal | DRH | 0.50 | 227.50 |

**SUB-TOTAL FOR N'SITE/UNITRIN**                                        **$4,656.25**

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000  FAX 312.332.2196  WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET SUITE 3300  CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

HYPERQUEST

JUNE 25, 2008
6137.005/179109
PAGE 4

REDACTED

## SERVICE CHARGES AND DISBURSEMENTS

| | |
|---|---:|
| Copying | 36.50 |
| Facsimile | 1.00 |
| Research Fees - - VENDOR: Pacer Service Center    REDACTED | 21.20 |
| | 533.65 |
| Lexis-Nexis Legal Search Charges Invoice #0804049536 April 30, 2008 | 12.32 |
| Westlaw Invoice 815881486   April 30, 2008 | 112.88 |
| TOTAL SERVICE CHARGES AND DISBURSEMENTS           $ | 717.55 |

# GOLDBERG KOHN

GOLDBERG KOHN BELL BLACK ROSENBLOOM & MORITZ, LTD
TEL 312.201.4000   FAX 312.332.2196   WEB WWW.GOLDBERGKOHN.COM
55 EAST MONROE STREET   SUITE 3300   CHICAGO ILLINOIS 60603-5792

F.E.I.N. 36-2863762

## REMITTANCE ADVICE

HYPERQUEST
ATTN: Jeffrey J. Hogan
President
5750 Old Orchard Road
Suite 320
Skokie, IL 60077

JUNE 25, 2008
6137.005/179109
PAGE 5

REDACTED