UNITED STATE DISTRICT COURT
NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HYPERQUEST, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 08 C 483 |
| v. ) | |
| ) | Honorable Milton I. Shadur |
| N'Site Solutions, Inc., et al., ) | |
| ) | Magistrate Judge Michael T. Mason |
| Defendants. ) | |

**DECLARATION OF STEVEN L. TIEDEMANN IN SUPPORT OF
DEFENDANTS' MOTION FOR DETERMINATION OF ATTORNEY'S FEES**

I, STEVEN L. TIEDEMANN, declare under penalty of perjury that the following is true and correct:

1. I am over 18 years of age, have personal knowledge of all facts attested to herein, and can competently testify to the same.

2. I am General Counsel to JPB Enterprises, Inc, and a sole practitioner.

3. I graduated with honors from the University of Maryland Law School in May 1996. I received a B.S. degree in Engineering and Mathematics from the University of the State of New York in 1990 and an M.S.A. in business from Central Michigan University in 1993.

4. I have been a member in good standing of the bar of Maryland since 1996. I have been employed as an appellate judicial clerk for the Court of Special Appeals in Maryland, as the litigation partner of a mid-sized Maryland firm, and as an Assistant Attorney General for the State of Maryland. I am admitted to practice before the U.S. courts of appeals for the Federal Circuit and the Fourth Circuit, the Federal Court of

11015790.1

Claims, the United States Supreme Court, and the Northern District of Illinois. My practice focuses on corporate law and corporate litigation.

5. I generally bill clients, other than JPB Enterprises, Inc. and its wholly-owned subsidiaries, on the basis of hourly rates. My rate in 2008 is $350 per hour. The time spent on this matter were billed at this rates.

6. On information and belief, the hourly rates charged by me are consistent with the market rates charged by senior lawyers for corporate and IP litigation in Maryland.

7. I record my time in 1/10 of an hour increments.

8. Throughout this litigation, I did the best I could to keep fees and expenses down. However, because Plaintiff's attorney Deborah Hogan was unwilling to agree to an extension of time to respond to the complaint in this case, refused our attempts to engage in good-faith discussions to settle this case, and insisted on pressing for immediate and comprehensive discovery, we were forced to work on an expedited basis and address a substantial number of issues.

9. The fees I have charged to N'Site, in the amount of $46,415.00, were necessary and reasonable charges for the work performed. The attached bill shows the itemized charges.

10. I am familiar with the qualifications and work of Laura Bertin, N'Site's usual corporate counsel. I often have to hire out of state attorneys for services, therefore I have personal knowledge of reasonable legal fee rates in various jurisdictions, including Washington where Ms. Bertin practices. She charges and did charge $350 per hour for

- 3 -

her time.  The fees charged by her for reviewing and producing her file during discovery were necessary and reasonable charges for the work performed.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Date:  May 14, 2008                             _____/s/_____
                                                Steven L. Tiedemann