# UNITED STATE DISTRICT COURT
## NORTHERN DISTRICT ILLINOIS
### EASTERN DIVISION

HYPERQUEST, INC. )
)
    Plaintiff, )
) Civil Action No. 08 C 483
v. )
) Honorable Milton I. Shadur
N'SITE SOLUTIONS, INC., et al., )
) Magistrate Judge Michael T. Mason
    Defendants. )

## SUPPLEMENTAL DECLARATION OF PAUL R. KITCH IN SUPPORT OF DEFENDANTS' MOTION FOR DETERMINATION OF ATTORNEY'S FEES

I, PAUL R. KITCH, declare under penalty of perjury that the following is true and correct:

1. I am over 18 years of age, have personal knowledge of all facts attested to herein, and can competently testify to the same.

2. I am a partner in the Intellectual Property Department of the law firm of Nixon Peabody, LLP and I reside in that firm's office in Chicago, Illinois. I am the attorney in charge of this litigation for Unitrin Direct Insurance Company ("Unitrin").

3. David C. McKone is an associate in Nixon's Intellectual Property Department and resides in the firm's Chicago office. He worked a substantial number of hours on this litigation. At all times, he worked under my direction and supervision. Mr. McKone graduated from the University of Michigan Law School in 2002. He graduated from Michigan State University in 1997. He is a member of the bar of Illinois. Mr. McKone's billable rate is $400 per hour. The time spent on this matter was billed at this rate.

4.     Mollie Scott is a paralegal in the Intellectual Property Department with my firm and resides in the Chicago office. Ms. Scott's billable rate is $155 per hour. The time spent on this matter was billed at this rate.

5.     I am the billing attorney for Unitrin and am responsible for the content of all our bills to Unitrin.

6.     The billing statements that were attached as Exhibit A to my May 14, 2008, Declaration submitted in support of the current motion are also attached hereto as Exhibits A through E, corresponding to monthly statements of fees billed in January 2008 through May 13, 2008, respectively. Also included in Exhibits A through E are copies of the checks received from Unitrin in complete payment of those bills.

7.     Exhibit E includes an updated fee request accounting for time entered after my May 14, 2008, Declaration was submitted. Fees corresponding to the Seventh Circuit appeal were separated out and are not included in the present fee request. The total request for fees for the month of May 2008 was $9,995.50.

8.     Exhibit F is a Nixon Peabody billing statement to Unitrin for June 2008. Fees corresponding to the Seventh Circuit appeal were separated out and are not included in the present fee request. The total request for the month of June 2008 is $3,484.32.

9.     Exhibit G is a preliminary Nixon Peabody billing statement to Unitrin for July 2008. Fees corresponding to the Seventh Circuit appeal were separated out and are not included in the present fee request. The total request for the month of July 2008 is $15,634.50.

10.     Exhibits A through G also detail general fee reductions and write-offs of specific time entries.

11.     As can be seen from Exhibits A through G, including the time entered for May, June, and July 2008, the total request for fees to date is $193,522.32 and the total request for costs and expenses is $3,099.51.

12.     Unitrin has continued to retain Nixon Peabody in this litigation.

13.     Unitrin has continued to retain Nixon Peabody in other matters unrelated to this litigation. Attorney time on these matters are billed at the same rates as they are in this litigation.

14.     Nixon Peabody currently has over 700 lawyers.

15.     Drafts of Unitrin's reply brief in support of its motion to dismiss were considerably longer than the version filed with the Court.

16.     Nixon Peabody has billed Unitrin significantly less than 50 hours responding to HQ's discovery requests, as alleged by HQ.

17.     Several time entries, listed in Exhibits C and D, included time billed in responding to discovery requests in addition to time spent on other tasks unrelated to responding to discovery requests. I have revisited my daily time sheets and computer records to determine the time I spent on discovery compared to other matters. The estimated portion of the time billed that involved responding to discovery requests is as follows:

> a.  9.5 hours recorded on March 4, 2008 (estimated time on discovery 0.3 to 0.4 hours)
>
> b.  6.2 hours recorded on March 10, 2008 (estimated time on discovery 0.3 to 0.5 hours)
>
> c.  6.7 hours recorded on March 11, 2008 (estimated time on discovery 1.9 to 2.3 hours)
>
> d.  6.7 hours recorded on March 14, 2008 (estimated time on discovery 2.0 to 2.3 hours)

      e.  6.4 hours recorded on April 11, 2008 (estimated time on discovery 0.4 hours)

Thus, for these specific entries, less than six hours were spent on discovery issues.

18.    In addition to the approximately six hours above, the time entries that correspond to responding to HQ's discovery requests are:

    0.5 hours recorded by Buckley on Feb. 29, 2008
    0.5 hours recorded by Buckley on March 3, 2008
    1 hour recorded by Buckley on March 3, 2008
    1.2 hours recorded in two entries by Hewitt on March 4, 2008
    0.8 hours recorded by Buckley on March 5, 2008
    2.3 hours recorded by Baio on March 10, 2008
    0.1 hours recorded by Wine on March 11, 2008
    0.8 hours recorded by Baio on March 11, 2008
    0.8 hours recorded by Buckley on April 8, 2008
    1.2 hours recorded by Kitch on April 8, 2008
    1.3 hours recorded by Buckley on April 9, 2008
    3.4 hours recorded by Kitch on April 10, 2008
    1.4 hours recorded by Buckley on April 10, 2008
    0.9 hours recorded by Buckley on April 11, 2008

Adding these entries to the estimated portions of my time corresponding to discovery responses in the paragraph above, Nixon Peabody spent approximately 22.1 hours for a total of $7,722.25 investigating and responding to HQ's discovery requests.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of

the United States of America that the foregoing is true and correct.

Date:  August 5, 2008

Paul R. Kitch

# Exhibit A

February 12, 2008 Invoice

Nixon Peabody LLP
Invoice # 8946478 Page 1

**MATTER NO. 000067** **COPYRIGHT INFRINGEMENT LAWSUIT BY HYPERQUEST, INC.**

**For Professional Fees:**

| Date | Timekeeper | Hours | Rate | Fees | Description of Services |
|------|-----------|-------|------|------|-------------------------|
| 01/29/08 | P. Kitch | 3.00 | 495.00 | 1,485.00 | Study complaint. Skim exhibits. Correspondences with T. Evans regarding lawsuit. Study NSite/Unitrin Direct agreements. |
| 01/31/08 | E. Baio | 0.50 | 305.00 | 152.50 | Review complaint and license agreements. |

TOTAL HOURS: 3.50 $1,637.50

TOTAL FEES DUE: $1,637.50

**TOTAL FOR MATTER -- COPYRIGHT INFRINGEMENT LAWSUIT BY HYPERQUEST, INC.:** **$1,637.50**

11017358.1

FEDERAL I.D. NO. 16-0764720

## Nixon Peabody LLP

Attorneys at Law
161 N. Clark Street
46th Floor
Chicago, IL 60601-3213
(312) 425-3900
FAX: (312) 425-3909

February 12, 2008

Sam Fitzpatrick
Unitrin, Inc.
One East Wacker Drive
Chicago, IL 60601

Invoice No. 8946478
Account: 248893
Terms: Due Upon Receipt

**FOR PROFESSIONAL SERVICES RENDERED through January 31, 2008, including:**

## SUMMARY OF FEES, CHARGES AND DISBURSEMENTS

Details are shown on the pages following this summary.

| Matter | | Fees | Chg. & Disb. | Total |
|--------|--------------------------------------------------|----------|--------------|----------|
| 000028 | GENERAL | 185.00 | 0.00 | 185.00 |
| 000067 | COPYRIGHT INFRINGEMENT LAWSUIT BY HYPERQUEST, INC. | 1,637.50 | 0.00 | 1,637.50 |
| **Total of all matters on this invoice:** | | **$ 1,822.50** | **$ 0.00** | **$ 1,822.50** |

Unitrin Services Company     No. 274608
      3069

| DATE: | | | VENDOR NAME: | NIXON PEABODY LLP | | |
|---|---|---|---|---|---|---|
| 27-FEB-08 | | | | | | |
| INVOICE NUM | INVOICE DATE | DESCRIPTION | | DISCOUNT AMOUNT | AMOUNT | |
| 8946478 | 12-FEB-08 | Matter:#000028 Gen. & Copyright | | 0.00 | 1,822.50 | |

Q179060

| | | | | 0.00 | 1,822.50 |
|---|---|---|---|---|---|

PLEASE DETACH AND RETAIN THIS STATEMENT AS YOUR RECORD OF PAYMENT.    *Thank You*

---

THE FACE OF THIS CHECK MUST HAVE A COLORED BACKGROUND OR IS VOID
THE BACK OF THIS CHECK CONTAINS A FACSIMILE WATERMARK - CHECK IS VOID IF WATERMARK CANNOT BE SEEN AT AN ANGLE.

# UNITRIN

Unitrin Services Company
One East Wacker Drive • Chicago, Illinois 60601

The Northern Trust Company
Northern Trust Bank / DuPage
Oakbrook Terrace, IL
70-2382
719

No. 274608

| CHECK DATE | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|
| 27-FEB-08 | 274608 | ******1,822.50 |

One Thousand Eight Hundred Twenty-Two Dollars And 50 Cents*********

PAY

TO THE
ORDER OF

NIXON PEABODY LLP
1100 Clinton Square
Rochester, NY 14604

CHECK IS VOID 120 DAYS AFTER DATE OF ISSUE
TWO SIGNATURES FOR OVER $1000.00

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

# Exhibit B

March 13, 2008 Invoice

Nixon Peabody LLP
Invoice # 8956081  Page 2

**MATTER NO.  000067      COPYRIGHT INFRINGEMENT LAWSUIT BY HYPERQUEST, INC.**

**For Professional Fees:**

| Date | Timekeeper | Hours | Rate | Fees | Description of Services |
|------|------------|-------|------|------|-------------------------|
| 02/01/08 | P. Kitch | 3.20 | 495.00 | 1,584.00 | Prepare for teleconference with client. Teleconference with Unitrin personnel regarding HyperQuest, Inc. lawsuit. Draft and review correspondences regarding various copyright issues. |
| 02/01/08 | E. Baio | 1.80 | 305.00 | 549.00 | Participate in conference call to discuss matter. |
| 02/04/08 | P. Kitch | 0.90 | 495.00 | 445.00 | Teleconference with L. Mills regarding case. Correspondences with L. Mills. Attorney conference with E. Baio regarding research related to ██████ and other miscellaneous issues. |
| 02/04/08 | L. Leinartas | 0.40 | 165.00 | 66.00 | Research on copyright documents for E. Baio. |
| 02/04/08 | E. Baio | 1.60 | 305.00 | 488.00 | Review various correspondence. Review ██████. Search copyright website and ██████ with librarian L. Leinartas. |
| 02/05/08 | L. Mills | 1.30 | 605.00 | 786.50 | Review complaint. Draft motion to dismiss and case background materials. Take notes regarding same. |
| 02/05/08 | P. Kitch | 3.40 | 495.00 | 1,683.00 | Various correspondences with L. Mills and [client] Study documents received from [client] ██████. Have search performed for HyperQuest litigation. Order cases. Study Althin case. Study NuGen complaint. |
| 02/05/08 | L. Leinartas | 0.80 | 165.00 | 132.00 | Case research for P. Kitch. |
| 02/05/08 | E. Baio | 0.60 | 305.00 | 183.00 | Review ██████ and copyright act. Order copy of ██████. Research information on eDoc Express and |

