UNITED STATE DISTRICT COURT
NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

HYPERQUEST, INC. )
)
    Plaintiff, )
) Civil Action No. 08 C 483
v. )
) Honorable Milton I. Shadur
N'Site Solutions, Inc., et al., )
) Magistrate Judge Michael T. Mason
    Defendants. )

## DECLARATION OF DAVID K. STESCH, ESQ. IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEY'S FEES

I, David k. Stesch, Esq., declare under penalty of perjury that the following is true and correct:

1. I am over 18 years of age, have personal knowledge of all facts attested to herein, and can competently testify to the same.

2. I am an attorney in Baltimore, Maryland and have been actively practicing law in Maryland since 1995. I am a litigator by practice and I am aware of the rates charged in Maryland, in Baltimore and its suburbs, including Columbia, Maryland.

3. I have personal knowledge of the litigation experience and skill of Steven L. Tiedemann, Esq., General Counsel to JPB Enterprises, Inc.

4. The hourly rates charged by Mr. Tiedemann, i.e., $350 per hour, are consistent with the market rates charged by senior lawyers for corporate and IP litigation in Maryland of his skill, experience and reputation and are, in my opinion, reasonable.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: August 4, 2008

_____
David K. Stesch, Esq.