*Steven L. Tiedemann, Esq.*
8820 Columbia 100 Parkway
Suite 400
Columbia, MD 21045

Ph:(410) 884-1960    Fax:(410) 884-1457

JPB Enterprises                                               May 14, 2008
8820 Columbia 100 parkway
Suite 400
Columbia, Maryland
21045

File #:   PE-NSTE.002
**Attention:**                                               Inv  #:          253

RE:   Hyperquest, Inc. v. N'Site Solutions, Inc., et al. for N'Site Solutions (owned by Client JPB Enterprises, Inc.)

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Jan-28-08 | Review of Complain, summons, initial discussion with client. | 2.30 | 805.00 | ST |
| Jan-29-08 | Review of initial strategy and case law review, telephone calls with client reps. | 3.50 | 1,225.00 | ST |
| Jan-30-08 | Preparation of and for telephone conference with client. | 1.30 | 325.00 | ST |
| Feb-06-08 | Research and Preparation of for admission to bar in IL. | 1.80 | 630.00 | ST |
|  | Drafting of initial motions in concert with Unitrin | 5.80 | 2,030.00 | ST |
| Feb-07-08 | Drafting of initial motions in concert with Unitrin | 3.50 | 1,225.00 | ST |
| Feb-08-08 | Preparation of bar admission documents | 0.70 | 245.00 | ST |
| Feb-10-08 | Drafting of final versions of motions, research motions, over weekend and into following week | 9.50 | 3,325.00 | ST |
| Feb-13-08 | Drafting initial motions finalized and filed while admission pending through Kitch and Unitrin. | 2.70 | 945.00 | ST |
| Feb-15-08 | Review of minute order entry. | 0.20 | 70.00 | ST |

| Date | Description | Hours | Amount | |
|---|---|---|---|---|
| Feb-19-08 | Telephone call with opposing attorney with 26(f). Preparation for phone call, draft disclosures. | 2.70 | 945.00 | ST |
| Feb-22-08 | Review of HQ's opposition and begin research and case review of their citations. | 4.10 | 1,435.00 | ST |
| | Telephone call with client, teleconference and off line discussion and fact gathering from witnesses. | 1.80 | 630.00 | ST |
| Feb-23-08 | Review of unitrin letter re indemnification. | 0.50 | 175.00 | ST |
| Feb-25-08 | Drafting and filing of entry of appearance. | 0.70 | 245.00 | ST |
| | Drafting of Reply to HQ's Opposition and associated research. | 5.50 | 1,925.00 | ST |
| Feb-26-08 | Preparation of anf for oral argument, travel to Chicago. | 6.50 | 2,275.00 | ST |
| Feb-27-08 | Attendance at hearing on motion and travel. | 10.00 | 3,500.00 | ST |
| | Review of minute entry. | 0.20 | 70.00 | ST |
| Feb-28-08 | Review of HQ's discovery, contact client to get documents, discuss begin draft of answers | 2.10 | 735.00 | ST |
| Mar-01-08 | Review of discovery to Unitrin, and begin work on responses. | 1.00 | 350.00 | ST |
| Mar-04-08 | Drafting and sending of indemnification letter to Unitrin. | 0.60 | 210.00 | ST |
| | Drafting and finalize discovery responses, Meeting with with client. Document review, extensive. | 5.80 | 2,030.00 | ST |
| Mar-05-08 | Review of HQ's rule 26 disclosures | 0.50 | 175.00 | ST |
| Mar-06-08 | Review of Unitrin's motion for more time. | 0.40 | 140.00 | ST |
| Mar-10-08 | Review of court's minute entry | 0.20 | 70.00 | ST |
| Mar-14-08 | Review of Unitrin's discovery responses. | 1.00 | 350.00 | ST |

| Date | Description | Hours | Amount | |
|---|---|---|---|---|
| | Review of Unitrin's reply. | 2.00 | 700.00 | ST |
| Mar-21-08 | Review of consent motion, obtain permission from client. | 0.30 | 105.00 | ST |
| Mar-24-08 | Review of minute entry | 0.20 | 70.00 | ST |
| | Review of proposed Safelite protective order, multiple edits, telephone conference among cousel for all parties, as well as review of documents produced by Safelite [dates uncertain]. | 5.00 | 1,750.00 | ST |
| Apr-07-08 | Review of documents discovered on Ron Fall's computer and then produce to Hyperquest. | 2.40 | 840.00 | ST |
| | Review of packet of documents from Laura Bertin, Esq. remove obviously priv communication from her to client, produce remainder to HQ. | 1.60 | 560.00 | ST |
| Apr-10-08 | Review of HQ's motion for leave to file and the supp memo, prepare oral argument, not yet briefed, research | 3.40 | 1,190.00 | ST |
| Apr-13-08 | Preparation for hearing, travel. | 6.50 | 2,275.00 | ST |
| Apr-14-08 | Attendance at hearing and travel back. | 10.00 | 3,500.00 | ST |
| | Review of minute entry | 0.20 | 70.00 | ST |
| | Telephone call with client, various from 4/12-4/14 re hearings. | 1.50 | 525.00 | ST |
| Apr-21-08 | Drafting memo in response to HQ supp motion | 4.00 | 1,400.00 | ST |
| Apr-26-08 | Drafting second edit and spot research | 1.50 | 525.00 | ST |
| Apr-28-08 | Drafting final memo and file. | 3.70 | 1,295.00 | ST |
| | Review of Unitrin's response, document review/case research | 0.90 | 315.00 | ST |
| | Review of HQ's opposition on Process issue | 0.80 | 280.00 | ST |
| | Telephone call with client before and after hearing on 27th, Preparation of hearing on 26th. | 1.10 | 385.00 | ST |

| Date | Description | Hours | Amount | |
|---|---|---|---|---|
| May-01-08 | Review of judgment | 0.30 | 105.00 | ST |
| May-08-08 | Preparation of attorney fee motion | 2.30 | 805.00 | ST |
| May-13-08 | Preparation of attorney fee motion and ALR Fed review | 2.60 | 910.00 | ST |
| May-14-08 | Preparation of final fee motion. Emails to counsel re cost itemizations. | 7.50 | 2,625.00 | ST |
| | Totals | 132.70 | $46,315.00 | |

**Total Fee & Disbursements**   $46,315.00

**Balance Now Due**   $46,315.00