March 13, 2008 Invoice                                    Nixon Peabody LLP
                                              Invoice # 8956081    Page 3

HyperQuest.

| Date | Attorney | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 02/06/08 | L. Mills | 1.00 | 605.00 | 605.00 | Conference call with clients and P. Kitch. Follow-up e-mail and phone conversations regarding same. |
| 02/06/08 | P. Kitch | 6.50 | 495.00 | 3,217.50 | Prepare for and participate in teleconference with client regarding talks with N'Site. Conduct legal research regarding motion to dismiss. Organize file. Teleconference with opposing counsel. Draft correspondences to Unitrin regarding the same. Teleconference with L. Mills regarding opposing counsel. |
| 02/07/08 | P. Kitch | 6.70 | 495.00 | 3,316.50 | Review court order and docket. Draft correspondence regarding the same. Teleconference with S. Tiedemann. Review correspondence from opposing counsel. Prepare letter to ▮ client ▮ regarding ▮▮▮▮ Attorney conferences regarding the same. Prepare letter to N'Site regarding Unitrin's indemnification claim. Prepare correspondence to Unitrin regarding indemnification ▮▮▮▮ Attorney conference with E. Baio regarding legal research. |
| 02/07/08 | J. Wine | 0.20 | 470.00 | 94.00 | Confer with P. Kitch regarding matter. |
| 02/07/08 | E. Baio | 7.20 | 305.00 | 2,196.00 | Participate in telephone conference. Research potential arguments for Motion to Dismiss. |
| 02/08/08 | L. Mills | 0.20 | 605.00 | 121.00 | E-mail correspondence regarding case developments and strategy. |
| 02/08/08 | P. Kitch | 2.30 | 495.00 | 1,138.50 | Review and respond to correspondences from ▮ client ▮ regarding letter to N'Site. Review correspondence from ▮ client ▮ Attorney conferences with E. Baio regarding legal research and motion to dismiss. Call to S. Tiedemann regarding motion to dismiss and motion to stay discovery. Draft correspondences to team giving update on status of various matters. |

11017169.1

March 13, 2008 Invoice                                              Nixon Peabody LLP
                                                          Invoice # 8956081    Page 4

| 02/08/08 | E. Baio | 8.20 | 305.00 | 2,501.00 | Research case law regarding arguments for Motion to Dismiss and Motion to Stay Discovery. Draft Motion to Stay Discovery and Memorandum in Support thereof. |
|---|---|---|---|---|---|
| 02/09/08 | J. Wine | 0.50 | 470.00 | 235.00 | Review Complaint, licenses, draft Motion for Stay of Discovery and draft Motion to Dismiss. |
| 02/10/08 | P. Kitch | 1.00 | 495.00 | 495.00 | Review draft of motion to stay discovery. Draft correspondences regarding the same. |
| 02/10/08 | J. Wine | 0.50 | 470.00 | 235.00 | Review complaint, licenses, draft motion to dismiss and draft motion to stay discovery. (No charge – Written off below) |
| 02/10/08 | E. Baio | 0.30 | 305.00 | 91.50 | Review opinion of Judge Shadur. |
| 02/11/08 | J. Yao | 2.50 | 335.00 | 837.50 | Research caselaw regarding 12(b)(4) and 12(b)(5) motions for naming and serving wrong party. |
| 02/11/08 | P. Kitch | 5.00 | 495.00 | 2,475.00 | Attorney conference with J. Wine regarding motions and misnomer on complaint. Attorney conferences with J. Wine, E. Baio, and J. Yao regarding Rule 12(b)(1), 12(b)(4), and 12(b)(5) motions. Teleconferences with ▮client▮ regarding ▮ motion to dismiss ▮ Teleconferences with S. Tiedemann regarding filing joint motion. Teleconference with ▮ client ▮ regarding Safelite. Review draft Rule 12(b)(4) motion. |
| 02/11/08 | J. Wine | 2.10 | 470.00 | 987.00 | Review and edit Motion to Stay and Rule 12(b)(4) and 12(b)(1) Motions to Dismiss. Research regarding defects in service of process and related conferences with P. Kitch and E. Baio. |
| 02/11/08 | H. Buckley | 2.40 | 195.00 | 468.00 | Review Complaint and prepare appearances for P. Kitch, E. Baio and J. Rosen Wine, as well as Notification as to Affiliates. Confer with P. Kitch regarding official name of client for responsive pleadings, review correspondence |

AUG-05-2008  16:30        NIXON PEABODY                    3124253909  2    P.27
Case 1:08-cv-00483    Document 66-4    Filed 08/05/2008    Page 14 of 59
Case 1:08-cv-00483    Document 45-7    Filed 05/14/2008    Page 11 of 33

March 13, 2008 Invoice

Nixon Peabody LLP
Invoice # 8956081    Page 5

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| | | | | | from P. Kitch for file. Draft Notice of Motion per P. Kitch. Confer with P. Kitch regarding update to filing, confirming filing of Motion to Stay Discovery, Motion to Dismiss, Motion for 12(b)(4), and Motion for 12(b)(5), with Notice of Affiliates. Prepare Notices for all motions. Confer with E. Baio regarding official title of client for filings. |
| 02/11/08 | L. Leinartas | 0.30 | 165.00 | 49.50 | Research on registered agents for P. Kitch. |
| 02/11/08 | E. Baio | 6.60 | 305.00 | 2,013.00 | Discuss matter with P. Kitch and J. Wine. Research and draft Rule 12(b)(4) Motion to Dismiss. |
| 02/12/08 | J. Yao | 1.10 | 335.00 | 368.50 | Research caselaw regarding waiver of 12(b)(1) motion by filing of 12(b)(4) motion. |
| 02/12/08 | L. Mills | 0.20 | 605.00 | 121.00 | Call with P. Kitch. |
| 02/12/08 | P. Kitch | 7.70 | 495.00 | 3,811.50 | Correspondences with S. Tiedemann regarding motion to dismiss. Attorney conference with E. Baio regarding Rule 12(b)(4) motion. Review revised Rule 12(b)(1) motion prepared by S. Tiedemann. Forward motions to team members. Teleconference with client regarding plan of action. Attorney conferences with E. Baio and J. Yao regarding various research issues. Correspondences with S. Tiedemann regarding Rule 12(b)(1) motion and related issues and regarding his status in the Northern District of Illinois. Correspondences with ███ client and L. Mills regarding ███████ . Review case regarding Rule 12(b)(1) dismissal. |
| 02/12/08 | J. Wine | 1.90 | 470.00 | 893.00 | Participate in conference call with representatives of Unitrin regarding service issue and motions. Revise and finalize various motions for filing and related conferences with E. Baio and H. Buckley. Study Judge Shadur's standing orders regarding court procedures. |
| 02/12/08 | H. Buckley | 1.60 | 195.00 | 312.00 | Complete appearances per P. Kitch, |

11017169.1

March 13, 2008 Invoice

Nixon Peabody LLP
Invoice # 8956081    Page 7

| | | | | | |
|---|---|---|---|---|---|
| | | | | | File with Court and prepare copy for J. Shadur regarding same. |
| 02/13/08 | E. Baio | 1.60 | 305.00 | 488.00 | Revise Motion to Dismiss under Rule 12(b)(1) and Motion to Stay Discovery. Coordinate filing the same. |
| 02/14/08 | H. Buckley | 0.50 | 195.00 | 97.50 | Prepare courtesy copies of court filings for P. Kitch and J. Wine in preparation for the hearing. |
| 02/15/08 | L. Mills | 0.30 | 605.00 | 181.50 | Call with P. Kitch. |
| 02/15/08 | P. Kitch | 5.70 | 495.00 | 2,821.50 | Prepare for hearing before Judge Shadur. Attorney conference with E. Baio regarding tasks that need to be performed. Correspondences with client regarding hearing. Review HyperQuest and Safelite license agreement in light of Judge's comment. Correspondences with S. Tiedemann and opposing counsel regarding Rule 26(f) conference. Teleconference with L. Mills regarding Rule 26(f) conference. Teleconference with client regarding today's hearing and conversation with plaintiff's counsel. Teleconference with S. Tiedemann regarding indemnification. Teleconference with opposing counsel regarding settlement demand. Correspondences to client regarding ▮▮▮▮▮▮. Organize materials. |
| 02/15/08 | P. Kitch | 1.00 | 495.00 | 495.00 | Attend hearing before Judge Shadur. Conversations with opposing counsel. (No charge – Written off below) |
| 02/15/08 | J. Wine | 1.40 | 470.00 | 658.00 | Appearance in court on motion to dismiss for insufficient process, motion to dismiss for lack of subject matter jurisdiction and motion to stay. Conference with opposing counsel regarding settlement potential. Intraoffice conference with P. Kitch and E. Baio regarding status of matter. |
| 02/15/08 | E. Baio | 2.30 | 305.00 | 701.00 | Discuss matter with P. Kitch. Participate in telephone call with Unitrin regarding hearing on |

March 13, 2008 Invoice

Nixon Peabody LLP
Invoice # 8956081    Page 8

| | | | | | |
|---|---|---|---|---|---|
| | | | | | motions. |
| 02/19/08 | L. Mills | 1.30 | 605.00 | 786.50 | Prepare for and attend Rule 26F conference. Follow-up regarding same. |
| 02/19/08 | P. Kitch | 1.90 | 495.00 | 940.50 | Prepare for Rule 26(f) conference. Participate in Rule 26(f) conference. Teleconference with client regarding whether heard back from S. Tiedemann. |
| 02/19/08 | E. Baio | 1.90 | 305.00 | 579.50 | Participate in Rule 26(f) telephone conference. Discuss research on divisibility of copyright rights with J. Yao. (No charge – Written off below) |
| 02/20/08 | L. Mills | 0.50 | 605.00 | 302.50 | Call with clients. |
| 02/20/08 | P. Kitch | 1.90 | 495.00 | 940.50 | Teleconference with client regarding Rule 26(f) conference, indemnification, and ▮▮▮▮▮. Prepare and send correspondence to client regarding Rule 26(a)(1) Initial Disclosure requirements. |
| 02/21/08 | P. Kitch | 2.00 | 495.00 | 990.00 | Download HyperQuest opposition brief and exhibits. Forward the same to client. Begin reviewing the same. |
| 02/21/08 | J. Wine | 0.6 | 470.00 | 282.00 | Study plaintiff's response to motion to dismiss and exhibits.. |
| 02/21/08 | E. Baio | 0.60 | 305.00 | 183.00 | Review Plaintiff's Opposition to Defendants' Motion to Dismiss. |
| 02/22/08 | J. Yao | 7.50 | 335.00 | 2,512.50 | Research caselaw regarding requirements for standing as exclusive licensee of copyright. Discuss the same with P. Kitch and E. Baio. |
| 02/22/08 | C. Boland | 0.40 | 695.00 | 278.00 | Telephone conferences with P. Kitch regarding indemnification claim. Review and revise notice letter of indemnity claim. |
| 02/22/08 | P. Kitch | 4.80 | 495.00 | 2,376.00 | Attorney conference with J. Yao regarding research. Revise indemnification demand letter. Teleconference with C. Boland regarding the same. Send indemnification letter and NSite agreement to C. Boland. Continue to review exhibits to HyperQuest's opposition brief. Attorney conference with E. Baio regarding |

March 13, 2008 Invoice

Nixon Peabody LLP
Invoice # 8956081    Page 9

| | | | | | |
|---|---|---|---|---|---|
| | | | | | reply to HyperQuest's brief. Review revised indemnification demand letter proposed by C. Boland. Revise indemnification demand letter and circulate to client. Teleconference with ▮client▮ ▮▮▮▮ regarding the same. Revise letter again and send to ▮N'Site▮ ▮▮▮▮ and S. Tiedemann. |
| 02/22/08 | E. Baio | 0.70 | 305.00 | 213.50 | Review Plaintiff's Opposition to Defendants' Motion to Dismiss. Discuss the same with J. Yao. |
| 02/25/08 | L. Mills | 0.30 | 605.00 | 181.50 | Review reply brief. |
| 02/25/08 | P. Kitch | 0.80 | 495.00 | 396.00 | Attorney conference with E. Baio regarding draft reply brief regarding motion to dismiss. Review NSite reply brief in support of motion to dismiss. Attorney conference with E. Baio regarding the same. |
| 02/25/08 | J. Wine | 0.20 | 470.00 | 94.00 | Review N'Site reply brief. |
| 02/25/08 | H. Buckley | 0.20 | 195.00 | 39.00 | Confer with P. Kitch regarding e-mailing copy of N'Site's reply to opposition motion. Prepare copy of reply and e-mail to client per P. Kitch. |
| 02/25/08 | E. Baio | 2.60 | 305.00 | 793.00 | Review N'Site's reply to Plaintiff's Opposition to Motion to Dismiss. Draft Unitrin Direct's reply to the same. Discuss matter with P. Kitch and J. Yao. |
| 02/26/08 | L. Mills | 0.30 | 605.00 | 181.50 | Call with P. Kitch. |
| 02/26/08 | P. Kitch | 9.20 | 495.00 | 4,554.00 | Review draft reply brief. Study complaint and allegations made with respect to Unitrin Direct. Study motion to dismiss, HyperQuest's response, and N'Site's reply brief. Send and review correspondences regarding ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮. Correspondences and teleconferences with ▮▮▮▮ regarding the same. Prepare ▮▮▮▮▮ regarding the same. Prepare for 2/27/08 hearing. Prepare timeline of events. Perform research regarding archival copies, remedies, and other |

March 13, 2008 Invoice

Nixon Peabody LLP
Invoice # 8956081    Page 10

| | | | | | |
|---|---|---|---|---|---|
| 02/26/08 | J. Wine | 0.50 | 470.00 | 235.00 | provisions of the copyright law. Confer with P. Kitch and L. Mills regarding upcoming oral argument. ██████ ██ |
| 02/26/08 | H. Buckley | 0.20 | 195.00 | 39.00 | Confer with S. Monreal regarding generating contact sheet for case. |
| 02/26/08 | E. Baio | 0.40 | 305.00 | 122.00 | Review potentially relevant case law regarding standing issue. Draft Unitrin Direct's reply to the same. Discuss matter with P. Kitch and J. Yao. |
| 02/27/08 | L. Mills | 0.50 | 605.00 | 302.50 | Call with P. Kitch regarding motion to dismiss issues. Start research regarding same. |
| 02/27/08 | P. Kitch | 5.30 | 495.00 | 2,623.50 | Telephone conferences with L. Mills regarding hearing and strategy. Prepare for and attend hearing. Attorney conferences with S. Tiedemann regarding indemnification and motion ██████ ████. Prepare notes regarding hearing and attorney conferences with S. Tiedemann. Telephone conference with client. Attorney conferences with E. Baio and L. Mills regarding theories and needed research. |
| 02/27/08 | J. Wine | 0.30 | 470.00 | 141.00 | Conferences with P. Kitch regarding hearing on motion to dismiss for subject matter jurisdiction. |
| 02/27/08 | H. Buckley | 0.20 | 195.00 | 39.00 | Confer with P. Kitch regarding status report from hearing and upcoming dates. Email status order to client per P. Kitch. |
| 02/27/08 | E. Baio | 4.10 | 305.00 | 1,250.50 | Participate in telephone call regarding hearing preparation with P. Kitch and L. Mills. Attend hearing/status call. Participate in telephone call with Unitrin and P. Kitch. Research issues for Reply Brief. |
| 02/28/08 | J. Yao | 3.50 | 335.00 | 1,172.50 | Research caselaw regarding ██████████ and definition of exclusive rights. Discuss the same with P. Kitch and E. Baio. |
| 02/28/08 | L. Mills | 1.70 | 605.00 | 1,028.50 | Call with P. Kitch. Research regarding motion to dismiss. |

March 13, 2008 Invoice

Nixon Peabody LLP
Invoice # 8956081   Page 11

| 02/28/08 | P. Kitch | 1.10 | 495.00 | 544.50 | Review Seventh Circuit case regarding award of attorney fees to copyright defendant. Attorney conference with E. Baio and L. Mills regarding legal research. |
| 02/28/08 | E. Baio | 3.40 | 305.00 | 1,037.00 | Research case law regarding ███████. Discuss the same with P. Kitch, L. Mills, and J. Yao. |
| 02/29/08 | L. Mills | 1.00 | 605.00 | 605.00 | Call with Ella Baio regarding ideas for motion to dismiss. Research regarding same. (Written off below) |
| 02/29/08 | P. Kitch | 2.60 | 495.00 | 1,287.00 | Copyright research. Attorney conference with E. Baio regarding theories. Organization and strategies for the reply brief. |
| 02/29/08 | H. Buckley | 0.50 | 195.00 | 97.50 | Confer with P. Kitch regarding discovery requests received, circulation, docketing and preparation of responses. Prepare discovery requests and email to client per P. Kitch. Send copy to docketing and Word Processing to generate responses. |
| 02/29/08 | E. Baio | 2.70 | 305.00 | 823.50 | Discuss and strategize matter with L. Mills, P. Kitch, ███████, and J. Yao. Review caselaw regarding exclusive licensees. |

TOTAL HOURS:  169.40        $72,427.00

| | |
|---|---|
| TOTAL FEES: | $72,427.00 |
| LESS SPECIFIC FEE WRITE-OFFS | 2,196.50 |
| LESS ADDITIONAL FEE REDUCTION | 3,856.50 |
| TOTAL FEES DUE: | $66,374.00 |

## For Charges and Disbursements:

| Description | | Amount |
|---|---|---|
| Conference Calls including: | | 43.51 |
|   Spider Phone Conference: 472411 - HyperQuest v. Unitrin | 11.19 | |
|   Spider Phone Conference: 475411 - Unitrin v. HyperQuest conference call | 12.17 | |
|   Spider Phone Conference: 478151 - Unitrin v. HyperQuest Phone Conference 3 | 20.15 | |
| Lexis including: | | 1,337.35 |

11017169 1

March 13, 2008 Invoice                                          Nixon Peabody LLP
                                                Invoice # 8956081    Page 12

| | |
|---|---:|
| Lexis - 248893/000007 | 11.63 |
| Lexis - 248893/000067 | 78.83 |
| Lexis - 248893/000067 | 72.15 |
| Lexis - 248893/000067 | 129.60 |
| Lexis - 248893/000067 | 219.90 |
| Lexis - 248893/000067 | 20.40 |
| Lexis - 248893/000067 | 72.60 |
| Lexis - 248893/000067 | 17.40 |
| Lexis - 248893/000067 | 49.05 |
| Lexis - 248893/000067 | 6.23 |
| Lexis - 248893/000067 | 122.03 |
| Lexis - 248893/000067 | 197.25 |
| Lexis - 248893/000067 | 80.25 |
| Lexis - 248993/000067 | 46.05 |
| Lexis - 248893/000067 | 187.95 |
| Lexis - 248993/000067 | 26.03 |
| Postage | 0.41 |

TOTAL CHARGES AND DISBURSEMENTS:    $ 1,381.27

**TOTAL FOR MATTER -- COPYRIGHT INFRINGEMENT LAWSUIT BY
HYPERQUEST, INC.:    $67,755.27**

11017169.1

FEDERAL I.D. NO. 16-0764720

## Nixon Peabody LLP
**Attorneys at Law**
161 N. Clark Street
48th Floor
Chicago, IL 60601-3213
(312) 425-3900
FAX: (312) 425-3909

March 13, 2008

Sam Fitzpatrick
Unitrin, Inc.
One East Wacker Drive
Chicago, IL 60601

Invoice No. 8956081
Account: 248893
Terms: Due Upon Receipt

---

**FOR PROFESSIONAL SERVICES RENDERED through February 29, 2008, including:**

---

## SUMMARY OF FEES, CHARGES AND DISBURSEMENTS
Details are shown on the pages following this summary.

| Matter | | Fees | Chg. & Disb. | Total |
|---|---|---|---|---|
| 000028 | GENERAL | 916.50 | 0.00 | 916.50 |
| 000067 | COPYRIGHT INFRINGEMENT LAWSUIT BY HYPERQUEST, INC. | 66,374.00 | 1,381.27 | 67,755.27 |
| **Total of all matters on this invoice:** | | $ 67,290.50 | $ 1,381.27 | $68,671.77 |

No. 275093
3069

**NIXON PEABODY LLP**

VENDOR NAME: NIXON PEABODY

8956081 | 29-FEB-08 Matter#00002B & #000067 Feb 08 | 0.00 | 68,671.77

16-APR-08

0.00 | 68,671.77

Unitrin Services Company
One East Wacker Drive · Chicago, Illinois 60601

**Sixty-Eight Thousand Six Hundred Seventy-One Dollars And 77 Cents***

Pay
to the
order
of

NIXON PEABODY LLP
1100 Clinton Square
Rochester, NY 14604

The Northern Trust Company
50 South LaSalle Street, Chicago
Chicago, Illinois IL

16-APR-08 | 275093 | 70-2392
718

No. 275093

*****68,671.77

CHECK IS VOID 120 DAYS AFTER DATE OF ISSUE
TWO SIGNATURES FOR OVER $100,000

AUTHORIZED SIGNATURE

Thank You


Q205754

# Exhibit C

April 9, 2008 Invoice                                          Nixon Peabody LLP
                                                        Invoice # 8964647     Page 2


**MATTER NO.   000067**     **COPYRIGHT INFRINGEMENT LAWSUIT BY HYPERQUEST, INC.**

**For Professional Fees:**

| Date | Timekeeper | Hours | Rate | Fees | Description of Services |
|------|-----------|-------|------|------|------------------------|
| 03/03/08 | H. Buckley | 0.50 | 195.00 | 97.50 | Review e-mail from P. Kitch regarding docketing of responses to requests for discovery to Unitrin. Review requests and e-mail notice to docketing regarding same. Confer with R. Thomson regarding same and confirm change in docketing. E-mail to P. Kitch regarding same. |
| 03/03/08 | E. Baio | 7.10 | 305.00 | 2,165.50 | Draft reply memorandum. Review case law in support of the same. |
| 03/04/08 | T. Hewitt | 0.80 | 180.00 | 144.00 | Document 10927105 (Interrogatories to Unitrin) has been proofread to ensure accurate scan/clean-up. |
| 03/04/08 | T. Hewitt | 0.60 | 180.00 | 108.00 | Document 10927104 (Subpoena to Safelite) has been proofread to ensure accurate scan/clean-up. |
| 03/04/08 | T. Hewitt | 0.40 | 180.00 | 72.00 | Document 10927106 (Requests for Production to Unitrin) has been proofread to ensure accurate scan/clean-up. |
| 03/04/08 | P. Kitch | 9.50 | 495.00 | 4,702.50 | Review draft reply brief. Review N'Site's responses to plaintiff's interrogatories and document requests. Prepare letter to S. Tiedemann memorializing N'Site's agreement to indemnify UDIC. Study correspondence from S. Tiedemann regarding the same. Research standing and other issues related to the Federal Rule of Civil Procedure. Prepare outline of reply brief. Begin drafting revised reply brief. |
| 03/04/08 | H. Buckley | 1.00 | 195.00 | 195.00 | Attempt format responses to discovery requests. Confer with Word Processing regarding same. Review rescanned materials from Word Processing and confer with M. Dadisman regarding formatting for |

April 9, 2008 Invoice

Nixon Peabody LLP<br>
Invoice # 8964647    Page 3

| | | | | | |
|---|---|---|---|---|---|
| 03/04/08 | E. Baio | 1.30 | 305.00 | 396.50 | responses.<br>Review and revise reply memorandum. |
| 03/05/08 | L. Mills | 1.60 | 605.00 | 968.00 | Research possible ▮▮▮▮▮ defenses. Call with team regarding same. |
| 03/05/08 | P. Kitch | 5.60 | 495.00 | 2,772.00 | Teleconference with E. Baio and L. Mills regarding brief and possible arguments. Teleconference with J. Wine regarding ▮▮▮▮▮ ▮▮▮▮▮. Teleconference with E. Baio regarding reply brief. Prepare motion for extension of time. Correspondence to D. Hogan and S. Tiedemann regarding the same. Review and revise reply brief. |
| 03/05/08 | H. Buckley | 0.80 | 195.00 | 156.00 | Review drafts of responses for discovery requests, edit and forward same to P. Kitch for use. |
| 03/05/08 | E. Baio | 5.00 | 305.00 | 1,525.00 | Review various correspondence regarding reply memorandum. Review outline and draft reply memorandum of P. Kitch. Participate in telephone call with P. Kitch and L. Mills. Revise draft reply memorandum. |
| 03/06/08 | L. Mills | 3.10 | 605.00 | 1,875.50 | Review, research and revise sections of motion to dismiss. Call with P. Kitch. |
| 03/06/08 | P. Kitch | 1.80 | 495.00 | 891.00 | Attorney conference with J. Wine regarding reply brief argument. Revise and file motion for extension of time. Organize materials. Work on Joint Defense Agreement. |
| 03/06/08 | J. Wine | 1.10 | 470.00 | 517.00 | Review and edit draft reply brief to motion to dismiss. Office conference with P. Kitch regarding same. |
| 03/06/08 | H. Buckley | 0.80 | 195.00 | 156.00 | Confer with P. Kitch regarding Notice of Motion and Motion for Extension of Time for Filing. Confer with J. Shadur's clerk regarding notice protocol. Draft Notice of Motion, file Notice and Motion. Prepare copy to be taken to J. Shadur's chambers. |
| 03/07/08 | H. Buckley | 1.10 | 195.00 | 214.50 | Leave voicemail with J. Shadur's |

11017076.1

AUG-05-2008   16:31          NIXON PEABODY                  3124253909 2    P.39

Case 1:08-cv-00483     Document 66-4     Filed 08/05/2008     Page 26 of 59
Case 1:08-cv-00483     Document 45-7     Filed 05/14/2008     Page 21 of 33

April 9, 2008 Invoice                                      Nixon Peabody LLP
                                               Invoice # 8964647    Page 4

| 03/08/08 | P. Kitch | 6.50 | 495.00 | 3,217.50 | deputy regarding unopposed motion per P. Kitch. E-mail to P. Kitch regarding same. Confer with J. Shadur's deputy regarding granting of motion. E-mail to P. Kitch and opposing counsel. |
| | | | | | Study and draft notes regarding Quivox/N'Site agreement. Study and draft notes regarding Safelite/HQ agreement regarding how agreement does not grant HQ "exclusive" rights. |
| 03/09/08 | P. Kitch | 8.40 | 495.00 | 4,158.00 | Prepare Reply Brief in support of motion to dismiss. |
| 03/10/08 | L. Mills | 1.30 | 605.00 | 786.50 | Research and e-mail correspondence regarding motion to dismiss arguments. |
| 03/10/08 | P. Kitch | 6.20 | 495.00 | 3,069.00 | Review HyperQuest v. NuGen docket and order miscellaneous pleadings. Review NuGen's motion to dismiss and motion to stay discovery. Review HyperQuest complaint against NuGen and Phillips. ███████████ Continue preparing Reply Brief. Send draft of Reply Brief to J. Wine and L. Mills. ███████████ |
| | | | | | ███████████ Correspondences to/from E. Baio regarding preparing correspondence to client regarding HyperQuest's discovery requests and regarding initial disclosure requirements. |
| 03/10/08 | J. Wine | 0.30 | 470.00 | 141.00 | E-mail correspondence from L. Mills and office conference with P. Kitch regarding response to motion to dismiss. |
| 03/10/08 | L. Leinartas | 0.70 | 165.00 | 115.50 | Document retrievals for P. Kitch. |
| 03/10/08 | E. Baio | 2.30 | 305.00 | 701.50 | Draft Initial Disclosures, Response to Discovery Requests, and Response to First Set of Interrogatories. Discuss the same with P. Kitch. |
| 03/11/08 | L. Mills | 2.50 | 605.00 | 1,512.50 | ███████████ Call with P. Kitch. |
| 03/11/08 | P. Kitch | 6.70 | 495.00 | 3,316.50 | Review correspondence from E. Baio regarding plaintiff's discovery |

April 9, 2008 Invoice
Nixon Peabody LLP
Invoice # 8964647    Page 6

| | | | | | |
|---|---|---|---|---|---|
| | | | | | and P Kitch. |
| 03/14/08 | P. Kitch | 6.70 | 495.00 | 3,316.50 | Revise reply brief. Attorney conferences with E. Baio and J. Wine. Finalize and file reply brief. Finalize responses and objections to plaintiff's interrogatories and document requests. Serve the same on plaintiff and N'Site. Send copy to client. |
| 03/14/08 | J. Wine | 1.10 | 470.00 | 517.00 | Final revisions to reply brief in support of motion to dismiss and related conferences with P. Kitch. |
| 03/14/08 | H. Buckley | 0.70 | 195.00 | 136.50 | Review e-mail from J. Wine regarding Hyperquest filing. E-mail to P. Kitch and E. Baio regarding status. Finalize and file Unitrin's Reply in Support of Motion to Dismiss for Lack of Subject Matter Jurisdiction. Prepare copy to be delivered to J. Shadur. |
| 03/14/08 | E. Baio | 3.70 | 305.00 | 1,128.50 | Review and revise reply brief. |
| 03/17/08 | P. Kitch | 0.40 | 495.00 | 198.00 | Correspondences with ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. |
| 03/17/08 | H. Buckley | 0.40 | 195.00 | 78.00 | Confer with P. Kitch regarding sending Interrogatory Verification page to opposing counsel and co-counsel. Draft cover letter and finalize. Confer with M. Dadisman regarding sending letter via facsimile and U.S. Regular Mail. |
| 03/18/08 | P. Kitch | 5.80 | 495.00 | 2,871.00 | Correspondences to/from S. Tiedemann. Review draft protective order. Review protective order issues. ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ disqualification research. Research grounds for disqualification of Debbie Hogan regarding marriage to plaintiff. |
| 03/19/08 | P. Kitch | 6.30 | 495.00 | 3,118.50 | Research ▮▮▮▮▮▮ provision of protective order. Work on protective order. |
| 03/20/08 | P. Kitch | 4.30 | 495.00 | 2,128.50 | Study correspondences from D. Hogan and S. Tiedemann regarding protective order and extension. Attorney conferences with E. Baio regarding protective order. Finish draft of protective order and send to S. Tiedemann and client. Send |

April 9, 2008 Invoice

Nixon Peabody LLP
Invoice # 8964647    Page 7

| | | | | | |
|---|---|---|---|---|---|
| | | | | | correspondence to S. Tiedemann regarding ▮▮▮▮▮▮ |
| 03/20/08 | L. Leinartas | 1.30 | 165.00 | 214.50 | Research on HyperQuest for P. Kitch. |
| 03/20/08 | E. Baio | 1.70 | 305.00 | 518.50 | Review local rules regarding protective orders. Revise draft protective order pursuant to the same. |
| 03/21/08 | P. Kitch | 1.00 | 495.00 | 495.00 | Review correspondence from ▮ client ▮. Revise draft protective order. Draft correspondence to ▮ client ▮ regarding the same. Draft correspondence to D. Hogan regarding the same. |
| 03/21/08 | H. Buckley | 0.20 | 195.00 | 39.00 | Review court e-mail filings of Motion for Extension of Time regarding Discovery. Print for file and e-mail to client per P. Kitch. |
| 03/24/08 | P. Kitch | 0.90 | 495.00 | 445.50 | Draft correspondences to client and D. Hogan and S. Tiedemann regarding protective order. Revise protective order. |
| 03/24/08 | J. Wine | 0.40 | 470.00 | 188.00 | Review draft protective order and Judge Shadur's rules regarding same. Related e-mails with P. Kitch and E. Baio. |
| 03/24/08 | H. Buckley | 0.10 | 195.00 | 19.50 | Review court e-mail filing granting motion to extend discovery deadline. Print for file and e-mail to client. |
| 03/24/08 | E. Baio | 0.50 | 305.00 | 152.50 | Review Judge Shadur's standing order and N.D. Ill. website for rules regarding protective orders. |

TOTAL HOURS: 139.30          $62,969.50

TOTAL FEES DUE: _____ $62,969.50

**For Charges and Disbursements:**

| Description | | Amount |
|---|---|---|
| Copier | | 1.20 |
| Express Delivery Service including: | | 33.51 |
| VENDOR: FedEx (Illinois); INVOICE#: 2-530-71721; DATE: 2/11/2008 - Delivered to Vivian Brown, Westlaw CourtExpress, Washington, DC | 11.33 | |

11017076.1

AUG-05-2008 16:32 NIXON PEABODY 3124253900 P.42
Case 1:08-cv-00483 Document 66-4 Filed 08/05/2008 Page 29 of 59
Case 1:08-cv-00483 Document 45-7 Filed 05/14/2008 Page 25 of 33

April 9, 2008 Invoice

Nixon Peabody LLP
Invoice # 8964647 Page 8

| | | |
|---|---|---|
| VENDOR: FedEx (Illinois); INVOICE#: 2-569-06818; DATE: 3/3/2008 - Delivered to Sabrina Hightower, N'Site Solutions, Overland Park, KS | 11.09 | |
| VENDOR: FedEx (Illinois); INVOICE#: 2-569-06818; DATE: 3/3/2008 - Delivered to Steven Tiedemann, Stronghold Advisors, Columbia, MD | 11.09 | |
| Fax - domestic | | 36.00 |
| Lexis including: | | 178.22 |
| Lexis - 248893/000067 | 6.23 | |
| Lexis - 248893/000067 | 6.23 | |
| Lexis - 248893/000067 | 43.58 | |
| Lexis - 248893/000067 | 6.23 | |
| Lexis - 248893/000067 | 12.45 | |
| Lexis - 248893/000067 | 8.70 | |
| Lexis - 248893/000067 | 44.70 | |
| Lexis - 248893/000067 | 50.10 | |
| Postage | | 3.85 |

TOTAL CHARGES AND DISBURSEMENTS: $ 252.78

**TOTAL FOR MATTER -- COPYRIGHT INFRINGEMENT LAWSUIT BY HYPERQUEST, INC.:** $63,222.28

11017076.1

No. 275328

**Unitrin Services Company**

16-MAY-08    VENDOR NAME: NIXON PEABODY LLP    3069

DATE:

| 8964647-02 09-APR-08 A/C #248893 Prof. Svcs thru 3 | 0.00 | 63,222.28 |

Q217056

PLEASE DETACH AND RETAIN THIS STATEMENT AS YOUR RECORD OF PAYMENT.    *Thank You*    0.00    63,222.28

---

# UNITRIN

**Unitrin Services Company**
One East Wacker Drive • Chicago, Illinois 60601

The Northern Trust Company
Northern Trust Bank • DuPage
Oakbrook Terrace, IL

70-2382
719

No. 275328

| CHECK DATE | CHECK NUMBER | CHECK AMOUNT |
| 16-MAY-08 | 275328 | ****63,222.28 |

**Sixty-Three Thousand Two Hundred Twenty-Two Dollars And 28 Cents**

PAY

TO THE
ORDER OF

NIXON PEABODY LLP
1100 Clinton Square
Rochester, NY  14604

CHECK IS VOID 120 DAYS AFTER DATE OF ISSUE
TWO SIGNATURES FOR OVER $1500.00

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

# Exhibit D

May 14, 2008 Invoice

**FEDERAL I.D. NO. 16-0764720**

## Nixon Peabody LLP
Attorneys at Law
161 N. Clark Street
48th Floor
Chicago, IL 60601-3213
(312) 425-3900
FAX: (312) 425-3909

May 14, 2008

Invoice No. 8975015
Account: 248893
Terms: Due Upon Receipt

One East Wacker Drive
Chicago, IL 60601

**FOR PROFESSIONAL SERVICES RENDERED through April 30, 2008, including:**

**MATTER NO.    000067       COPYRIGHT INFRINGEMENT LAWSUIT BY HYPERQUEST, INC.**

**For Professional Fees:**

| Date | Timekeeper | Hours | Rate | Fees | Description of Services |
|------|-----------|-------|------|------|------------------------|
| 04/03/08 | P. Kitch | 1.20 | 495.00 | 594.00 | Review correspondences from D. Hogan and S. Tiedemann. Review draft protective order. Compare versions of protective order. Draft correspondences to client regarding the same. |
| 04/04/08 | P. Kitch | 2.80 | 495.00 | 1,386.00 | Correspondence to/from D. Hogan and S. Tiedemann regarding protective order. Attorney conference with E. Baio regarding the same. Review new protective order limited to Safelite documents. Teleconference with D. Hogan and S. Tiedemann regarding the same. |
| 04/04/08 | E. Baio | 6.30 | 305.00 | 1,921.50 | Review correspondence between P. Kitch, D. Hogan, and S. Tiedemann. Research limiting access via protective orders. Discuss the same with P. Kitch. Participate in telephone call with P. Kitch, D. Hogan, and S. Tiedemann. Draft memo summarizing relevant case law. |

{10180013.1}

May 14, 2008 Invoice                                            Nixon Peabody LLP
                                                           Invoice # 8975015    Page 2

| 04/07/08 | P. Kitch | 0.30 | 495.00 | 148.50 | Miscellaneous correspondences with S. Tiedemann. Attorney conference with E. Baio regarding protective order research. |
| 04/07/08 | E. Baio | 3.10 | 305.00 | 945.50 | Draft memorandum summarizing case law pertaining to protective orders. |
| 04/08/08 | H. Buckley | 0.80 | 195.00 | 156.00 | Confer with P. Kitch regarding production materials received from S. Tiedemann. Confer with P. Kitch regarding coordinating comparison of prior production materials with current production materials. Confer with E. Baio regarding same. Review e-mail regarding prior production. Confer with P. Kitch regarding location of prior production. Prepare same for E. Baio review. |
| 04/09/08 | P. Kitch | 1.20 | 495.00 | 594.00 | Review correspondence and documents from S. Tiedemann. Organize materials. Conference with paralegal regarding documents. |
| 04/09/08 | H. Buckley | 1.30 | 195.00 | 253.50 | Organize production materials. Confer with E. Baio regarding organization and conducting comparison of two productions. Confer with P. Kitch regarding comparison of production materials from S. Tiedemann. Confer with S. Calderon regarding conducting comparison of production. Confer with S. Calderon regarding project results. Review results regarding same. Confer with P. Kitch via e-mail regarding status of project. |
| 04/09/08 | S. Calderon | 0.8 | $155.00 | $124.00 | Confer with H. Buckley regarding comparison of A and B production materials. Conduct comparison regarding same. Confer with H. Buckley regarding comparison. (Written off below) |
| 04/10/08 | P. Kitch | 3.40 | 495.00 | 1,683.00 | ███████. Correspondences to D. Hogan inquiring whether they received any production from Safelite. Draft correspondence to S. |

May 14, 2008 Invoice

Nixon Peabody LLP
Invoice # 8975015    Page 3

|  |  |  |  |  | Tiedemann regarding ███████ |
|---|---|---|---|---|---|
|  |  |  |  |  | Draft correspondence to client regarding the same and regarding Safelite/HyperQuest agreements ███ ████████ |
| 04/10/08 | H. Buckley | 1.40 | 195.00 | 273.00 | Continue review of production comparison project. Edit summary of findings. |
| 04/11/08 | P. Kitch | 6.40 | 495.00 | 3,168.00 | Conferences with paralegal regarding document production. Review HyperQuest's supplemental opposition brief. Attorney conference with E. Baio and J. Wine regarding the same. Correspondence with client regarding scheduling teleconference next week. |
| 04/11/08 | J. Wine | 0.50 | 470.00 | 235.00 | Review Hyperquest's supplemental memorandum and motion for leave to file same. |
| 04/11/08 | H. Buckley | 0.90 | 195.00 | 175.50 | Confer with S. Monreal regarding file organization. Confer with P. Kitch regarding materials required for hearing. Confer with P. Kitch regarding document review project. Prepare materials for hearing per P. Kitch. E-mail Hyperquest's Motion for Leave to File Supplemental Brief in Opposition to client per P. Kitch. |
| 04/11/08 | L. Leinartas | 0.50 | 165.00 | 82.50 | Case retrievals for E. Baio. |
| 04/11/08 | E. Baio | 2.50 | 305.00 | 762.50 | Review documents filed by HyperQuest. Discuss the same with P. Kitch. Review cases cited in documents filed by HyperQuest. |
| 04/12/08 | J. Wine | 3.50 | 470.00 | 1,645.00 | Review cases relied upon by HyperQuest in supplemental memorandum in opposition to motion to dismiss. Additional legal research on patent licensee standing. Prepare e-mail memorandum regarding issues raised by HyperQuest. |
| 04/13/08 | P. Kitch | 10.20 | 495.00 | 5,049.00 | Study briefs from all parties regarding subject matter jurisdiction. Study cases cited by HyperQuest. |

11018013.1

May 14, 2008 Invoice                                                    Nixon Peabody LLP
                                                                 Invoice # 8975015    Page 4

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Correspondences with J. Wine and E. Baio regarding response to HyperQuest supplemental brief. Draft notes summarizing cases and potential responses to HyperQuest's supplemental brief. |
| 04/13/08 | E. Baio | 4.90 | 305.00 | 1,494.50 | Review cases cited in HyperQuest sur-reply. Research potentially contradictory case law. |
| 04/14/08 | P. Kitch | 2.10 | 495.00 | 1,039.50 | Attorney conference with E. Baio and J. Wine regarding HyperQuest's brief and our response. Attend hearing before Judge Shadur. Attorney conference with E. Baio regarding response brief. |
| 04/14/08 | J. Wine | 0.70 | 470.00 | 329.00 | Continued review of case law cited in HyperQuest supplemental brief. Conference call with P. Kitch and E. Baio regarding response to same. |
| 04/14/08 | E. Baio | 3.20 | 305.00 | 976.00 | Prepare for and attend status hearing. Discuss strategy with P. Kitch and J. Wine. Draft memorandum in response to HyperQuest's supplemental memorandum. |
| 04/15/08 | P. Kitch | 0.60 | 495.00 | 297.00 | Teleconference with client regarding 4/14/08 hearing and other issues. |
| 04/15/08 | H. Buckley | 0.10 | 195.00 | 19.50 | E-mail order status hearing to client and S. Tiedemann per P. Kitch. |
| 04/15/08 | E. Baio | 5.10 | 305.00 | 1,555.50 | Prepare memorandum in response to HyperQuest's supplemental memorandum. Participate in telephone call with Unitrin. |
| 04/17/08 | P. Kitch | 0.60 | 495.00 | 297.00 | Attorney conference with E. Baio regarding brief. Review draft of brief. |
| 04/17/08 | E. Baio | 3.00 | 305.00 | 915.00 | Draft and revise memorandum in response to HyperQuest's supplemental memorandum. |
| 04/23/08 | P. Kitch | 3.50 | 495.00 | 1,732.50 | Prepare reply brief. |
| 04/24/08 | P. Kitch | 2.70 | 495.00 | 1,336.50 | Continue preparing reply brief. Study cases cited by HyperQuest. Attorney conference with E. Baio regarding additional research. |
| 04/24/08 | E. Baio | 0.90 | 305.00 | 274.50 | Review and revise P. Kitch's draft reply brief. Research case law in support of statements made therein. |
| 04/25/08 | P. Kitch | 9.80 | 495.00 | 4,851.00 | Prepare reply brief. Legal research |

11018013 1

May 14, 2008 Invoice

Nixon Peabody LLP
Invoice # 8975015   Page 5

| | | | | | |
|---|---|---|---|---|---|
| | | | | | for the same. |
| 04/25/08 | E. Baio | 1.30 | 305.00 | 396.50 | Review and revise P. Kitch's draft reply brief. Research case law in support of statements made therien. |
| 04/26/08 | E. Baio | 0.60 | 305.00 | 183.00 | Review and revise P. Kitch's draft reply brief. Research case law in support of statements made therien. |
| 04/28/08 | P. Kitch | 2.30 | 495.00 | 1,138.50 | Revise and finalize reply brief. Attorney conference with E. Baio and conference with H. Buckley regarding the same. Review briefs filed by N'Site and HyperQuest. |
| 04/28/08 | J. Wine | 0.40 | 470.00 | 188.00 | Review Unitrin and N'Site's reply to supplemental memorandum. Review HyperQuest's response to motion to dismiss for failure to name proper party and motion for leave to amend complaint. |
| 04/28/08 | H. Buckley | 1.00 | 195.00 | 195.00 | Review Unitrin's Reply to Hyperquest's Supplemental Memorandum in Opposition to Defedants' Motion to Dismiss for Lack of Subject Matter Jurisdiction from P. Kitch. Format and finalize for filing. Confer with P. Kitch regarding same. Finalize and file same. Arrange for copy to be messengered to J. Shadur. Confer with P. Kitch regarding same. Reply to client. Review court email filings from HyperQuest and N'Site. Print for file. |
| 04/28/08 | E. Baio | 4.10 | 305.00 | 1,250.50 | Review and revise reply brief. Research case law to support statements made therein. Discuss the same with P. Kitch. File the same. Review briefs filed by N'Site and HyperQuest. |
| 04/29/08 | H. Buckley | 0.30 | 195.00 | 58.50 | Prepare filings of HyperQuest and N'Site to send to client per P. Kitch. Assemble and e-mail same. Print for file. |

TOTAL HOURS:   94.30          $37,724.00

TOTAL FEES:           $37,724.00
LESS REDUCTION IN FEES     4,297.00
TOTAL FEES DUE:       $33,427.00

May 14, 2008 Invoice

Nixon Peabody LLP
Invoice # 8975015    Page 6

### For Charges and Disbursements:

| Description | | Amount |
| --- | --- | --- |
| Conference Calls including: | | 7.96 |
|     Spider Phone Conference: 495019 - Unitrin v. HyperQuest phone conference 3 | 7.96 | |
| Copier | | 76.40 |
| Lexis including: | | 333.46 |
|     Lexis - 248893/000067 | 100.35 | |
|     Lexis - 248893/000067 | 58.13 | |
|     Lexis - 248893/000067 | 18.68 | |
|     Lexis - 248893/000067 | 73.35 | |
|     Lexis - 248893/000067 | 21.30 | |
|     Lexis - 248893/000067 | 61.65 | |
| Miscellaneous including: | | 68.00 |
|     VENDOR: Flash Cab Company - United Dispatch; INVOICE#: 2000102827; DATE: 3/15/2008 - Cab service | 68.00 | |
| Other Professional Services including: | | 678.13 |
|     VENDOR: West Group Payment Center; INVOICE#: 6050471050; DATE: 2/28/2008 - Re: TXU001318816 E Doc Express | 93.75 | |
|     VENDOR: West Group Payment Center; INVOICE#: 6050922020; DATE: 3/18/2008 - ILL | 584.38 | |

TOTAL CHARGES AND DISBURSEMENTS:    $ 1,163.95

**TOTAL FOR MATTER -- COPYRIGHT INFRINGEMENT LAWSUIT BY HYPERQUEST, INC.:**    **$34,590.95**

11018013 1

Unitrin Services Company

**No. 275490**

DATE:
10-JUN-08

VENDOR NAME: NIXON PEABODY LLP

3069

| 8975015 | 13-MAY-08 | Mat:#000067 April 08 Svcs. Copy | 0.00 | 34,590.95 |

Q219344

PLEASE DETACH AND RETAIN THIS STATEMENT AS YOUR RECORD OF PAYMENT. *Thank You*

0.00    34,590.95

---

# UNITRIN
*Unitrin Services Company*
One East Wacker Drive • Chicago, Illinois 60601

The Northern Trust Company
Northern Trust Bank, DuPage
Oakbrook Terrace, IL

78-2382
719

**No. 275490**

| | | |
| 10-JUN-08 | 275490 | *****34,590.95 |

**PAY**    Thirty-Four Thousand Five Hundred Ninety Dollars And 95 Cents*****

TO THE
ORDER OF

NIXON PEABODY LLP
1100 Clinton Square
Rochester, NY 14604

CHECK IS VOID 120 DAYS AFTER DATE OF ISSUE
TWO SIGNATURES FOR OVER $1000.00

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

# Exhibit E

FEDERAL I.D. NO. 16-0764720

# Nixon Peabody LLP
**Attorneys at Law**
161 N. Clark Street
48th Floor
Chicago, IL 60601-3213
(312) 425-3900
FAX: (312) 425-3909

June 12, 2008

██████████

1 East Wacker Drive
Chicago, IL 60601

Invoice No. █████
Account: █████
Terms: Due Upon Receipt

---

**FOR PROFESSIONAL SERVICES RENDERED through May 31, 2008, including:**

---

## SUMMARY OF FEES, CHARGES AND DISBURSEMENTS
Details are shown on the pages following this summary.

| Matter | | Fees | Chg. & Disb. | Total |
|---|---|---|---|---|
| 000028 | GENERAL | 1,670.50 | 0.00 | 1,670.50 |
| 000067 | COPYRIGHT INFRINGEMENT LAWSUIT BY HYPERQUEST, INC. | 10,358.50 | 212.25 | 10,570.75 |
| ████ | ████████████ | 545.00 | 0.00 | 545.00 |
| ████ | ████████ | 497.50 | 0.00 | 497.50 |
| ████ | ████████ | 730.00 | 0.00 | 730.00 |

| | | | | |
|---|---|---|---|---|
| **Total of all matters on this invoice:** | | $ 13,801.50 | $ 212.25 | $ 14,013.75 |

FEDERAL I.D. NO. 16-0764720

# Nixon Peabody LLP

**Attorneys at Law**
161 N. Clark Street
48th Floor
Chicago, IL 60601-3213
(312) 425-3900
FAX: (312) 425-3909

June 12, 2008

1 East Wacker Drive
Chicago, IL 60601

Invoice No. ▮
Account:
Terms: Due Upon Receipt

---

**FOR PROFESSIONAL SERVICES RENDERED through May 31, 2008, including:**

---

**MATTER NO. 000067**     **COPYRIGHT INFRINGEMENT LAWSUIT BY HYPERQUEST, INC.**

**For Professional Fees:**

| Date | Timekeeper | Hours | Rate | Fees | Description of Services |
|------|-----------|-------|------|------|------------------------|
| 05/01/08 | P. Kitch | 1.40 | 495.00 | 693.00 | Review order dismissing case. Attorney conference with J. Wine regarding hearing. Draft and review correspondences to/from client regarding dismissal and related secondary issues. |
| 05/01/08 | J. Wine | 0.90 | 470.00 | 423.00 | Appearance in court for rulings on HQ's motion for leave to amend complaint and Defendants' motion to dismiss for lack of standing. Conference with P. Kitch regarding same. Review Judge Shadur's opinion dismissing case. Related e-mail correspondence. |
| 05/01/08 | E. Baio | 0.20 | 305.00 | 61.00 | Review Judge Shadur's opinion and decision dismissing case. |
| 05/05/08 | J. Yao | 1.80 | 335.00 | 603.00 | Research rules and caselaw regarding motion for attorneys' fees. Discuss the same with E. Baio. |
| 05/09/08 | J. Yao | 1.20 | 335.00 | 402.00 | Research requirements for motion |

for attorneys' fees.

| Date | Timekeeper | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 05/09/08 | P. Kitch | 1.80 | 495.00 | 891.00 | Correspondences to/from S. Tiedemann and [ Client ] regarding attorneys fees. Attorney conferences with J. Yao regarding related research. Review spreadsheet of fees and disbursements. |
| 05/09/08 | L. Leinartas | 0.30 | 165.00 | 49.50 | Case research for J. Yao. |
| 05/12/08 | J. Yao | 0.40 | 335.00 | 134.00 | Discuss motion for attorneys' fees with E. Baio. |
| 05/12/08 | P. Kitch | 0.90 | 495.00 | 445.50 | Correspondence to E. Baio and attorney conferences with E. Baio regarding attorney fees declaration and fees exhibit. |
| 05/12/08 | L. Leinartas | 1.20 | 165.00 | 198.00 | Case research for E. Baio. |
| 05/12/08 | E. Baio | 3.80 | 305.00 | 1,159.00 | Search for and review samples of declarations and exhibits thereto regarding requesting attorneys fees. |
| 05/13/08 | P. Kitch | 1.00 | 495.00 | 495.00 | Review and revise declaration. Send to S. Tiedemann. |
| 05/13/08 | P. Kitch | 4.90 | 495.00 | 2,425.50 | Revise Kitch Declaration. Teleconferences with accounting regarding bills. Reconcile spreadsheet. Prepare Exhibit A of bills to reflect write-offs and redact confidential information. |
| 05/13/08 | E. Baio | 0.30 | 305.00 | 91.50 | Review and revise declaration of P. Kitch in Support of Attorneys' Fees. |
| 05/14/08 | P. Kitch | 0.10 | 495.00 | 49.50 | Finalize Exhibit A detailing fees and expenses. Finish declaration regarding the same. Send declaration and Exhibit A to S. Tiedemann. Correspondences with client regarding the same. Revise declaration. |
| 05/14/08 | H. Buckley | 0.10 | 195.00 | 19.50 | Review e-mail from P. Kitch requesting confirmation of motion practices before J. Shadur. Confirm same and e-mail to P. Kitch regarding same. |

Nixon Peabody LLP

Bill Number ▮▮▮▮ Page 4

| | | | | | |
|---|---|---|---|---|---|
| 05/15/08 | P. Kitch | 1.00 | 495.00 | 495.00 | Various correspondences from S. Tiedemann, H. Buckley, and myself regarding motion for attorneys fees. Conference with H. Buckley regarding the same. Review motion for attorneys fees. |
| 05/15/08 | H. Buckley | 1.00 | 195.00 | 195.00 | Review court e-mail filing for motion for attorney fees. Confer with P. Kitch regarding form of filing of notice with motion and whether or not we need to have copy of filing taken to judge. Confer with S. Tiedemann regarding same per P. Kitch. Respond to S. Tiedemann e-mail requesting clarification on filing. Confer with P. Kitch regarding same. Prepare courtesy copy for J. Shadur and arrange for delivery of same. E-mail brief and exhibits to client per P. Kitch. |
| 05/21/08 | P. Kitch | 2.00 | 495.00 | 990.00 | Court appearance before Judge Shadur. Correspondences with client regarding hearing. Correspondences with S. Tiedemann regarding hearing. |
| 05/21/08 | P. Kitch | ▮▮▮ | 495.00 | ▮▮▮ | ▮▮▮▮▮▮▮ |
| 05/21/08 | H. Buckley | ▮▮▮ | 195.00 | ▮▮▮ | ▮▮▮▮▮▮▮ |
| 05/22/08 | H. Buckley | 0.90 | 195.00 | 175.50 | Update pleadings and research files. File organization. |
| 05/28/08 | H. Buckley | ▮▮▮ | 195.00 | ▮▮▮ | ▮▮▮▮▮▮▮ |



Nixon Peabody LLP
Bill Number █████   Page 5

| TOTAL HOURS: | 26.60 | $10,358.50 | |
|---|---|---|---|

| | |
|---|---|
| FEES – DISTRICT COURT ACTION | $10,886.50 |
| LESS FEE REDUCTION | 891.00 |
| TOTAL FEES – DISTRICT COURT ACTION | $9,995.50 |
| FEES – SEVENTH CIRCUIT APPEAL | $363.00 |
| TOTAL FEES DUE: | $10,358.50 |

## For Charges and Disbursements:

| Description | | Amount |
|---|---|---|
| Lexis including: | | 212.25 |
| Lexis - 248893/000067 | 174.00 | |
| Lexis - 248893/000067 | 38.25 | |
| TOTAL CHARGES AND DISBURSEMENTS: | | $ 212.25 |

| | |
|---|---|
| **TOTAL FOR MATTER -- COPYRIGHT INFRINGEMENT LAWSUIT BY HYPERQUEST, INC.:** | **$10,570.75** |

Unitrin Services Company

| DATE: 14-JUL-08 | | VENDOR NAME: | NIXON PEABODY LLP | No. 275716 |
| --- | --- | --- | --- | --- |
| | | | | 3069 |

| 8984011 | 12-JUN-08 | Mat: 000028,000067,000069USTM;0 | 0.00 | 14,013.75 |
| --- | --- | --- | --- | --- |

Q235813

PLEASE DETACH AND RETAIN THIS STATEMENT AS YOUR RECORD OF PAYMENT       *Thank You*       0.00       14,013.75

---

# UNITRIN

*Unitrin Services Company*
One East Wacker Drive • Chicago, Illinois 60601

The Northern Trust Company
Northern Trust Bank / DuPage
Oakbrook Terrace IL

19-1382
719

No. 275716

| CHECK DATE | CHECK NUMBER | CHECK AMOUNT |
| --- | --- | --- |
| 14-JUL-08 | 275716 | *****14,013.75 |

PAY   Fourteen Thousand Thirteen Dollars And 75 Cents*********************

TO THE
ORDER OF
NIXON PEABODY LLP
1100 Clinton Square
Rochester, NY 14604

CHECK IS VOID 120 DAYS AFTER DATE OF ISSUE
TWO SIGNATURES FOR OVER $1000.00

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

# Exhibit F

FEDERAL I.D. NO. 16-0764720

## Nixon Peabody LLP
Attorneys at Law
161 N. Clark Street
48th Floor
Chicago, IL 60601-3213
(312) 425-3900
FAX: (312) 425-3909

July 16, 2008



One East Wacker Drive
Chicago, IL 60601

Invoice No.
Account:
Terms: Due Upon Receipt

---

**FOR PROFESSIONAL SERVICES RENDERED through June 30, 2008, including:**

---

## SUMMARY OF FEES, CHARGES AND DISBURSEMENTS
Details are shown on the pages following this summary.

| Matter | | Fees | Chg. & Disb. | Total |
|---|---|---|---|---|
| 000028 | GENERAL | 135.00 | 0.00 | 135.00 |
| 000067 | COPYRIGHT INFRINGEMENT LAWSUIT BY HYPERQUEST, INC. | 9,954.50 | 406.30 | 10,360.80 |
| ███ | ███████████ | 405.00 | 0.00 | 405.00 |
| ███ | ███████████ | 405.00 | 0.00 | 405.00 |
| ███ | ███████████ | 0.00 | 513.00 | 513.00 |
| ███ | ███████████ | 272.50 | 0.00 | 272.50 |

| **Total of all matters on this invoice:** | **$ 11,172.00** | **$ 919.30** | **$ 12,091.30** |

FEDERAL I.D. NO. 16-0764720

## Nixon Peabody LLP
Attorneys at Law
161 N. Clark Street
48th Floor
Chicago, IL 60601-3213
(312) 425-3900
FAX: (312) 425-3909

July 16, 2008



One East Wacker Drive
Chicago, IL 60601

Invoice No. ███████
Account: ████████
Terms: Due Upon Receipt

---

**FOR PROFESSIONAL SERVICES RENDERED through June 30, 2008, including:**

---

**MATTER NO.    000067        COPYRIGHT INFRINGEMENT LAWSUIT BY HYPERQUEST, INC.**

**For Professional Fees:**

| Date | Timekeeper | Hours | Rate | Fees | Description of Services |
|------|-----------|-------|------|------|------------------------|
| 6/2/2008 | Wine, Jodi | ██ | 470 | ███ | ████████ |
| 6/3/2008 | Kitch, Paul | 0.2 | 495 | $99.00 | Review summary of recent Seventh Circuit decision regarding award of attorneys fees in copyright case. |
| 6/3/2008 | Wine, Jodi | ██ | 470 | ███ | ████████ |
| 6/3/2008 | Buckley, Hope | ██ | 195 | ███ | ████████ |
| 6/4/2008 | Kitch, Paul | ██ | 495 | ███ | ████████ |



6/4/2008   Wine, Jodi   ▇   470   ▇

6/4/2008   Buckley, Hope   ▇   195   ▇

6/5/2008   Buckley, Hope   ▇   195   ▇





| Date | Name | | Rate | |
|------|------|---|------|---|
| 6/6/2008 | Kitch, Paul | ██ | 495 | ██ |
| 6/9/2008 | Kitch, Paul | ██ | 495 | ██ |
| 6/9/2008 | Wine, Jodi | ██ | 470 | ██ |
| 6/9/2008 | Buckley, Hope | ██ | 195 | ██ |
| 6/9/2008 | Buckley, Hope | ██ | 195 | ██ |
| 6/10/2008 | Buckley, Hope | ██ | 195 | ██ |
| 6/11/2008 | Kitch, Paul | ██ | 495 | ██ |
| 6/11/2008 | Wine, Jodi | ██ | 470 | ██ |
| 6/11/2008 | Buckley, Hope | ██ | 195 | ██ |

███

| | | | | | |
|---|---|---|---|---|---|
| 6/11/2008 | Leinartas, Lynn | ███ | 165 | ███ | |
| 6/12/2008 | Kitch, Paul | 0.4 | 495 | $198.00 | Review HyperQuest's opposition to motion for attorney's fees. |
| 6/12/2008 | Kitch, Paul | ███ | 495 | ███ | |
| 6/12/2008 | Wine, Jodi | 0.2 | 470 | $94.00 | Review plaintiff's opposition to request for attorney's fees. |
| 6/16/2008 | Buckley, Hope | 0.4 | 195 | $78.00 | Review HyperQuest's Opposition to N'Site's Motion for Attorney's Fees. Confer with P. Kitch regarding same. Prepare and e-mail to client. File organization. |
| 6/16/2008 | Buckley, Hope | ███ | 195 | ███ | |
| 6/17/2008 | Buckley, Hope | ███ | 195 | ███ | |
| 6/18/2008 | Kitch, Paul | 0.6 | 495 | $297.00 | Review District Court's memorandum and order. Investigate NP supporting documentation for firm billing rates. |
| 6/18/2008 | Kitch, Paul | ███ | 495 | ███ | |
| 6/18/2008 | Wine, Jodi | 0.2 | 470 | $94.00 | Review Judge Shadur's ruling on |



Nixon Peabody LLP
Bill Number ▮▮▮▮  Page 6

attorneys fee issue.

| 6/18/2008 | Wine, Jodi | ▮ | 470 | ▮ |
|---|---|---|---|---|

| 6/18/2008 | Buckley, Hope | ▮ | 195 | ▮ |
|---|---|---|---|---|

Review Memorandum Opinion
from J. Shadur. Confer with P.
Kitch and J. Wine regarding same.
E-mail Memorandum to client per
P. Kitch.

| 6/18/2008 | Buckley, Hope | 0.4 | 195 | $78.00 |
|---|---|---|---|---|

Attend status hearing before Judge
Shadur. Correspondences with
client.

| 6/19/2008 | Kitch, Paul | 0.7 | 495 | $346.50 |
|---|---|---|---|---|
| 6/19/2008 | Kitch, Paul | ▮ | 495 | ▮ |
| 6/19/2008 | Baio, Elizabeth | ▮ | 305 | ▮ |

| 6/23/2008 | Kitch, Paul | ▮ | 495 | ▮ |
|---|---|---|---|---|

| 6/23/2008 | Buckley, Hope | ▮ | 195 | ▮ |
|---|---|---|---|---|

| 6/23/2008 | Scott, Mollie | ▮ | 155 | ▮ |
|---|---|---|---|---|
| 6/24/2008 | Scott, Mollie | ▮ | 155 | ▮ |

Study docket from Nugen case.
Review pleadings in Nugen case.

| 6/26/2008 | Kitch, Paul | 1.6 | 495 | $792.00 |
|---|---|---|---|---|
| 6/26/2008 | Leinartas, Lynn | 0.2 | 165 | $33.00 |

Case retrieval for P. Kitch.
Review miscellaneous Nugen
pleadings and court order
dismissing case. Draft
correspondence to client and S.
Tiedemann regarding Nugen case.

| 6/27/2008 | Kitch, Paul | 3.7 | 495 | $1,831.50 |
|---|---|---|---|---|

| | Leinartas, | | | | |
|---|---|---|---|---|---|
| 6/27/2008 | Lynn | 0.4 | 165 | $66.00 | Document retrieval for P. Kitch. |

| | |
|---|---|
| FEES – DISTRICT COURT ACTION | $4,219.50 |
| LESS FEE REDUCTION | $735.18 |
| TOTAL FEES DUE – DISTRICT COURT ACTION | $3484.32 |
| FEES – SEVENTH CIRCUIT APPEAL | $7,835.50 |
| LESS FEE REDUCTION | $1,365.32 |
| TOTAL FEES DUE – SEVENTH CIRCUIT APPEAL | $6,470.18 |
| TOTAL FEES DUE: | $9,954.50 |

## For Charges and Disbursements:

| Description | | Amount |
|---|---|---|
| Copier | | 9.00 |
| Filing/Recording Fees including: | | 348.00 |
| VENDOR: Clerk, United States Court; INVOICE#: CLE060408; DATE: 6/4/2008 - Elizabeth Baio appearance fee | 165.00 | |
| VENDOR: Clerk, United States Court; INVOICE#: CLE060408A; DATE: 6/4/2008 - Paul Kitch appearance fee | 165.00 | |
| VENDOR: Andrews, Jesse; INVOICE#: JES060508; DATE: 6/5/2008 - Court reporter fee with U.S. District Court, Northern District | 18.00 | |
| Lexis including: | | 48.30 |
| Lexis - 248893/000067 | 48.30 | |
| Postage | | 1.00 |

|  | |
|---|---|
| TOTAL CHARGES AND DISBURSEMENTS: | $ 406.30 |

| | |
|---|---|
| TOTAL FOR MATTER -- COPYRIGHT INFRINGEMENT LAWSUIT BY HYPERQUEST, INC.: | $10,360.80 |

# Exhibit G

FEDERAL I.D. NO. 16-0764720

# Nixon Peabody LLP

Attorneys at Law
161 N. Clark Street
48th Floor
Chicago, IL 60601-3213
(312) 425-3900
FAX: (312) 425-3909

August 5, 2008



One East Wacker Drive
Chicago, IL 60601

Invoice No. ▮▮▮
Account: ▮▮▮
Terms: Due Upon Receipt

**FOR PROFESSIONAL SERVICES RENDERED through July 31, 2008, including:**

## SUMMARY OF FEES, CHARGES AND DISBURSEMENTS
Details are shown on the pages following this summary.

| Matter | | Fees | Chg. & Disb. | Total |
|---|---|---|---|---|
| 000067 | COPYRIGHT INFRINGEMENT LAWSUIT BY HYPERQUEST, INC. | 15,990.00 | 89.26 | 16,079.26 |
| | **Total of all matters on this invoice:** | $15,990.00 | $ 89.26 | $ 16,079.26 |

FEDERAL I.D. NO. 16-0764720

## Nixon Peabody LLP
Attorneys at Law
161 N. Clark Street
48th Floor
Chicago, IL 60601-3213
(312) 425-3900
FAX: (312) 425-3909

August 5, 2008



One East Wacker Drive
Chicago, IL 60601

Invoice No. ▮
Account: ▮
Terms: Due Upon Receipt

---

**FOR PROFESSIONAL SERVICES RENDERED through July 31, 2008, including:**

---

**MATTER NO.   000067     COPYRIGHT INFRINGEMENT LAWSUIT BY HYPERQUEST, INC.**

**For Professional Fees:**

| Date | Timekeeper | Hours | Rate | Fees | Description of Services |
|------|-----------|-------|------|------|------------------------|
| 07/01/08 | H. Buckley | ▮ | 195.00 | ▮ | ▮ |
| 07/10/08 | P. Kitch | 0.50 | 495.00 | 247.50 | Review N'Site's reply memorandum. Draft correspondence regarding the same. Review HyperQuest's opposition to amount of attorneys fees. |
| 07/10/08 | J. Wine | 0.30 | 470.00 | 141.00 | Review N'Site and Hyperquest memoranda regarding attorneys fee issue. |
| 07/11/08 | H. Buckley | 0.20 | 195.00 | 39.00 | E-mail court filings regarding attorney fees briefing to client per P. Kitch. |
| 07/14/08 | P. Kitch | 0.20 | 495.00 | 99.00 | Draft correspondence to S. Tiedemann regarding N'Site reply brief and possible second Kitch declaration. |
| 07/15/08 | P. Kitch | 1.00 | 495.00 | 495.00 | Attend status hearing before Judge Shadur. Review Seventh Circuit |

copyright case and send the same to S. Tiedemann.

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 07/15/08 | H. Buckley | 0.10 | 195.00 | 19.50 | Review court order on cross filings. Forward same to client. |
| 07/15/08 | M. Scott | 0.50 | 155.00 | 77.50 | Update pleadings index. File organization. |
| 07/16/08 | P. Kitch | 0.60 | 495.00 | 297.00 | Correspondences to/from S. Tiedemann regarding reply brief regarding attorneys fees. Attorney conferences with J. Wine regarding the same. |
| 07/16/08 | J. Wine | 0.20 | 470.00 | 94.00 | Confer with P. Kitch regarding reply brief in support of motion for attorneys fees. |
| 07/17/08 | P. Kitch | ▓▓ | 495.00 | ▓▓ | ▓▓▓▓▓▓ |
| 07/17/08 | J. Wine | 0.20 | 470.00 | 94.00 | Office conference with J. Kray regarding legal research. Confer with P. Kitch regarding reply to motion for attorneys fees. |
| 07/17/08 | H. Buckley | ▓▓ | 195.00 | ▓▓ | ▓▓▓▓▓▓ |
| 07/18/08 | J. Wine | 1.10 | 470.00 | 517.00 | Review prior legal research regarding attorneys fee awards. E-mail memorandum to J. Kray summarizing issues and legal research assignment. E-mail to L. Leinartas regarding market rate research. |
| 07/22/08 | P. Kitch | 0.10 | 495.00 | 49.50 | Attorney conference with D. McKone regarding research. |
| 07/22/08 | P. Kitch | ▓▓ | 495.00 | ▓▓ | ▓▓▓▓▓▓ |
| 07/22/08 | D. McKone | 4.90 | 400.00 | 1,960.00 | Research reasonableness of attorney's fees. Analyze attorney's fees briefing. Confer with P. Kitch regarding reply brief. |

Nixon Peabody LLP
Bill Number 8999812    Page 4

| | | | | | |
|---|---|---|---|---|---|
| 07/23/08 | P. Kitch | 0.70 | 495.00 | 346.50 | Attorney conferences with D. McKone regarding reply brief and supporting evidence. Call to and correspondence to S. Tiedemann regarding requesting HyperQuest's attorney fee information. |
| 07/23/08 | D. McKone | 6.20 | 400.00 | 2,480.00 | Analyze billing statements. Analyze ███████████████. Research reasonableness of attorney's fees. Confer with P. Kitch regarding attorney's fees reply brief. Draft attorney's fees reply brief. |
| 07/24/08 | D. McKone | 2.90 | 400.00 | 1,160.00 | Draft attorney's fees reply brief. |
| 07/25/08 | D. McKone | 1.60 | 400.00 | 640.00 | Draft attorney's fees reply brief. |
| 07/28/08 | P. Kitch | 0.70 | 495.00 | 346.50 | Review draft reply brief. Send attorney fee information to J. Wine and D. McKone. Attorney conference with J. Wine regarding brief. |
| 07/28/08 | J. Wine | 3.90 | 470.00 | 1,833.00 | Review and edit draft attorney's fee memorandum and related conferences with D. McKone and P. Kitch. Review spreadsheets and legal authority. |
| 07/28/08 | D. McKone | 5.10 | 400.00 | 2,040.00 | Research reasonableness of attorney's fees. |
| 07/29/08 | J. Wine | 6.50 | 470.00 | 3,055.00 | Legal research and drafting of supplemental memorandum supporting attorneys fee petition. |
| 07/29/08 | D. McKone | 0.80 | 400.00 | 320.00 | Research reasonableness of attorney's fees. |
| 07/30/08 | J. Wine | 1.40 | 470.00 | 658.00 | Continued legal research and revision of brief in support of attorneys fee petition. |
| 07/31/08 | J. Wine | 5.20 | 470.00 | 2,444.00 | Continued drafting and revision of supplemental brief supporting petition for attorneys' fees. |
| 07/31/08 | D. McKone | 0.80 | 400.00 | 320.00 | Revise attorney's fees reply brief. |
| | TOTAL HOURS: | 46.60 | | $20,128.50 | |

Nixon Peabody LLP
Bill Number 8999812    Page 5

| | |
|---|---:|
| FEES – DISTRICT COURT ACTION | $19,773.00 |
| LESS FEE REDUCTION | $4,138.50 |
| TOTAL FEES DUE – DISTRICT COURT ACTION | $15,634.50 |
| FEES – SEVENTH CIRCUIT APPEAL | $355.50 |
| TOTAL FEES DUE: | 15,990.00 |

## For Charges and Disbursements:

| Description | | Amount |
|---|---:|---:|
| Lexis including: | | 89.26 |
| Lexis - 248893/000067 | 6.23 | |
| Lexis - 248893/000067 | 74.85 | |
| Lexis - 248893/000067 | 8.18 | |
| TOTAL CHARGES AND DISBURSEMENTS: | | $ 89.26 |

**TOTAL FOR MATTER -- COPYRIGHT INFRINGEMENT LAWSUIT BY HYPERQUEST, INC.:**    **$16,079.26**

| | | |
|---|---|---:|
| Total Fees............................................................................ | $ | 15,990.00 |
| Total Charges and Disbursements ............................................ | $ | 89.26 |
| Total Time and Costs ............................................................. | $ | 16,079.26 |
| **TOTAL FOR STATEMENT:** | | **$16,079.26** |